UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE FIRST LIBERTY                                    CASE No. 1:20-CV-20924
INSURANCE CORPORATION;
LIBERTY MUTUAL
FIRE INSURANCE COMPANY;
EMPLOYERS INSURANCE COMPANY
OF WAUSAU

       Plaintiff,

v.

TRUST HOSPITALITY, LLC

       Defendant.

_____/

## COMPLAINT

Plaintiffs, The First Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, and Employers Insurance Company of Wausau sue Defendant, Trust Hospitality, LLC, and says:

### JURISDICTION AND PARTIES

1.    This is an action for damages exceeding $75,000.00 excluding interest, costs, and fees. This court has jurisdiction of this matter and these parties pursuant to 28 USC §1332.

2.    The First Liberty Insurance Corp. ("First Liberty") is an Illinois corporation authorized to conduct business in Florida whose principal place of business is in Boston, Massachusetts.

3.    Liberty Mutual Fire Insurance Company ("Fire Insurance") is a Wisconsin corporation authorized to conduct business in Florida whose principal place of business is in Boston, Massachusetts.

4.  Employers Insurance Company of Wausau ("Wausau") is a Wisconsin corporation authorized to conduct business in Florida whose principal place of business is in Boston, Massachusetts.

5.  Trust Hospitality, LLC ("Trust") is a Florida for-profit corporation whose principal place of business is in Coral Gables, Miami-Dade County, Florida.

6.  Venue in this District is proper pursuant to 28 USC §1391.

### General Allegations

7.  On or about 10 August 2015, First Liberty issued Trust a commercial general liability insurance policy, number TB6-Z91-442777-035 ("GL policy"). A copy of the GL policy is attached as Exhibit 1.

8.  The GL policy was issued with a minimum premium.

9.  First Liberty demanded payment of the remainder of the premium from Trust, which has refused to pay the remaining premium.

10.  First Liberty performed all of the obligations required of it under the policy. All conditions precedent to this action have occurred or have been waived or performed.

11.  On or about 5 August 2015, Fire Insurance issued a liquor liability insurance policy, number TO2-Z91-442777-095 ("liquor policy"), to Trust. A copy of the liquor policy is attached as Exhibit 2.

12.  The liquor policy was issued with a minimum premium.

13.  Fire Insurance demanded payment of the remainder of the premium from Trust, which has refused to pay the remaining premium.

14.  Fire Insurance performed all of the obligations required of it under the policy. All conditions precedent to this action have occurred or have been waived or performed.

15.  On or about 10 August 2015, Wausau issued a workers' compensation policy, number TO2- WCC-Z91-442777-085 ("WC policy"), to Trust. A copy of the workers' compensation policy is attached as Exhibit 3.

16.  The WC policy was issued with a minimum premium.

17.  Wausau demanded payment of the remainder of the premium from Trust, in the amount of $109,673.00, which has refused to pay the remaining premium. A copy of the Statement of Account is attached as Exhibit 4.

18.  Wausau performed all of the obligations required of it under the policy. All conditions precedent to this action have occurred or have been waived or performed.

### Count I
### Breach of Contract
### (GL Policy)

19.  First Liberty realleges paragraphs 1, 2, 3, 5, 6 and 5-10 and incorporates them as if here reiterated.

20.  The GL policy policy is a contract of insurance that contains the respective rights and responsibilities of First Liberty as the insurer and Trust as the insured.

21.  Trust breached its contract by failing and refusing to pay the premium due.

22.  As a result of Trust's breach of contract, First Liberty has been damaged.

WHEREFORE, Plaintiff, The First Liberty Insurance Corporation, requests the entry of judgment against defendant, Trust Hospitality, LLC for damages in a principal amount according to proof; interest; costs, and such further relief this court deems appropriate.

## COUNT II
### BREACH OF CONTRACT
### (LIQUOR POLICY)

23.     Fire Insurance realleges paragraphs 1, 3, 5, 6, and 11-14 and incorporates them as if here reiterated.

24.     The liquor policy is a contract of insurance that contains the respective rights and responsibilities of Fire Insurance as the insurer and Trust as the insured.

25.     Trust breached its contract by failing and refusing to pay the premium due.

26.     As a result of Trust's breach of contract, Fire Insurance has been damaged.

WHEREFORE, Plaintiff, Liberty Mutual Fire Insurance Company, requests the entry of judgment against defendant, Trust Hospitality, LLC for damages in a principal amount according to proof; interest; costs, and such further relief this court deems appropriate.

## COUNT III
### BREACH OF CONTRACT
### (WC POLICY)

27.     Wausau realleges paragraphs 1, 4-6, and 15-18 and incorporates them as if here reiterated.

28.     The WC is a contract of insurance that contains the respective rights and responsibilities of Wausau as the insurer and Trust as the insured.

29.     Trust breached its contract by failing and refusing to pay the premium due.

30.     As a result of Trust's breach of contract, Wausau has been damaged.

WHEREFORE, Plaintiff, Employers Insurance Company of Wausau, requests the entry of judgment against defendant, Trust Hospitality, LLC for damages in a principal amount according to proof; interest; costs, and such further relief this court deems appropriate.

Dated 2 March 2020.                     Respectfully submitted,


                                        /s/ Michael R. Morris
                                        Michael R. Morris
                                        Florida Bar No. 70254
                                        Morris & Morris, P.A.
                                        Attorneys for The First Liberty Insurance
                                        Corporation,
                                        Liberty Mutual Fire Insurance Company, and
                                        Employers Insurance Company of Wausau
                                        777 South Flagler Drive, Suite 800- West Tower
                                        West Palm Beach, Florida 33401
                                        Telephone Number 561.903.0562
                                        Facsimile Number 561.828.9351
                                        E-mail address michael@morris.law

# POLICY CERTIFICATION FORM

RE:      NAMED INSURED:  TRUST HOSPITALITY LLC

POLICY NUMBER:  TB6-Z91-442777-035

EFFECTIVE DATES: 07-31-2015 TO 07-31-2016

☒  I certify this is to be a true copy of the original policy issued.

☐  I certify this is to be a true copy of the original Declarations page issued.

☐  I certify this is to be a true copy of the original Uninsured/Underinsured Motor Rejection and/or the Personal Injury Rejection form(s).

☐  This policy was retrieved from Liberty Mutual's files and is Liberty Mutual's best current evidence of the policy.  Liberty Mutual, however, reserves the right to supplement or amend this policy should further or different terms, conditions, endorsements, or exclusions become known. Liberty Mutual does not acknowledge that this is a certified copy of the policy, or that it is the exact copy of the policy that was delivered to the insured.

LIBERTY MUTUAL RESERVES THE RIGHT TO FURTHER AMEND OR SUPPLEMENT THIS POLICY SHOULD ANY ADDITIONAL TERMS, CONDITIONS OR EXCLUSIONS COME TO OUR ATTENTION.

Agnieszka Swiontkowska, USM
Central Processing Operations
Commercial Insurance Shared Services
Lewiston, Maine

Date:      01/17/2018



Exhibit

1

First Liberty v. Trust Hospitality

INSURANCE OFFICE OF AMERICA
PO BOX 162207
ALTAMONTE SPRINGS FL 327162207

Trust Hospitality, LLC
806 Douglas Rd 4th Floor
Coral Gables FL 33134

.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

## PARTICIPATING PROVISION

You may be eligible to participate in the distribution of surplus funds of the company through any dividends that may be declared for this policy. A declaration or payment of dividends is not guaranteed. The amount of any dividends that may be declared shall be to the extent, and upon the conditions fixed and determined by the Board of Directors and in compliance with any laws that apply.

**In witness whereof**, the company has caused this policy to be signed by its President and its Secretary.

**SECRETARY**                    **PRESIDENT**

226201500003900005

**COMMERCIAL GENERAL LIABILITY DECLARATIONS**
**OCCURRENCE**



Issued By The First Liberty Insurance Corp.

| | |
|---|---|
| Policy Number  TB6-Z91-442777-035 | Issuing Office  DULUTH, GA-SE R |
| Renewal Of     TB6-Z91-442777-034 | Issue Date     2015-08-10 |
| Account Number   9-442777 | Sub Account   0002 |

Named Insured and Mailing Address
Trust Hospitality, LLC
806 Douglas Rd 4th Floor
Coral Gables FL 33134

Form of Business: Limited Liability Company

Policy Period: The policy period is from 07/31/2015  to 07/31/2016 12:01 A.M. standard time at the Insured's mailing address.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $  1,000,000 | |
| Damage to Premises Rented to You Limit | $     300,000 | Any one premises |
| Medical Expense Limit | $       5,000 | Any one person |
| Personal & Advertising Injury Limit | $  1,000,000 | |
| General Aggregate Limit | $  2,000,000 | |
| Products-Completed Operations Aggregate Limit | $  2,000,000 | |

### SCHEDULE

The declarations are completed on the accompanying "Declarations Extension Schedule(s)".

| | | |
|---|---|---|
| Commercial General Liability Coverage Part Premium | $ | 22,652 |
| Endorsement Premium | $ | 2,079 |
| Total Estimated Premium | $ | 24,731 |

Policywriting Minimum Premium   $   1,000

Forms Applicable:  See Attached Inventory

INSURANC 0073208642
INSURANCE OFFICE OF AMERICA
PO BOX 162207

ALTAMONTE SPRINGS FL 327162207

Countersigned By:

Judy Shuchacy

Authorized Representative

        © 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

## DECLARATIONS EXTENSION SCHEDULE – CLASSIFICATION DESCRIPTIONS

Policy Number  TB6-Z91-442777-035

| Class Code | Description |
| --- | --- |
| 41677 | Consultants - NOC - Products-Completed Operations are subject to the General Aggregate Limit |
| 61226 | Buildings or Premises - office - Other than Not-For-Profit - NOC - Products-Completed Operations are subject to the General Aggregate Limit |

## DECLARATIONS EXTENSION SCHEDULE

Policy Number  TB6-Z91-442777-035

| Class Code | Premium Basis | | Rates | Premium |
|---|---|---|---|---|

**FLORIDA**

Location 1.1
806 Douglas Rd 4th Floor
Coral Gables FL 33134

| | | | | |
|---|---|---|---|---|
| 61226<br>Premises/Operations<br>Products/Completed Operations | Area | 5,000<br>included | Per 1000<br>562.879 | $2,814 |

Location 7.1
1410 Ocean Dr
Miami Beach FL 33139

| | | | | |
|---|---|---|---|---|
| 41677<br>Premises/Operations<br>Products/Completed Operations | Payroll | 550,000<br>included | Per 1000<br>1.463 | $805 |

Location 9.1
84457 Old Overseas Highway
Islamorada FL 33036

| | | | | |
|---|---|---|---|---|
| 41677<br>Products/Completed Operations<br>Premises/Operations | Payroll | included<br>595,000 | Per 1000<br>0.987 | $587 |

Location 10.1
80001 Overseas Hwy
Islamorada FL 33036

| | | | | |
|---|---|---|---|---|
| 41677<br>Premises/Operations<br>Products/Completed Operations | Payroll | 2,035,000<br>included | Per 1000<br>0.987 | $2,009 |

Location 11.1
1120 Collins Avenue
Miami Beach FL 33134

LCS 00 02 05 12

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Page 1 of 4

## DECLARATIONS EXTENSION SCHEDULE (continued)

Policy Number  TB6-Z91-442777-035

| Class Code | Premium Basis | | Rates | | Premium |
|---|---|---|---|---|---|
| 41677 | Payroll | | Per 1000 | | |
| Premises/Operations | | 870,000 | | 1.463 | $1,273 |
| Products/Completed Operations | | included | | | |

Location 12.1
    84001 Overseas Highway
    Islamorada FL 33036

| | | | | | |
|---|---|---|---|---|---|
| 41677 | Payroll | | Per 1000 | | |
| Premises/Operations | | 4,060,000 | | 0.987 | $4,007 |
| Products/Completed Operations | | included | | | |

Location 13.1
    80241 Overseas Highway
    Islamorada FL 33036

| | | | | | |
|---|---|---|---|---|---|
| 41677 | Payroll | | Per 1000 | | |
| Premises/Operations | | 495,000 | | 0.987 | $489 |
| Products/Completed Operations | | included | | | |

Location 15.1
    7450 Ocean Terrace
    Miami Beach FL 33141

| | | | | | |
|---|---|---|---|---|---|
| 41677 | Payroll | | Per 1000 | | |
| Premises/Operations | | 488,000 | | 1.463 | $714 |
| Products/Completed Operations | | included | | | |

Location 18.1
    7436 Ocean Terrace Rd
    Miami FL 33131

| | | | | | |
|---|---|---|---|---|---|
| 41677 | Payroll | | Per 1000 | | |
| Premises/Operations | | 775,000 | | 1.463 | $1,134 |
| Products/Completed Operations | | included | | | |

Location 20.1
    19 Sombrero Blvd
    Marathon FL 33050

 © 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

## DECLARATIONS EXTENSION SCHEDULE (continued)

Policy Number  TB6-Z91-442777-035

| Class Code | Premium Basis | | Rates | | Premium |
|---|---|---|---|---|---|
| 41677 | Payroll | | Per 1000 | | $543 |
| Premises/Operations | | 550,000 | | 0.987 | |
| Products/Completed Operations | | included | | | |
| | | | | | |
| Location 21.1 | | | | | |
| 121 SE 1st St | | | | | |
| Miami FL 33131 | | | | | |
| | | | | | |
| 41677 | Payroll | | Per 1000 | | |
| Products/Completed Operations | | included | | | |
| Premises/Operations | | 1,850,000 | | 1.463 | $2,707 |
| | | | | | |
| Location 22.1 | | | | | |
| 3550 S. Ocean Blvd | | | | | |
| Palm Beach FL 33480 | | | | | |
| | | | | | |
| 41677 | Payroll | | Per 1000 | 1.599 | |
| Premises/Operations | | if any | | | |
| Products/Completed Operations | | included | | | |
| | | | | | |
| Location 23.1 | | | | | |
| 443 Espanola Way | | | | | |
| Coconut Grove FL 33134 | | | | | |
| | | | | | |
| 41677 | Payroll | | Per 1000 | 1.463 | $658 |
| Premises/Operations | | 450,000 | | | |
| Products/Completed Operations | | included | | | |
| | | | | | |
| Total for  FLORIDA | | | | | $17,740 |

LOUISIANA

Location 17.1
936 Saint Charles Ave
New Orleans LA 70130

| 41677 | Payroll | | Per 1000 | 1.501 | $305 |
|---|---|---|---|---|---|
| Premises/Operations | | 203,000 | | | |
| Products/Completed Operations | | included | | | |

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

## DECLARATIONS EXTENSION SCHEDULE (continued)

Policy Number TB6-Z91-442777-035

| Class Code | Premium Basis | | Rates | | Premium |
|---|---|---|---|---|---|
| Total for LOUISIANA | | | | | $305 |

**MAINE**

Location 16.1
119 Exchange St
Portland ME 04101

| 41677 | Payroll | | Per 1000 | | |
|---|---|---|---|---|---|
| Premises/Operations | | 2,550,000 | | 0.742 | $1,892 |
| Products/Completed Operations | | included | | | |

| Total for MAINE | | | | | $1,892 |
|---|---|---|---|---|---|

**NEW YORK**

Location 19.1
514 W 168th St
New York NY 10032

| 41677 | Payroll | | Per 1000 | | |
|---|---|---|---|---|---|
| Products/Completed Operations | | included | | | |
| Premises/Operations | | 875,000 | | 3.103 | $2,715 |

| Total for NEW YORK | | | | | $2,715 |
|---|---|---|---|---|---|

| TOTAL | | | | | $22,652 |
|---|---|---|---|---|---|

 © 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission. Page 4 of 4

## DECLARATIONS EXTENSION SCHEDULE
### MISCELLANEOUS CHARGES

Policy Number  TB6-Z91-442777-035

|  | Premium Basis | Rates | Charges |
|---|---|---|---|
| Terrorism Risk Insurance Act (TRIA) |  |  | 179 |
| Employee Benefits | System Rated |  | 356 |
| Additional Insureds - Managers or Lessors of Premises | Included |  | 0 |
| Commercial General Liability Enhancement For Real Estate and Property Managers<br>Minimum and Flat charge 250 | Flat Charge |  | 250 |
| Designated Construction Project Or Designated Location Combined Aggregate Limits - With Total Aggreg<br>Minimum and Flat charge 1,044 | Flat Charge |  | 1,044 |
| Damage to Premise Rented to You Excess Limits | Flat Charge |  | 250 |

**TOTAL MISCELLANEOUS CHARGES**                                                        **2,079**

LCS 00 03 05 12          © 2012 Liberty Mutual Insurance. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

## Inventory
## Coverage Forms/Parts, Endorsements, Enclosures

COVERAGE FORMS/PARTS, ENDORSEMENTS AND ENCLOSURES FORMING A PART OF THIS POLICY AT INCEPTION:

**Form Number/Edition Date**   **Title**

**COMMON POLICY FORMS**

| | |
|---|---|
| LIL 90 05 06 13 | PARTICIPATING PROVISION |
| LC 00 04 08 12 | COMMERCIAL GENERAL LIABILITY DECLARATIONS |
| LCS 00 01 05 12 | DECLARATIONS EXTENSION SCHEDULE - CLASSIFICATION DESCRIPTIONS |
| LCS 00 02 05 12 | DECLARATIONS EXTENSION SCHEDULE |
| LCS 00 03 05 12 | DECLARATIONS EXTENSION SCHEDULE MISCELLANEOUS CHARGES |
| IC 00 42 07 09 | Inventory Coverage Forms/Parts, Endorsements, Enclosures |
| IL 00 17 11 98 | Common Policy Conditions |

**COMMERCIAL GENERAL LIABILITY**

| | |
|---|---|
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |

**Named Insured**

| | |
|---|---|
| LCS 00 04 10 14 | Commercial General Liability Declarations Extension Schedule - Named Insured |

**Coverage Endorsement(s)**

| | |
|---|---|
| CG 04 35 12 07 | Employee Benefits Liability Coverage |
| CG 24 12 11 85 | BOATS |
| CG 24 26 04 13 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| LC 25 13 08 08 | Non-Cumulation of Liability (Same Occurrence) |
| LC 29 04 08 08 | Personal and Advertising Injury - Definition of Publication |
| LC 29 06 08 08 | Personal and Advertising Injury - Occurrence Redefined |
| LC 99 36 02 13 | PREMIUM RESPONSIBILITY ENDORSEMENT |
| LC 29 08 10 11 | Advertisement Redefined |
| LG 32 05 06 05 | Damage First Occurring Prior to Policy Period - Exclusion |
| LC 25 19 01 15 | Designated Construction Project Or Designated Location Combined Aggregate Limits - With Total Aggregate Limit For All Projects and Locations |
| LC 04 59 08 12 | Commercial General Liability Enhancement For Real Estate and Property Managers |

**Additional Insured(s)**

226201500003900013

| Form Number/Edition Date | Title |
|---|---|
| CG 20 08 04 13 | Additional Insured - Users Of Golfmobiles |
| CG 20 11 04 13 | Additional Insured - Managers Or Lessors Of Premises |

**TRIA Exclusion(s)**

| | |
|---|---|
| CG 21 70 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG 21 76 01 15 | EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM |
| CG 26 86 01 15 | ARKANSAS EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM |
| CG 26 93 01 15 | ALASKA EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM |

**Other Exclusion(s)**

| | |
|---|---|
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 65 12 04 | Total Pollution Exclusion With a Building Heating, Cooling and Dehumidifying Equipment Exception and a Hostile Fire Exception |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 45 04 13 | EXCLUSION - SPECIFIED THERAPEUTIC OR COSMETIC SERVICES |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| LC 21 01 06 05 | Asbestos Exclusion Endorsement |
| LC 21 04 06 05 | Discrimination Exclusion |
| LC 21 64 08 07 | Land or Earth Movement Exclusion |
| CG 21 06 05 14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |

**State Mandatory**

| | |
|---|---|
| CG 02 20 03 12 | Florida Changes - Cancellation and Nonrenewal |

## NOTICE(S) TO POLICYHOLDER

| | |
|---|---|
| CNL 90 01 10 13 | IMPORTANT NOTICE TO POLICYHOLDERS - PREMIUM DETERMINATION - SUBCONTRACTORS |
| SNI 09 02 10 12 | LOSS CONTROL SERVICES IMPORTANT INFORMATION TO POLICYHOLDERS FLORIDA |
| SNI 09 06 01 15 | TERRORISM RISK INSURANCE ACT |
| SNI 90 01 05 12 | POLICYHOLDER NOTICE - COMPANY CONTACT INFORMATION |

## Common Policy Conditions

All Coverage Parts included in this policy are subject to the following conditions:

### A. CANCELLATION

1. The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

Copyright, Insurance Services Office, Inc., 1998

      **b.**  Comply with laws, regulations, codes or standards.

**3.**  Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.**  Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E.  PREMIUMS

The first Named Insured shown in the Declarations:

    **1.**  Is responsible for the payment of all premiums; and

    **2.**  Will be the payee for any return premiums we pay.

## F.  TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

226201500003900016

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

   © Insurance Services Office, Inc., 2012

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(b) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

p. Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q. Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, , collecting, recording, sending, transmitting, communicating or distribution of material or information".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

1. Insuring Agreement

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. Exclusions

   This insurance does not apply to:

   a. Knowing Violation Of Rights Of Another

      "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   b. Material Published With Knowledge Of Falsity

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

   c. Material Published Prior To Policy Period

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

   d. Criminal Acts

      "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

   e. Contractual Liability

      "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   f. Breach Of Contract

      "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

   g. Quality Or Performance Of Goods – Failure To Conform To Statements

      "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

   h. Wrong Description Of Prices

      "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against *any of these*.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2012

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. Any Insured

To any insured, except "volunteer workers".

b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

d. Workers' Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

g. Coverage A Exclusions

Excluded under Coverage A.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section 1 – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    **(1)** "Bodily injury" or "personal and advertising injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

      **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

      **(a)** Owned, occupied or used by;

      **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

  **a.** Medical expenses under Coverage C;

  **b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

  **c.** Damages under Coverage B.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal And Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012   **CG 00 01 04 13**

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

226201500003900029

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

     (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

     (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

     (1) Power cranes, shovels, loaders, diggers or drills; or

     (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

     (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

     (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for work performed for you.

21. "Your product":

  a. Means:

    (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      (a) You;

      (b) Others trading under your name; or

      (c) A person or organization whose business or assets you have acquired; and

    (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    (2) The providing of or failure to provide warnings or instructions.

  c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

  a. Means:

    (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    (2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS EXTENSION SCHEDULE – NAMED INSURED

Policy number    TB6-Z91-442777-035

It is agreed that the following are Named Insured(s) under this coverage part:

Tecton Management Services Company, LLC
Trust Hospitality, LLC
Tecton Miami Beach Management, LLC
IB Palm Beach, LLC
3550 Palm Beach Holdings, LLC Wyndham Garden Hotel
7436 Ocean Terrace, LLC DBA Ocean Surf
514 WEST 168 STREET LLC
IB Cavalier, LLC
IB Pelican Cove, LLC
CRP 84457 Overseas, LLC
El Ad Edgewater, LLC; IBHI, LLC
CRP 80001 Overseas, LLC
CRP Nash, LLC
IB Nash, LLC
CRP Holiday Isle, LLC
IB PCI, LLC
IB LaSiesta, LLC
CRP Siesta Resort, LLC
7450 Ocean Terrace, LLC
TH PRESS LLC
THNOLA, LLC & The Hotel Modern
Republic Marathon, LLC
Trust Sombrero and DBA Sombrero Resort & Marina
The Langford LLC

 © 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER: TB6-Z91-442777-035

**COMMERCIAL GENERAL LIABILITY**
**CG 04 35 12 07**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible |
|---|---|---|---|
| Employee Benefits Programs | $ 1,000,000 | each employee | Not Applicable |
| | $ 2,000,000 | aggregate | |
| Retroactive Date: | 07/31/2009 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. The following is added to Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Paragraph D. (Section III – Limits Of Insurance); and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to damages only if:

      (1) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

      (2) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

      (3) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph F. of this endorsement.

   c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

      (1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph a. above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages A and B are replaced by Supplementary Payments - Coverages A, B and Employee Benefits Liability.

**2.** Paragraphs 1.b. and 2. of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 3. of Section II - Who Is An Insured are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

© ISO Properties, Inc., 2006 CG 04 35 12 07

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, Section III – Limits Of Insurance is replaced by the following:

   1. Limits Of Insurance

      a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

         (1) Insureds;

         (2) "Claims" made or "suits" brought;

         (3) Persons or organizations making "claims" or bringing "suits";

         (4) Acts, errors or omissions; or

         (5) Benefits included in your "employee benefit program".

      b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

      c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

         (1) An act, error or omission; or

         (2) A series of related acts, errors or omissions

      negligently committed in the "administration" of your "employee benefit program".

      However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. Deductible

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

      (1) Our right and duty to defend any "suits" seeking those damages; and

      (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

      apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

E. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of Section IV - Commercial General Liability Conditions are replaced by the following:

   2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"

      a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

         (1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

b. If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

b. Excess Insurance

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

  © ISO Properties, Inc., 2006  CG 04 35 12 07

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

   a. This endorsement is canceled or not renewed; or

   b. We renew or replace this endorsement with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      (2) Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The "employee benefit programs" insured;

   b. Previous types and amounts of insurance;

   c. Limits of insurance available under this endorsement for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph D.1.b. of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph D.1.c.

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the Definitions Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

226201500003900038

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the Definitions Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

       a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

       b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006

CG 04 35 12 07

POLICY NUMBER: TB6-Z91-442777-035                                    COMMERCIAL GENERAL LIABILITY
                                                                                CG 24 12 11 85

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BOATS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft owned or used by or rented to the insured shown in the Schedule.
2. WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization legally responsible for the use of any such watercraft you own, provided the actual use is with your permission.

## SCHEDULE

**Description of Watercraft:**

Boats - owned or operated by or rented or loaned to any insured - less than 26 feet in length.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

          Copyright, Insurance Services Office, Inc., 1984, 1992

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the Definitions section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## Non-Cumulation of Liability
## (Same Occurrence)

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following is added to paragraph 4. of the Limits of Insurance Section:

   If one "occurrence" causes "personal and advertising injury" to which this policy applies and to which one or more prior and/or future liability policy(ies) issued to you by us also applies, then this policy's Personal and Advertising Injury Limit will be reduced by the amount of each payment made by us under the other policy(ies) because of such "occurrence".

2. The following is added to paragraph 5. of the Limits of Insurance Section:

   If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future liability policy(ies) issued to you by us, then this policy's Each Occurrence Limit will be reduced by the amount of each payment made by us under the other policy(ies) because of such "occurrence".

3. The final paragraph of the Limits of Insurance Section is replaced with the following:

   The aggregate Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the aggregated Limits of Insurance. However, the Each Occurrence Limit is the most we will pay for damages and Medical Expenses because of all "bodily injury" and "property damage" arising out of any one "occurrence" and the Personal and Advertising Injury Limit is the most we will pay for damage because of all "personal and advertising injury" arising out of any one "occurrence", regardless of the length of the policy period.

LC 25 13 08 08

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## Personal and Advertising Injury Redefined - Definition of Publication

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraphs **d.** and **e.** of the definition of "personal and advertising injury" are replaced by the following:

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**d.**  Oral or written "publication" directly to the public at large of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

**e.**  **(1)**  Oral or written "publication" directly to the public at large of material that violates a person's right of privacy;

**(2)**  Oral or written "publication" of material that violates a person's right of privacy by misappropriation of that person's name or likeness.

The following definition is added to the Definitions Section:

"Publication" means an insured's act of disseminating or broadcasting material or information.  Publication does not include the wrongful appropriation, interception or retrieval of material or information by a third party or the insured's dissemination or broadcasting of material or information to a person who is the subject of the material or the information.

LC 29 04 08 08                                                                                           Page   1 of 1

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Personal and Advertising Injury - Occurrence Redefined

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Paragraph **4.** of the Limits of Insurance section is replaced by the following:

    **4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" arising out of any one "occurrence".

B. The definition of "occurrence" in the Definitions section is replaced by the following:

    "Occurrence" means:

    **a.** With respect to "bodily injury" or "property damage", an accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

    **b.** With respect to "personal and advertising injury", an offense or series of related offenses.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### PREMIUM RESPONSIBILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

Paragraph E. Premiums of the Common Policy Conditions is replaced by the following:

1.  Each Named Insured is jointly and severally liable for all premiums due under this policy and for any other financial obligations of any Named Insured to us arising out of any agreements contained in this policy.

2.  The first Named Insured will be the payee for any return premiums we pay.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADVERTISEMENT REDEFINED**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

The definition of "advertisement" in the Definitions Section is replaced by the following:

"Advertisement" means a paid announcement that is broadcast or published in the print, broadcast or electronic media to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Announcements that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## Damage First Occurring
## Prior to Policy Period - Exclusion

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" within the "products-completed operations hazard" if the injury or damage first occurred prior to the effective date of this policy.

**LG 32 05 06 05**

Policy Number  TB6-Z91-442777-035
Issued by      THE FIRST LIBERTY INSURANCE CORPORATION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DESIGNATED CONSTRUCTION PROJECT OR DESIGNATED LOCATION
COMBINED AGGREGATE LIMITS – WITH TOTAL AGGREGATE LIMIT
FOR ALL PROJECTS AND LOCATIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| | |
|---|---|
| **Designated Construction Project(s) or Designated Location(s):**  Per location | |
| **Total Aggregate Limit for all Projects and Locations:**    $ 10,000,000 | |

A.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section I – Coverage A, and for all medical expenses caused by accidents under Section I - Coverage C, which can be attributed only to ongoing operations at a single designated construction project or a single designated "location":

    1.  A separate Designated General Aggregate Limit applies to each designated construction project and to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

    2.  The Designated General Aggregate Limit is the most we will pay for the sum of all damages under Section I - Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Section I - Coverage C regardless of the number of:

        a.  Insureds;

        b.  Claims made or "suits" brought; or

        c.  Persons or organizations making claims or bringing "suits".

    3.  Any payments made under Coverage A for damages or under Coverage C for medical expenses shall reduce the Designated General Aggregate Limit for that designated construction project or designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated General Aggregate Limit for any other designated construction project or designated "location".

    4.  The limits shown in the Declarations for Each Occurrence, Damage to Premises Rented to You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated General Aggregate Limit and the Total Aggregate Limit for all Projects and Locations.

5.  The Total Aggregate Limit for all Projects and Locations shown in the Schedule of this endorsement is the most we will pay for the sum of all damages caused by "occurrences" under Section I – Coverage A and all medical expenses caused by accidents under Section I – Coverage C which can be attributed only to ongoing operations at a designated construction project or designated "location" shown in the Schedule of this endorsement, regardless of the number of construction projects, "locations", "occurrences" or accidents.

6.  Each Designated General Aggregate Limit is subject to the Total Aggregate Limit for all Projects and Locations shown in the Schedule of this endorsement.

B.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section I – Coverage A, and for all medical expenses caused by accidents under Section I - Coverage C, which cannot be attributed only to ongoing operations at a single designated construction project or single designated "location":

1.  Any payments made under Coverage A for damages or under Coverage C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2.  Such payments shall not reduce any Designated General Aggregate Limit.

C.  When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated General Aggregate Limit.

D.  If the applicable construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E.  For the purposes of this endorsement, the Definitions Section is amended by the addition of the following definition:

"Location" means any premises that you occupy for permanent operations as part of your business, but does not include any premises at which you are performing operations as part of a construction project.  All premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad shall be considered a single "location".

F.  The provisions of Section III - Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### COMMERCIAL GENERAL LIABILITY ENHANCEMENT FOR REAL ESTATE AND PROPERTY MANAGERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Index of modified items:

Item 1.    Reasonable Force
Item 2.    Non-Owned Watercraft Extension
Item 3.    Damage To Premises Rented To You - Expanded Coverage
Item 4.    Bodily Injury To Co-Employees
Item 5.    Health Care Professionals As Insureds
Item 6.    Knowledge Of Occurrence
Item 7.    Notice Of Occurrence
Item 8.    Unintentional Errors And Omissions
Item 9.    Bodily Injury Redefinition
Item 10.   Supplementary Payments – Increased Limits
Item 11.   Aircraft With Chartered Crew
Item 12.   Valet Parking Services
Item 13.   Newly Formed Or Acquired Entities
Item 14.   Blanket Additional Insured Where Required By Written Contract
           Lessee of Premises
           Managers or Lessors of Premises
           Mortgagees, Assignees or Receivers
           Any Person or Organization
Item 15.   Blanket Additional Insured – Grantors Of Permits
Item 16.   Waiver Of Right Of Recovery By Written Contract Or Agreement
Item 17.   Other Insurance Amendment

Item 1.  Reasonable Force

Exclusion a. of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

a.  Expected Or Intended Injury

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

Item 2.  Non-Owned Watercraft Extension

Paragraph (2) of Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

(2)  A watercraft you do not own that is:

    (a)  Less than 55 feet long; and

    (b)  Not being used to carry persons or property for a charge;

       © 2012 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Item 3. Damage To Premises Rented To You - Expanded Coverage**

A. The final paragraph of 2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

Exclusions c. through n. do not apply to damage by fire, lightning or explosion or subsequent damages resulting from such fire, lightning or explosion including water damage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

B. Paragraph 6. of Section III – Limits Of Insurance is replaced by the following:

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion or subsequent damages resulting from such fire, lightning or explosion including water damage to premises while rented to you or temporarily occupied by you with permission of the owner.

The Damage To Premises Rented To You Limit is the greater of:

a. $300,000; or

b. The Damage To Premises Rented To You Limit shown on the Declarations.

C. Paragraph 9.a. of the definition of "insured contract" in Section V – Definitions is replaced by the following:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion or subsequent damages resulting from such fire, lightning or explosion including water damage to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

D. The paragraph immediately following Paragraph (6) of exclusion j. of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire, lightning or explosion or subsequent damages resulting from such fire, lightning or explosion including water damage) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits of Insurance.

**Item 4. Bodily Injury To Co-Employees**

A. Paragraph 2. of Section II - Who Is An Insured is amended to include:

Each of the following is also an insured:

Your "employees" (other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company)) are insureds while in the course of their employment or while performing duties related to the conduct of your business with respect to "bodily injury":

(1) To you;

(2) To your partners or members (if you are a partnership or joint venture);

(3) To your members (if you are a limited liability company); or

(4) To a co-"employee" or "volunteer worker" while that co-"employee" or "volunteer worker" is either in the course of his or her employment by you or while performing duties related to the conduct of your business (including participation in any recreational activities sponsored by you).

Paragraph 2.a.(1)(a) of Section II - Who is an Insured does not apply to "bodily injury" for which insurance is provided by this paragraph.

B. The insurance provided by this Item 4. will not apply if the injured person's sole remedy for such injury is provided under a workers' compensation law or any similar law.

C. Other Insurance

The insurance provided by this Item 4. is excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis.

Item 5. Health Care Professionals As Insureds

A. Paragraph 2.a.(1)(d) of Section II - Who Is An Insured is replaced by the following:

(d) Arising out of his or her providing or failing to provide professional health care services. However, any "employee" or "volunteer worker" of the Named Insured who is a "designated health care provider" is an insured with respect to "bodily injury" and "personal and advertising injury" that:

(i) Arises out of the providing of or failure to provide professional health care services; and

(ii) Occurs in the course of and within the scope of such "employee's" or "volunteer worker's" employment by the Named Insured.

B. With respect to "employees" and "volunteer workers" providing professional health care services, the following exclusions are added to Paragraph 2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

(1) Liability assumed under an "insured contract" or any other contract or agreement;

(2) Liability arising out of the providing of professional health care services in violation of law;

(3) Liability arising out of the providing of any professional health care services while in any degree under the influence of intoxicants or narcotics;

(4) Liability arising out of any dishonest, fraudulent, malicious or knowingly wrongful act or failure to act; or

(5) Punitive or exemplary damages, fines or penalties.

C. The following definition is added to Section V - Definitions:

"Designated health care provider" means any "employee" or "volunteer worker" of the Named Insured whose duties include providing professional health care services, including but not limited to doctors, nurses, emergency medical technicians or designated first aid personnel.

D. Other Insurance

The insurance provided by this Item 5. is excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis.

Item 6. **Knowledge Of Occurrence**

Knowledge of an "occurrence" by your agent, servant or "employee" will not in itself constitute knowledge by you unless your "executive officer" or "employee" or other third party designated by you to notify us of "occurrences" has knowledge of the "occurrence".

Item 7. **Notice Of Occurrence**

For purposes of Paragraph 2.a. of Section IV - Conditions, you refers to an "executive officer" of the Named Insured or to the "employee" designated by the insured to give us notice.

Item 8. **Unintentional Errors And Omissions**

Unintentional failure of the Named Insured to disclose all hazards existing at the inception of this policy shall not be a basis for denial of any coverage afforded by this policy. However, you must report such an error or omission to us as soon as practicable after its discovery.

This provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

Item 9. **Bodily Injury Redefinition**

The definition of "bodily injury" in Section V - Definitions is replaced by the following:

"Bodily injury" means:

a. Bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time; and

b. Mental anguish, shock or humiliation arising out of injury as defined in Paragraph a. above. Mental anguish means any type of mental or emotional illness or distress.

Item 10. **Supplementary Payments - Increased Limits**

Paragraphs 1.b. and 1.d. of Section I - Supplementary Payments - Coverages A And B, are replaced by the following:

b. Up to $3,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit" including substantiated loss of earnings up to $500 a day because of time off from work.

Item 11. **Aircraft With Chartered Crew**

The following is added to Exclusion g. of Section I –Coverage A Bodily Injury And Property Damage Liability:

This exclusion does not apply to an aircraft that you do not own that is:

(a) Chartered with a pilot by any insured; and

(b) Not being used to carry any person or property for a charge.

Item 12. **Valet Parking Services**

Paragraph (3) of Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

 © 2012 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(3) Parking an "auto":

    (a) On, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, or

    (b) That is not owned by or rented to you as part of your "valet parking services".

"Valet parking services" means parking arrangements provided by you or those working on your behalf, where your customer's "auto" is parked and retrieved by an attendant whether or not this service is provided for a fee.

## Item 13. Newly Formed Or Acquired Entities

Paragraph 3. of Section II – Who Is An Insured is replaced by the following:

3. Any organization, other than a partnership or joint venture, you newly acquire or form and over which you maintain majority ownership or majority interest will qualify as a Named Insured if there is no other similar insurance available to that organization.

    a. Coverage under this provision is afforded only until:

        (1) The 180th day after you acquire or form the organization;

        (2) Separate coverage is purchased for the organization; or

        (3) The end of the policy period,

        whichever is earlier.

    b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

## Item 14. Blanket Additional Insured Where Required By Written Contract

Paragraph 2. of Section II - Who Is An Insured is amended to add the following:

e. Additional Insured by Written Contract or Written Agreement

    The following are insureds under the policy when you have agreed in a written contract or written agreement to provide them coverage as additional insureds under your policy:

    (1) **Lessees of Premises:** Any person or organization who leases or rents a part of the premises you own or manage who you are required to add as an additional insured on this policy, but only with respect to liability arising out of your ownership, maintenance or repair of that part of the premises which is not reserved for the exclusive use or occupancy of such person or organization or any other tenant or lessee.

    (2) **Managers or Lessors of Premises:** Any manager or lessor of premises leased to you in which the written lease agreement obligates you to procure additional insured coverage.

    The coverage afforded to the additional insured is limited to liability in connection with the ownership, maintenance or use of the premises leased to you and caused, in whole or in part, by some negligent acts or omissions of you, your employees, your agents or your subcontractors. There is no coverage for the additional insured for liability arising out of the sole negligence of the additional insured or those acting on behalf of the additional insured, except as provided below.

    If the written agreement obligates you to procure additional insured coverage for the additional insured's sole negligence, then the coverage for the additional insured shall conform to the agreement, but only if

the applicable law would allow you to indemnify the additional insured for liability arising out of the additional insured's sole negligence.

This insurance does not apply to:

(a) Any "occurrence" which takes place after you cease to be a tenant in that premises or to lease that land; or

(b) Any premises for which coverage is excluded by endorsement.

(3) **Mortgagees, Assignees or Receivers:** Any person(s) or organization(s) with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of your premises. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

(4) **Any Person or Organization Other Than a Joint Venture:** Any person or organization (other than a joint venture of which you are a member) for whom you are obligated by a written agreement to procure additional insured coverage, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

(a) In the performance of your ongoing operations; or

(b) In connection with premises owned by you.

This insurance does not apply to:

1. Any construction, renovation, demolition or installation operations performed by or on behalf of you, or those operating on your behalf;

2. Any person or organization whose profession, business or occupation is that of an architect, surveyor or engineer with respect to liability arising out of the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, specification or the performance of any other professional services by such person or organization; or

3. Any person or organization more specifically covered in Paragraphs e.(1) through (3) above.

The insurance afforded to any person or organization as an insured under this Paragraph 2.e.:

(1) Applies only to coverage and minimum limits of insurance required by the written agreement or written contract, but in no event exceeds either the scope of coverage or the limits of insurance provided by this policy;

(2) Does not apply to any person or organization for any "bodily injury", "property damage" or "personal and advertising injury" if any other additional insured endorsement attached to this policy applies to that person or organization with regard to the "bodily injury", "property damage" or "personal and advertising injury";

(3) Applies only if the "bodily injury" or "property damage" occurs, or offense giving rise to "personal and advertising injury" is committed, subsequent to the execution of the written agreement; and

(4) Applies only if the written agreement is in effect at the time the "bodily injury" or "property damage" occurs, or at the time the offense giving rise to the "personal and advertising injury" is committed.

Item 15.   Blanket Additional Insured – Grantors Of Permits

Paragraph 2. of Section II - Who Is An Insured is amended to add the following:

Any state, municipality or political subdivision with respect to any operations performed by you or on your behalf, or in connection with premises you own, rent or control and to which this insurance applies, for which the state, municipality or political subdivision has issued a permit.

    © 2012 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

However, this insurance does not apply to:

1. "Bodily injury", "property damage" or "personal  and advertising injury" arising out of operations performed for the state, municipality or political subdivision;

2. Any "bodily injury" or "property damage" included within the "products-completed operations hazard", except when required by written contract or agreement initiated prior to loss; or

3. "Bodily injury", "property damage" or "personal and advertising injury", unless negligently caused, in whole or in part, by you or those acting on your behalf.

Item 16.   Waiver Of Right Of Recovery By Written Contract Or Agreement

The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:

We waive any right of recovery because of payments we make under this policy for injury or damage arising out of your ongoing operations or "your work" included in the "products-completed operations hazard" that we may have against any person or organization with whom you have agreed in a written contract or agreement to waive your rights of recovery but only if the "bodily injury" or "property damage" occurs, or offense giving rise to "personal and advertising injury" is committed subsequent to the execution of the written contract or agreement.

Item 17.   Other Insurance Amendment

If you are obligated under a written agreement to provide liability insurance on a primary, excess, contingent, or any other basis for any person or organization that qualifies as an additional insured on this policy, this policy will apply solely on the basis required by such written agreement and Paragraph 4. Other Insurance of Section IV – Conditions will not apply.  Where the applicable written agreement does not specify on what basis the liability insurance will apply, the provisions of Paragraph 4. Other Insurance of Section IV – Conditions will govern.  However, this insurance is excess over any other insurance available to the additional insured for which it is also covered as an additional insured by attachment of an endorsement to another policy providing coverage for the same "occurrence", claim or "suit".

226201500003900056

COMMERCIAL GENERAL LIABILITY
CG 20 08 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – USERS OF GOLFMOBILES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person(s) using or legally responsible for the use of golfmobiles loaned or rented to others by you or any of your concessionaires but only for their liability arising out of the use of the golfmobiles.

**B.** For the purposes of this endorsement, golfmobile means a motorized conveyance that is:

1. Designed to carry up to four persons on a golf course for the purpose of playing golf; and

2. Not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: TB6-Z91-442777-035

COMMERCIAL GENERAL LIABILITY
CG 20 11 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

B. With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

## SCHEDULE

| Designation Of Premises (Part Leased To You): | Name Of Person(s) Or Organization(s) (Additional Insured): |
| --- | --- |
| 806 Douglas Rd, 4th Floor, Coral Gables, FL 33134 | ASLAN III Douglas Entrance, LLC (Owners), ASLAN III Douglas Entrance Holdings, LLC (Owners), Transwestern Commercial Services Florida, LLC (Agent) |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© Insurance Services Office, Inc., 2012

226201500003900058

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

222601500003900060

COMMERCIAL GENERAL LIABILITY
CG 26 86 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as "punitive damages".

**B.** The following definitions are added:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Punitive damages" means damages that may be imposed to punish a wrongdoer and to deter others from similar conduct.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 26 93 01 15

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALASKA EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following exclusion is added:

This insurance does not apply to:

TERRORISM PUNITIVE DAMAGES

Damages arising out of a "certified act of terrorism" that are awarded as punitive damages.

B. The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 26 93 01 15 © Insurance Services Office, Inc., 2015 Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

226201500003900063

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

(a) "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

(b) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(i) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(ii) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© ISO Properties, Inc., 2003

226201500003900064

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

2. Exclusions

This insurance does not apply to:

Fungi Or Bacteria

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

Fungi Or Bacteria

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the Definitions Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

2. Exclusions

This insurance does not apply to:

Silica Or Silica-Related Dust

a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

c. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

Silica Or Silica-Related Dust

a. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

C. The following definitions are added to the Definitions Section:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004

226201500003900067

POLICY NUMBER: TB6-Z91-442777-035

**COMMERCIAL GENERAL LIABILITY**
**CG 22 45 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – SPECIFIED THERAPEUTIC OR COSMETIC SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

With respect to any operation shown in the Schedule, this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy.

### SCHEDULE

**Description Of Operations:**

Any cosmetic, ear piercing, tonsorial, massage, physiotherapy, chiropody, hearing aid, optical or optometrical service or treatment.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## Nuclear Energy Liability Exclusion Endorsement (Broad Form)

This endorsement modifies the insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" or "property damage":

    (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

    (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

    (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

    (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

© ISO Properties, Inc., 2007

226201500003900069

2.   As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties.

"Nuclear material" means "source material," "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a)  Any "nuclear reactor";

(b)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c)  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

226201500003900070

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## Asbestos Exclusion Endorsement

This endorsement modifies the insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
> GARAGE COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MOTOR TRUCK CARGO COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRINTERS LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK
> WAREHOUSEMAN'S LEGAL LIABILITY COVERAGE PART

This insurance does not apply to any liability, damages, loss, injury, demand, claim or "suit" arising out of or caused by, or allegedly caused by, asbestos either alone or in combination with other substances or factors.

LC 21 01 06 05

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## Discrimination Exclusion

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

Damages arising out of unlawful discrimination.

226201500003900072

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## Land or Earth Movement Exclusion

This endorsement modifies the insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

This insurance does not apply to "bodily injury", "property damage" or "personal or advertising injury" directly or indirectly caused by, arising out of, relating to, resulting from, attributable to, contributing to, or aggravated by any actual or alleged "land or earth movement".

"Land or earth movement" means movement in any direction, including but not limited to, instability, rising, upheaval, expansion, settling, sinking, shrinkage, slipping, falling away, tilting, caving in, eroding, shifting in a horizontal or sideways direction, mud flow, mudslide, volcanic eruption or earthquake or any other movement of land or earth, regardless of the cause, whether manmade or natural.

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion 2.p. of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

p. **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

(1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

However, unless Paragraph (1) above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

B. The following is added to Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. **Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

226201500003900074

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the Cancellation Common Policy Condition is replaced by the following:

 2. Cancellation Of Policies In Effect

   a. For 90 Days Or Less

   If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

     (a) A material misstatement or misrepresentation; or

     (b) A failure to comply with the underwriting requirements established by the insurer.

   b. For More Than 90 Days

   If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

   (1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

(4) A substantial change in the risk covered by the policy; or

(5) The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph 2.b.

B. Paragraph 3. of the Cancellation Common Policy Condition is replaced by the following:

 3. We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

© Insurance Services Office, Inc., 2011

C. Paragraph 5. of the Cancellation Common Policy Condition is replaced by the following:

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

D. The following is added and supersedes any other provision to the contrary:

Nonrenewal

1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 © Insurance Services Office, Inc., 2011 CG 02 20 03 12

## IMPORTANT NOTICE TO POLICYHOLDERS

### PREMIUM DETERMINATION - SUBCONTRACTORS

Do you employ independent contractors or subcontractors? If so, you may be subject to added insurance costs.

You can minimize these added insurance costs by obtaining valid certificates of insurance from all of your independent contractors and subcontractors indicating the presence of liability insurance. These certificates should be maintained for review by our auditor. Such certificates must:

1. Specify an Each Occurrence Limit at least equal to $1,000,000,
2. Specify the insurance is written on an occurrence basis,
3. Specify insurance that is effective during the entirety of the course of their work for you.

Failure to provide adequate certificates of insurance for any contractor or subcontractor will result in the inclusion of those exposures in the calculation of your primary insurance premium. Recent court decisions have held general or principle contractors liable for the acts of uninsured subcontractors.

If you are able to produce valid certificates at the time of audit, an appropriate subcontracted work class such as the following will be added to your exposures such as:

Contractors - Subcontracted Work - in connection with building construction, reconstruction, repair or erection - apartment or office buildings over four stories.

This is a secondary or contingent insurance charge based on the availability of other insurance which may apply to a loss involving you and your independent contractors or subcontractors.

## LOSS CONTROL SERVICES
## IMPORTANT INFORMATION TO POLICYHOLDERS
## FLORIDA

Through its Loss Control Advisory Services department, Liberty Mutual Insurance has available to our policyholders safety consultation services, which we have found to be consistent with your workplace hazards. These services may be available to you as our policyholder at no additional cost.

To obtain further information about our loss control consultation services, please contact our Loss Control Consulting Center at 1-866-757-7324 or email LCASConsultingCenter@LibertyMutual.com.

## POLICYHOLDER DISCLOSURE

## TERRORISM RISK INSURANCE ACT

**THIS NOTICE CONTAINS IMPORTANT INFORMATION PURSUANT TO THE TERRORISM RISK INSURANCE ACT. PLEASE READ IT CAREFULLY.**

In accordance with the Terrorism Risk Insurance Act, including all amendments, ("TRIA" or the "Act"), we are required to provide you with a notice of the portion of your premium attributable to coverage for "certified acts of terrorism," the federal share of payment of losses from such acts, and the limitation or "cap" on our liability under the Act.

**Disclosure of Premium**

The Company has made available coverage for "certified acts of terrorism" as defined in the Act. If purchased, the portion of your premium attributable to coverage for "certified acts of terrorism" is shown in the Declarations, Declarations Extension Schedule or elsewhere by endorsement in your policy.

**Federal Participation In Payment Of Terrorism Losses**

If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from "certified acts of terrorism" exceed the "Program Trigger".

**Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. Nor shall Treasury make any payment for any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

## POLICYHOLDER NOTICE - COMPANY CONTACT INFORMATION

In the event you need to contact someone about this policy for any reason, please contact your Sales Representative or Producer of Record as shown on the policy Declarations or Information Page.

If you have additional questions, you may contact the company at the following address:

**Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**
**(617) 357-9500 Ext. 41015**

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Change Endorsement

Named Insured                                                    Endorsement number
Trust Hospitality, LLC                                           001

The following changes are effective as of the effective dates shown below and will terminate with the policy. All other provisions of the policy remain unchanged.

Change Description

Effective Date

| 07/31/2015 | General Liability | See the attached Declarations Extension Schedule, Form LCS 00 02 05 12, amending the schedules attached to your policy. |

In addition, the following forms have been added to the policy:

Form Number/Edition Date        Title

IC 99 99 07 09                  Change Endorsement
LCS 00 02 05 12                 DECLARATIONS EXTENSION SCHEDULE

Issued: 10/02/2015

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 1 of 1

282201500007300003

# DECLARATIONS EXTENSION SCHEDULE

Policy Number  TB6-Z91-442777-035

End. No. 001

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| **Revised:** | | | |
| **<u>FLORIDA</u>** | | | |
| Location 15.1<br>  7450 Ocean Terrace<br>  Miami Beach FL 33141 | | | |
| 41677<br>  Premises/Operations<br>  Products/Completed Operations | Payroll<br>  775,000<br>included | Per 1000<br>1.463 | $1,134 |
| Location 18.1<br>  7436 Ocean Terrace Rd<br>  Miami FL 33131 | | | |
| 41677<br>  Premises/Operations<br>  Products/Completed Operations | Payroll<br>  488,000<br>included | Per 1000<br>1.463 | $714 |

© 2012, Liberty Mutual Insurance.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured
Trust Hospitality, LLC

Endorsement number
002

The following changes are effective as of the effective dates shown below and will terminate with the policy. All other provisions of the policy remain unchanged.

**Change Description**

**Effective Date**

| | | |
|---|---|---|
| 07/31/2015 | General Liability | Commercial General Liability Declarations Extension Schedule - Named Insured, Form LCS 00 04 10 14 is amended as follows: |

Add:

Indie Boutique, LLC

IB 1050 Washington, LLC

TH Espanola, LLC

Carlyle Realty Partners VI, LLC

Ocean Blue Hospitality, LLC

Amend:

IB Palm Beach LLC is amended to read: IB Palm Beach, LLC Wyndham Garden Hotel

The Langford LLC is amended to read: TH Langford, LLC

**In addition, the following forms have been added to the policy:**

**Form Number/Edition Date**     **Title**

IC 99 99 07 09                   Change Endorsement

Issued: 12/30/2015

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 1 of 1

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured
Trust Hospitality, LLC

Endorsement number
003

The following changes are effective as of the effective dates shown below and will terminate with the policy. All other provisions of the policy remain unchanged.

Change Description

Effective Date

| 01/05/2016 | General Liability | See the attached Declarations Extension Schedule, Form LCS 00 02 05 12, amending the schedules attached to your policy. |
| | | Commercial General Liability Declarations Extension Schedule-Named Insured, Form LCS 00 04 10 14 is amended as follows: |
| | | Add: North Bay Inn, LLC |

Additional / Return General Liability Premium:     $     1,839

In addition, the following forms have been added to the policy:

Form Number/Edition Date     Title

IC 99 99 07 09                 Change Endorsement
LCS 00 02 05 12                DECLARATIONS EXTENSION SCHEDULE

Issued: 01/28/2016

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 1 of 1

034201600014400003

## DECLARATIONS EXTENSION SCHEDULE

Policy Number   TB6-Z91-442777-035

End. No. 003

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|

**Add:**

**<u>FLORIDA</u>**

Location 24.1
1819 79th St Causeway
North Bay Village FL 33134

| | | | |
|---|---|---|---|
| 41677 | Payroll | Per 1000 | |
| Premises/Operations | 2,212,500 | 1.463 | $3,237 |
| Products/Completed Operations | included | | |

**LCS 00 02 05 12**    © 2012, Liberty Mutual Insurance. All rights reserved.    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Change Endorsement

| Named Insured | Endorsement number |
|---|---|
| Trust Hospitality, LLC | 004 |

The following changes are effective as of the effective dates shown below and will terminate with the policy. All other provisions of the policy remain unchanged.

**Change Description**

**Effective Date**

| 02/15/2016 | General Liability | See the attached Declarations Extension Schedule, Form LCS 00 02 05 12, amending the schedules attached to your policy. |
|---|---|---|

Additional / Return General Liability Premium:     $     3,234CR

**In addition, the following forms have been added to the policy:**

| Form Number/Edition Date | Title |
|---|---|
| IC 99 99 07 09 | Change Endorsement |
| LCS 00 02 05 12 | DECLARATIONS EXTENSION SCHEDULE |

Issued: 01/28/2016

IC 99 99 07 09                © 2008, Liberty Mutual Group of Companies. All rights reserved.                Page 1 of 1

## DECLARATIONS EXTENSION SCHEDULE

Policy Number  TB6-Z91-442777-035

End. No. 004

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| **Delete:** | | | |
| **FLORIDA** | | | |
| Location 9.1<br>84457 Old Overseas Highway<br>Islamorada FL 33036 | | | |
| 41677<br>Premises/Operations<br>Products/Completed Operations | Payroll<br>595,000<br>included | Per 1000<br>0.987 | $587 |
| Location 10.1<br>80001 Overseas Highway<br>Islamorada FL 33036 | | | |
| 41677<br>Premises/Operations<br>Products/Completed Operations | Payroll<br>2,035,000<br>included | Per 1000<br>0.987 | $2,009 |
| Location 12.1<br>84001 Overseas Highway<br>Islamorada FL 33036 | | | |
| 41677<br>Premises/Operations<br>Products/Completed Operations | Payroll<br>4,060,000<br>included | Per 1000<br>0.987 | $4,007 |
| Location 13.1<br>80241 Overseas Highway<br>Islamorada FL 33036 | | | |
| 41677<br>Premises/Operations<br>Products/Completed Operations | Payroll<br>495,000<br>included | Per 1000<br>0.987 | $489 |

© 2012, Liberty Mutual Insurance.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured
Trust Hospitality, LLC

Endorsement number
005

The following changes are effective as of the effective dates shown below and will terminate with the policy. All other provisions of the policy remain unchanged.

Change Description

Effective Date

| 06/10/2016 | General Liability | See the attached Declarations Extension Schedule, Form LCS 00 02 05 12, amending the schedules attached to your policy. |
| 06/10/2016 | General Liability | Commercial General Liability Declarations Extension Schedule - Named Insured, Form LCS 00 04 10 14, is amended as follows: |

Delete:

IB Nash, LLC

CRP Nash, LLC

Additional / Return General Liability Premium:         $         117 CR

In addition, the following forms have been added to the policy:

Form Number/Edition Date     Title

IC 99 99 07 09          Change Endorsement
LCS 00 02 05 12         DECLARATIONS EXTENSION SCHEDULE

Issued: 07/13/2016

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 1 of 1

20120160000450004

## DECLARATIONS EXTENSION SCHEDULE

Policy Number  TB6-Z91-442777-035                    Endorsement Number: 005

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|

**FLORIDA**

**Delete:**

Location 11.1
  1120 Collins Avenue
  Miami Beach FL 33134

| | Premium Basis | Rates | Premium |
|---|---|---|---|
| 41677 | Payroll | Per 1000 | |
| Premises/Operations | 870,000 | 1.463 | $1,273 |
| Products/Completed Operations | included | | |

**LCS 00 02 05 12**          © 2012, Liberty Mutual Insurance.  All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Policy Number TB6-Z91-442777-035
Issued by The First Liberty Insurance Corp.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured                                                              Endorsement number
Trust Hospitality, LLC                                                     006

The following changes are effective as of the effective dates shown below and will terminate with the policy. All
other provisions of the policy remain unchanged.

Change Description

Effective Date

| 07/31/2015 | General Liability | The following forms are deleted from Inventory Coverage Forms/Parts, Endorsements, Enclosures, Form IC 00 42 07 09, and this policy: |
| | | Exclusion of Punitive Damages Related To A Certified Act Of Terrorism, Form CG 21 76 01 15 |
| | | Arkansas Exclusion of Punitive Damages Related To A Certified Act Of Terrorism, Form CG 26 86 01 15 |
| | | Alaska Exclusion of Punitive Damages Related To A Certified Act Of Terrorism, Form CG 26 93 01 15 |
| 07/31/2015 | General Liability | The following forms are added to Inventory Coverage Forms/Parts, Endorsements, Enclosures, Form IC 00 42 07 09, and this policy: |
| | | Exclusion of Certified Acts Of Terrorism, Form CG 21 73 01 15 |
| | | Alaska Exclusion of Certified Acts Of Terrorism, Form CG 26 88 01 15 |
| 07/31/2015 | General Liability | See the attached Declarations Extension Schedule Miscellaneous Charges, Form LCS 00 03 05 12, amending the schedules attached to your policy. |

Additional / Return General Liability Premium:              $              179 CR

In addition, the following forms have been added to the policy:

Form Number/Edition Date          Title

IC 99 99 07 09                    Change Endorsement

## Change Endorsement  *(continued)*

**Named Insured**
Trust Hospitality, LLC

**Endorsement number**
006

**Form Number/Edition Date**      **Title**

LCS 00 03 05 12          DECLARATIONS EXTENSION SCHEDULE MISCELLANEOUS CHARGES
CG 21 73 01 15           EXCLUSION OF CERTIFIED ACTS OF TERRORISM
CG 26 88 01 15           ALASKA EXCLUSION OF CERTIFIED ACTS OF TERRORISM

Issued: 09/12/2016

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 2 of 2

260201600023900005

**DECLARATIONS EXTENSION SCHEDULE**
**MISCELLANEOUS CHARGES**

Policy Number     TB6-Z91-442777-035                          Endorsement Number 006

|                                      | **Premium Basis** | **Rates** | **Charges** |
|--------------------------------------|-------------------|-----------|-------------|
| **Delete:**                          |                   |           |             |
| Terrorism Risk Insurance Act (TRIA)  | System Rated      |           | 179         |

260201600023900007

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

B. The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

260201600023900009

COMMERCIAL GENERAL LIABILITY
CG 26 88 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising out of a "certified act of terrorism".

B. The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

## POLICY CERTIFICATION FORM

RE:     NAMED INSURED:  TRUST HOSPITALITY LLC

       POLICY NUMBER:  TO2-Z91-442777-095

       EFFECTIVE DATES: 07-31-2015 TO 07-31-2016

☒ I certify this is to be a true copy of the original policy issued.

☐ I certify this is to be a true copy of the original Declarations page issued.

☐ I certify this is to be a true copy of the original Uninsured/Underinsured Motor Rejection and/or the Personal Injury Rejection form(s).

☐ This policy was retrieved from Liberty Mutual's files and is Liberty Mutual's best current evidence of the policy.  Liberty Mutual, however, reserves the right to supplement or amend this policy should further or different terms, conditions, endorsements, or exclusions become known. Liberty Mutual does not acknowledge that this is a certified copy of the policy, or that it is the exact copy of the policy that was delivered to the insured.

LIBERTY MUTUAL RESERVES THE RIGHT TO FURTHER AMEND OR SUPPLEMENT THIS POLICY SHOULD ANY ADDITIONAL TERMS, CONDITIONS OR EXCLUSIONS COME TO OUR ATTENTION.

**Agnieszka Swiontkowska, USM**
**Central Processing Operations**
**Commercial Insurance Shared Services**
**Lewiston, Maine**

Date:    01/17/2018



**Exhibit**

**2**

First Liberty v. Trust Hospitality

TRUST HOSPITALITY, LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES, FL 33134

**CNI 90 04 01 12**
Insured

**LIQUOR LIABILITY DECLARATIONS**
**OCCURRENCE**



Issued by Liberty Mutual Fire Insurance Company

| | | | |
|---|---|---|---|
| Policy Number | TO2-Z91-442777-095 | Issuing Office | Duluth, GA |
| Renewal of | TO2-Z91-442777-094 | Issue Date | 08/05/2015 |
| Account Number | 9-442777 | Sub Account | 0002 |

Named Insured and Mailing Address
Trust Hospitality LLC
806 Douglas Rd., 4th Floor
Coral Gables, FL 33134

Franchise

Form of Business   Limited Liability Company

Policy Period: The policy period is from 07/31/2015 to 07/31/2016 12:01 A.M. standard time at the Insured's mailing address.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

LIMITS OF INSURANCE

| | |
|---|---|
| Each Common Cause Limit | $ 1,000,000 |
| Aggregate Limit | $ 2,000,000 |

SCHEDULE

The declarations are completed on the accompanying "Declarations Extension Schedule(s)".

| | |
|---|---|
| Liquor Liability Coverage Part Premium | $ 26,543 |
| Endorsement Premium | $ 266 |
| Total Estimated Premium | $ 26,809 |
| Other Charges(s) | $ |

Policywriting Minimum Premium   $ 1,000

Forms Applicable: See Attached Inventory

Producer   208642
INSURANCE OFFICE OF AMERICA
PO BOX 162207
ALTAMONTE SPRINGS FL 32716-2207

Producer
Brian Thomas Buckley

**Countersigned By:**

Authorized Representative

© 2013 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

229201500007100004

INVENTORY COVERAGE FORMS / PARTS, ENDORSEMENTS, ENCLOSURES

**POLICY NUMBER:**　　　　　TO2-Z91-442777-095

## COMMON POLICY CONDITIONS

| | |
|---|---|
| LC 00 33 06 13 | Liquor Liability Declarations - Occurrence |
| | Inventory Coverage Forms / Parts, Endorsements, Enclosures |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion |
| LIL 90 04 06 13 | Annual Meeting Notice |

## GENERAL LIABILITY COVERAGE PART FORMS
### COVERAGES

| | |
|---|---|
| LCS 00 01 05 12 | Declarations Extension Schedule - Classifications Descriptions |
| LCS 00 02 05 12 | Declarations Extension Schedule |
| LCS 00 03 05 12 | DECLARATIONS EXTENSION SCHEDULE - MISCELLANEOUS CHARGES |
| LCS 00 06 10 14 | Liquor Liability Declarations Extension Schedule - Named Insured |
| CG 00 33 04 13 | Liquor Liability Coverage Form |
| LC 99 36 02 13 | Premium Responsibility Endorsement |

### STATE FORMS

| | |
|---|---|
| CG 02 20 03 12 | Florida Changes - Cancellation and Nonrenewal |

### EXCLUSIONS

| | |
|---|---|
| CG 21 70 01 15 | Cap on Losses From Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 26 86 01 15 | Arkansas Exclusion of Punitive Damages Related to Certified Act of Terrorism |
| CG 26 93 01 15 | Alaska Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| LC 21 01 06 05 | Asbestos Exclusion |
| LC 21 02 06 05 | Silica Exclusion Endorsement |

## NOTICE TO POLICYHOLDER

| | |
|---|---|
| SNI 09 02 10 12 | Loss Control Services Important Information to Policyholders Florida |
| SNI 90 01 05 12 | Policyholder Notice - Company Contact Information |
| SNI 09 06 01 15 | Policyholder Disclosure Terrorism Risk Insurance Act |

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

          Copyright, Insurance Services Office, Inc., 1998

Policy Number   TO2-Z91-442777-095
Issued by        LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Policy Number   TO2-Z91-442777-095
Issued by          Liberty Mutual Fire Insurance Company

## ANNUAL MEETING NOTICE

Your policy is issued by a stock insurance company subsidiary of the Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company.  The named insured first named in the Declarations is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company.  The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statements, which are posted on Liberty Mutual's website at www.libertymutual.com or by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts, 02116, Attention: Corporate Secretary.

## PARTICIPATING PROVISION

You may be eligible to participate in the distribution of surplus funds of the company through any dividends that may be declared for this policy.  A declaration or payment of dividends is not guaranteed.  The amount of any dividends that may be declared shall be to the extent, and upon the conditions fixed and determined by the Board of Directors and in compliance with any laws that apply.

**In witness whereof**, the company has caused this policy to be signed by its President and its Secretary.

**SECRETARY**                                              **PRESIDENT**

229201500007100009

**DECLARATIONS EXTENSION SCHEDULE – CLASSIFICATION DESCRIPTIONS**

Policy number     TO2-Z91-442777-095

| Class Code | Description |
|---|---|
| 58161 | Restaurants, Taverns, Hotels, Motels, Including Package Sales |

229201500007100010

## DECLARATIONS EXTENSION SCHEDULE

Policy Number  TO2-Z91-442777-095

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| <u>FLORIDA</u> | LIQUOR SALES | PER 1000 | |
| 84457 Old Overseas Highway<br>Islamorada, FL 33036 | | | |
| 58161 | $ 170,000 | 4.315 | $   734 |
| 1120 Collins Avenue<br>Miami Beach, FL  33134 | | | |
| 58161 | $   80,000 | 4.315 | $   344 |
| 80001 Overseas Highway<br>Islamorada, FL  33036 | | | |
| 58161 | $1,250,000 | 4.315 | $ 5,394 |
| 84001 Overseas Highway<br>Islamorada, FL  33036 | | | |
| 58161 | $3,000,000 | 4.315 | $12,945 |
| 84341 Overseas Highway<br>Islamorada, FL  33036 | | | |
| 58161 | $   20,000 | 4.315 | $     86 |
| 7450 Ocean Terrace<br>Miami Beach, FL  33139 | | | |
| 58161 | $ 140,000 | 4.315 | $   604 |
| 19 Sombrero Blvd.<br>Marathon, FL  33050 | | | |
| 58161 | $ 100,000 | 4.315 | $   432 |
| 121 SE 1st Street<br>Miami, FL  33010 | | | |
| 58161 | $ 800,000 | 4.315 | $ 3,452 |
| **STATE TOTAL** | | | **$23,991** |

229201500007100011

## DECLARATIONS EXTENSION SCHEDULE CONT'D

Policy Number   TO2-Z91-442777-095

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| **LOUISIANA** | **LIQUOR SALES** | **PER 1000** | |
| 936 St. Charles Ave.<br>New Orleans, LA 70112 | | | |
| 58161 | $ 500,000 | .650 | $    325 |
| **STATE TOTAL** | | | **$    325** |
| | | | |
| **MAINE** | | | |
| 119 Exchange St<br>Portland, ME  04101 | | | |
| 58161 | $ 800,000 | 2.784 | $ 2,227 |
| **STATE TOTAL** | | | **$ 2,227** |
| | | | |
| **TOTAL** | | | **$26,543** |

229201500007100012

### DECLARATIONS EXTENSION SCHEDULE
### MISCELLANEOUS CHARGES

Policy Number     TO2-Z91-442777-095

|  | Premium Basis | Rates | Charges |
|---|---|---|---|
| Terrorism Risk Insurance Act | Flat Charge |  | $ 266 |

**TOTAL MISCELLANEOUS CHARGES** $ 266

229201500007100013

**LIQUOR LIABILITY**
**DECLARATIONS EXTENSION SCHEDULE – NAMED INSURED**

Policy number   TO2-Z91-442777-095

It is agreed that the following are Named Insured(s) under this coverage part:

IB Pelican Cove, LLC
CRP 84457 Overseas, LLC,
CRP Nash, LLC
IB Nash, LLC
Carlyle Realty Partners VI LLC
IBHI, LLC
CRP 80001 Overseas, LLC
IB PCI, LLC
CRP Siesta Resort, LLC
IB La Siesta, LLC
DBA Abel's Tackle Box
7450 Ocean Terrace, LLC
TH Press, LLC
THNOLA, LLC DBA The Hotel Modern
7436 Ocean Terrace, LLC DBA Ocean Surf
514 West 168 Street, LLC DBA Edge Hotel
Republic Marathon, LLC
Trust Sombrero, LLC
THLangford, LLC

229201500007100014

COMMERCIAL GENERAL LIABILITY
CG 00 33 04 13

# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "injury" only if:

(1) The "injury" occurs during the policy period in the "coverage territory"; and

(2) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

**d.** "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

(1) Reports all, or any part, of the "injury" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "injury"; or

(3) Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

 © Insurance Services Office, Inc., 2012

### c. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "injury".

### d. Liquor License Not In Effect

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

### e. Your Product

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

### f. Other Insurance

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

### g. War

"Injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## SUPPLEMENTARY PAYMENTS

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**3.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**5.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**6.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

**7.** Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

© Insurance Services Office, Inc., 2012
CG 00 33 04 13

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

  (1) "Injury":

    (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

    (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above; or

    (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b) above.

  (2) "Property damage" to property:

    (a) Owned or occupied by; or

    (b) Rented or loaned;

    to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

b. Any person or organization having proper temporary custody of your property if you die, but only:

  (1) With respect to liability arising out of the maintenance or use of that property; and

  (2) Until your legal representative has been appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

3. Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – LIQUOR LIABILITY CONDITIONS

1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

## 2. Duties In The Event Of Injury, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "injury" took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any "injury".

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

### a. Primary Insurance

This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

### b. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

     © Insurance Services Office, Inc., 2012     CG 00 33 04 13

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

c. All other parts of the world if the "injury" arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

(2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

3. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

4. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

5. "Injury" means damages because of "bodily injury" and "property damage", including damages for care, loss of services or loss of support.

6. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

7. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

8. "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

9. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**10.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

© Insurance Services Office, Inc., 2012

**CG 00 33 04 13**

Policy Number  TO2-Z91-442777-095
Issued by        LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**PREMIUM RESPONSIBILITY ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

Paragraph E. Premiums of the Common Policy Conditions is replaced by the following:

1.  Each Named Insured is jointly and severally liable for all premiums due under this policy and for any other financial obligations of any Named Insured to us arising out of any agreements contained in this policy.

2.  The first Named Insured will be the payee for any return premiums we pay.

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

© Insurance Services Office, Inc., 2011

C. Paragraph 5. of the **Cancellation** Common Policy Condition is replaced by the following:

  5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

  If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

  The cancellation will be effective even if we have not made or offered a refund.

D. The following is added and supersedes any other provision to the contrary:

  **Nonrenewal**

  1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

  2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

             © Insurance Services Office, Inc., 2011             **CG 02 20 03 12**

229201500007100023

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

229201500007100024

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 26 86 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as "punitive damages".

**B.** The following definitions are added:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Punitive damages" means damages that may be imposed to punish a wrongdoer and to deter others from similar conduct.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 26 93 01 15

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ALASKA EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 26 93 01 15 © Insurance Services Office, Inc., 2015 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MOTOR TRUCK CARGO COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRINTERS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK
WAREHOUSEMAN'S LEGAL LIABILITY COVERAGE PART

This insurance does not apply to any liability, damages, loss, injury, demand, claim or "suit" arising out of or caused by, or allegedly caused by, asbestos either alone or in combination with other substances or factors.

229201500007100028

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SILICA EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MOTOR TRUCK CARGO COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRINTERS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK
WAREHOUSEMEN'S LIABILITY COVERAGE PART

This insurance does not apply to any liability, damages, loss, injury, demand, claim or "suit" any part of which is caused by, or allegedly caused by, silica in any form or any substance containing silica, either alone or in combination with other substances or factors, whether included in a product or otherwise.

LC 21 02 06 05

229201500007100029

## LOSS CONTROL SERVICES
## IMPORTANT INFORMATION TO POLICYHOLDERS
## FLORIDA

Through its Loss Control Advisory Services department, Liberty Mutual Insurance has available to our policyholders safety consultation services, which we have found to be consistent with your workplace hazards.  These services may be available to you as our policyholder at no additional cost.

To obtain further information about our loss control consultation services, please contact our Loss Control Consulting Center at 1-866-757-7324 or email LCASConsultingCenter@LibertyMutual.com.

**POLICYHOLDER NOTICE - COMPANY CONTACT INFORMATION**

In the event you need to contact someone about this policy for any reason, please contact your Sales Representative or Producer of Record as shown on the policy Declarations or Information Page.

If you have additional questions, you may contact the company at the following address:

**Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**
**(617) 357-9500 Ext. 41015**

## POLICYHOLDER DISCLOSURE

## TERRORISM RISK INSURANCE ACT

**THIS NOTICE CONTAINS IMPORTANT INFORMATION PURSUANT TO THE TERRORISM RISK INSURANCE ACT. PLEASE READ IT CAREFULLY.**

In accordance with the Terrorism Risk Insurance Act, including all amendments, ("TRIA" or the "Act"), we are required to provide you with a notice of the portion of your premium attributable to coverage for "certified acts of terrorism," the federal share of payment of losses from such acts, and the limitation or "cap" on our liability under the Act.

### Disclosure of Premium

The Company has made available coverage for "certified acts of terrorism" as defined in the Act. If purchased, the portion of your premium attributable to coverage for "certified acts of terrorism" is shown in the Declarations, Declarations Extension Schedule or elsewhere by endorsement in your policy.

### Federal Participation In Payment Of Terrorism Losses

If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for  a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from "certified acts of terrorism" exceed the "Program Trigger".

### Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion.  Nor shall Treasury make any payment for any portion of the amount of such losses that exceeds $100 billion.  In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

286201500005800002

Policy Number   TO2-Z91-442777-095
Issued by   Liberty Mutual Fire Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured                                                          Endorsement number

Trust Hospitality LLC                                                  001

The following changes are effective as of the effective dates shown below and will terminate with the policy.  All other provisions of the policy remain unchanged.

**Change Description**

**Effective Date**

| 09/29/2015 | Liquor Liability | See attached Declarations Extension Schedule, LCS 00 02 05 12, amending the schedules attached to your policy. |

Add:

1410 Ocean Drive, Miami Beach FL  33139

Total Additional/Return Premium:  $ 90

**In addition, the following forms have been added to the policy:**

| Form Number/Edition Date | Title |
| --- | --- |
| IC 99 99 07 09 | Change Endorsement |
| LCS 00 02 05 12 | Declarations Extension Schedule |

Issued:  10/07/2015

**DECLARATIONS EXTENSION SCHEDULE**

Policy Number   TO2-Z91-442777-095                                           Endorsement #001

| **Class Code** | **Premium Basis** | **Rates** | **Premium** |
|---|---|---|---|
| Add: | | | |
| **Florida** | **Liquor Sales** | **Per 1000** | |
| 1410 Ocean Drive<br>Miami Beach, FL 33139 | | | |
| 58161 | $25,000 | 4.315 | $108 |

**LCS 00 02 05 12**          © 2012, Liberty Mutual Insurance.  All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

302201500038700002

Policy Number   TO2-Z91-442777-095
Issued by  Liberty Mutual Fire Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured                                                          Endorsement number
Trust Hospitality LLC                                                  002

The following changes are effective as of the effective dates shown below and will terminate with the policy.  All other provisions of the policy remain unchanged.

**Change Description**

**Effective Date**

09/29/2015      Liquor Liability      Liquor Liability Declarations Extension Schedule – Named Insured,
                                      LCS 00 06 10 14, is amended as follows:

                                      Add:

                                      El-Ad Edgewater LLC

No Change in Premium

**In addition, the following forms have been added to the policy:**

**Form Number/Edition Date**                    **Title**

IC 99 99 07 09                                  Change Endorsement

Issued:  10/21/2015

IC 99 99 07 09              © 2008, Liberty Mutual Group of Companies.  All rights reserved.              Page 1 of 1

02720160000063000002

Policy Number  TO2-Z91-442777-095
Issued by  Liberty Mutual Fire Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Change Endorsement

Named Insured                                          Endorsement number
Trust Hospitality, LLC                                 003

The following changes are effective as of the effective dates shown below and will terminate with the policy.  All other provisions of the policy remain unchanged.

### Change Description

### Effective Date

| | | |
|---|---|---|
| 01/05/2016 | Liquor Liability | See the attached Declarations Extension Schedule, Form LCS 00 02 05 12 Amending the schedules attached to your policy. |
| | | Add: |
| | | 1819 - 79th St Causeway, North Bay Village FL 33134 |
| 01/05/2016 | Liquor Liability | Liquor Liability Declarations Extension Schedule – Named Insured, Form LCS 00 06 10 14 is amended as follows: |
| | | Add: |
| | | North Bay Inn, LLC |

Total Additional/Return Premium:  $ 5,882 Add'l

**In addition, the following forms have been added to the policy:**

| Form Number/Edition Date | Title |
|---|---|
| IC 99 99 07 09 | Change Endorsement |
| LCS 00 02 05 12 | Declarations Extension Schedule |

Issued:  01/21/2016

IC 99 99 07 09            © 2008, Liberty Mutual Group of Companies.  All rights reserved.            Page 1 of 1

0272016000063000003

**DECLARATIONS EXTENSION SCHEDULE**

Policy Number  TO2-Z91-442777-095                                    Endorsement No.  003

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| **Add:** | | | |
| **Florida** | **Liquor Sales** | **Per 1000** | |
| 1819 – 79ᵗʰ St Causeway<br>North Bay Village, FL  33134 | | | |
| 58161 | 2,400,000 | 4.315 | $10,356 |

Policy Number   TO2-Z91-442777-095
Issued by  Liberty Mutual Fire Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured                                                        Endorsement number

Trust Hospitality LLC                                          004

The following changes are effective as of the effective dates shown below and will terminate with the policy.  All
other provisions of the policy remain unchanged.

**Change Description**

**Effective Date**

02/15/2016          Liquor Liability          See attached Declarations Extension Schedule, LCS 00 02 05 12,
                                              amending the schedules attached to your policy.

                                              Delete:

                                              84457 Old Overseas Highway, Islamorada, FL 33036
                                              80001 Overseas Highway, Islamorada, FL 33036
                                              84001 Overseas Highway, Islamorada, FL 33036
                                              84341 Overseas Highway, Islamorada, FL 33036

                                              Total Additional/Return Premium:  $  8,737  CR

**In addition, the following forms have been added to the policy:**

**Form Number/Edition Date**          **Title**

IC 99 99 07 09                        Change Endorsement
LCS 00 02 05 12                       Declarations Extension Schedule

Issued:  02/10/2016

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies.  All rights reserved.          Page 1 of 1

## DECLARATIONS EXTENSION SCHEDULE

Policy Number  TO2-Z91-442777-095                          Endorsement #004

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| | LIQUOR SALES | PER 1000 | |

Delete:

**Florida**

84457 Old Overseas Highway
Islamorada, FL 33036

| | | | |
|---|---|---|---|
| 58161 | $170,000 | 4.315 | $ 734 |

80001 Overseas Highway
Islamorada, FL 33036

| | | | |
|---|---|---|---|
| 58161 | $1,250,000 | 4.315 | $5,394 |

84001 Overseas Highway
Islamorada, FL 33036

| | | | |
|---|---|---|---|
| 58161 | $3,000,000 | 4.315 | $12,945 |

84341 Overseas Highway
Islamorada, FL 33036

| | | | |
|---|---|---|---|
| 58161 | $20,000 | 4.315 | $ 86 |

Policy Number TO2-Z91-442777-095
Issued by Liberty Mutual Fire Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Change Endorsement

Named Insured
Trust Hospitality, LLC

Endorsement number
005

The following changes are effective as of the effective dates shown below and will terminate with the policy. All other provisions of the policy remain unchanged.

**Change Description**

**Effective Date**

| 06/10/2016 | Liquor Liability | See attached Declarations Extension Schedule, Form LCS 00 02 05 12, amending the schedules attached to your policy. |
|---|---|---|
| | | Delete: |
| | | 1120 Collins Avenue, Miami Beach FL 33134 |
| 06/10/2016 | Liquor Liability | Liquor Liability Declarations Extension Schedule – Named Insured, Form LCS 00 06 10 14 is amended as follows: |
| | | Delete: |
| | | IB Nash, LLC |
| | | CRP Nash, LLC |

Total Additional/Return Premium $48 CR

**In addition, the following forms have been added to the policy:**

| Form Number/Edition Date | Title |
|---|---|
| IC 99 99 07 09 | Change Endorsement |
| LCS 00 02 05 12 | Declarations Extension Schedule |

Issued: 06/30/2016

IC 99 99 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 1 of 1

## DECLARATIONS EXTENSION SCHEDULE

Policy Number  TO2-Z91-442777-095                              Endorsement No.  005

| Class Code | Premium Basis | Rates | Premium |
|---|---|---|---|
| **Delete:** | | | |
| <u>**Florida**</u> | **Liquor Sales** | **Per 1000** | |
| 1120 Collins Avenue<br>Miami Beach, FL 33134 | | | |
| 58161 | $80,000 | 4.315 | $345 |

Endorsement number  006  for policy number  TO2-Z91-442777-095

Named Insured  Trust Hospitality LLC

This endorsement is effective 07/31/2015 and will terminate with the policy.  It is issued by the company designated in the Declaration.  All other provisions of the policy remain unchanged.

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### Change Endorsement

Terrorism Risk Insurance Act (TRIA) coverage has been removed.


See attached Declarations Extension Schedule Miscellaneous Charges, Form LCS 00 03 05 12 amending the schedules attached to your policy.


The following forms are deleted from Inventory Coverage Forms/Parts, Endorsements, Enclosures and this policy:

Cap On Losses From Certified Acts Of Terrorism, Form CG 21 70 01 15
Exclusion of Punitive Damages Related To A Certified Act Of Terrorism, Form CG 21 76 01 15
Arkansas Exclusion of Punitive Damages Related To A Certified Act Of Terrorism, Form CG 26 86 01 15
Alaska Exclusion of Punitive Damages Related To A Certified Act Of Terrorism, Form CG 26 93 01 15


The following forms are added to Inventory Coverage Forms/Parts, Endorsements, Enclosures and this policy:

Exclusion of Certified Acts Of Terrorism, Form CG 21 73 01 15
Alaska Exclusion of Certified Acts Of Terrorism, Form CG 26 88 01 15


Total Additional/Return Premium $266 CR

## DECLARATIONS EXTENSION SCHEDULE
## MISCELLANEOUS CHARGES

Policy Number    TO2-Z91-442777-095                                    Endorsement No. 006

| | **Premium Basis** | **Rates** | **Charges** |
|---|---|---|---|
| **Delete**: | | | |
| Terrorism Risk Insurance Act | | | $266 |

263201600026300007

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 21 73 01 15

© Insurance Services Office, Inc., 2014

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 26 88 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising out of a "certified act of terrorism".

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

     © Insurance Services Office, Inc., 2015

# POLICY CERTIFICATION FORM

RE:    **NAMED INSURED:  TRUST HOSPITALITY LLC**

       **POLICY NUMBER:  WCC-Z91-442777-085**

       **EFFECTIVE DATES: 07-31-2015 TO 07-31-2016**

☒ **I certify this is to be a true copy of the original policy issued.**

☐ **I certify this is to be a true copy of the original Declarations page issued.**

☐ **I certify this is to be a true copy of the original Uninsured/Underinsured Motor Rejection and/or the Personal Injury Rejection form(s).**

☐ **This policy was retrieved from Liberty Mutual's files and is Liberty Mutual's best current evidence of the policy.  Liberty Mutual, however, reserves the right to supplement or amend this policy should further or different terms, conditions, endorsements, or exclusions become known. Liberty Mutual does not acknowledge that this is a certified copy of the policy, or that it is the exact copy of the policy that was delivered to the insured.**

**LIBERTY MUTUAL RESERVES THE RIGHT TO FURTHER AMEND OR SUPPLEMENT THIS POLICY SHOULD ANY ADDITIONAL TERMS, CONDITIONS OR EXCLUSIONS COME TO OUR ATTENTION.**

**Agnieszka Swiontkowska, USM**
**Central Processing Operations**
**Commercial Insurance Shared Services**
**Lewiston, Maine**

  **Date:**    01/17/2018

**Exhibit**

**3**

First Liberty v. Trust Hospitality

TECTON MANAGEMENT SERVICES COMPANY
LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

**CNI 90 04 01 12**
Insured

INSURANCE OFFICE OF AMERICA
PO BOX 162207
ALTAMONTE SPRINGS FL 327162207

**CNI 90 05 01 12**
Producer

**POLICYHOLDER NOTICE - COMPANY CONTACT INFORMATION**

In the event you need to contact someone about this policy for any reason, please contact your Sales Representative or Producer of Record as shown on the policy Declarations or Information Page.

If you have additional questions, you may contact the company at the following address:

**Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**
**(617) 357-9500 Ext. 41015**

**NEW YORK NOTICE TO EMPLOYERS**

The Construction Employment Payroll Limitation Law, enacted under Senate Bill S7744 and Assembly Bill A11294, provides a more equitable distribution of premium between high wage paying and low wage paying employers in the construction industry.  The Law applies to employers with an anniversary rating date on or after October 1, 1999. One or more of the classification codes applicable to your policy may be subject to the Payroll Limitation Law.  The Law does not, however, apply to employment engaged in the construction of one or two family residential housing.

Your overall premium may increase or decrease depending upon geographic territories and/or payroll limitations. The actual weekly payroll of each employee performing employments subject to an eligible classification code is subject to the following limitations:

- a maximum of $900 per week plus 1/2 of the difference between the employee's total payroll and the limited payroll for policies with effective dates beginning October 1, 1999 and ending September 30, 2000;

- a maximum of $900 per week for policies with effective dates beginning October 1, 2000 and ending September 30, 2001;

- a maximum of $800 per week for policies with effective dates beginning October 1, 2001 and ending September 30, 2002; and

- a maximum of the greater of $750 or the weekly wage upon which the maximum weekly benefit is based for policies with effective dates on or after October 1, 2002.

The construction employment geographic territories are:

    Territory 1- Counties of The Bronx, Kings, New York, Queens and Richmond
    Territory 2- Counties of Dutchess, Nassau, Orange, Putnam, Rockland, Suffolk and Westchester
    Territory 3- All other counties within the State

**Please note that since your operations may be subject to the law, an employer with an eligible classification code is required to maintain true and accurate weekly records for each employee that shows:**

1. Each employee's total weekly wages and hours worked;

2. The type of work performed;

3. The geographic territory in which the work was performed; and,

4. Whether or not the work was performed on commercial structures or on one/two family residential housing.

If you have any questions regarding this law, please contact your agent, broker or insurance carrier underwriter.

**NEW YORK WORKERS COMPENSATION SECURITY FUND RECOUPMENT**

Companies writing workers' compensation insurance business in New York are required to participate in the New York Workers' Compensation Security Fund. If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share.

New York law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged 'NY Surcharge', an amount will be displayed on your premium notice.

## IMPORTANT CONTRACTOR NOTICE

Do you employ contractors or subcontractors?

Do you hire vehicles with drivers or helpers?

If so, you may be subject to added insurance costs.

**Why?**

Workers Compensation laws in most states provide that the general or principal contractor is responsible for payment of compensation benefits to employees of uninsured contractors and subcontractors and to drivers, chauffeurs, and helpers hired with vehicles if the owner of such vehicles has not insured their compensation obligation.  When state law makes you responsible for payment of benefits under those circumstances, your Workers Compensation carrier must charge you for the added exposure.

**AVOID these costs . . . . .**

Obtain certificates of insurance from all contractors, subcontractors and owners of hired vehicles and keep them with your payroll records for review by our auditor.

© 2010 Liberty Mutual Group of Companies.  All Rights Reserved

**MAINE EMPLOYER PENALTIES FOR LATE REPORT OF INJURY**

Maine law requires an employer that has knowledge of any lost time employee injury to give timely notice to its insurer and to reimburse the insurer for any penalty it pays as a result of the employer's late filing of the report of injury to the insurer. 39-A M.R.S.A. § 303

© 2013 Liberty Mutual Insurance. All rights reserved.

**LIBERTY MUTUAL WORKERS COMPENSATION, GROUP BENEFITS, AND HELMSMAN MANAGEMENT SERVICES, LLC
PRIVACY PRACTICES DISCLOSURE NOTICE**

This Privacy Practices Disclosure Notice outlines the privacy practices for Liberty Mutual Insurance and its subsidiaries and affiliates listed below (collectively referred to as "Liberty Mutual"):

- Liberty Mutual Fire Insurance Company
- LM Insurance Corporation
- Liberty Insurance Company of America
- Liberty Life Assurance Company of Boston
- Employers Insurance Company of Wausau
- Wausau Business Insurance Company

- Liberty Insurance Corporation
- The First Liberty Insurance Corporation
- Liberty Northwest Insurance Corporation
- Helmsman Management Services, LLC
- Wausau General Insurance Company
- Wausau Underwriters Insurance Company

This Notice tells you:

- The categories of nonpublic personal information (NPPI) we collect from you or from a third party about you or about participants, beneficiaries or claimants under your workers compensation and/or group benefit coverage, or your employee benefit programs or plans;

- How we use NPPI;

- The categories of affiliates and non-affiliate third parties with whom we share NPPI;

- The security policies and procedures in place to protect the confidentiality and security of NPPI provided to us.

If you have questions regarding this Privacy Practices Disclosure Notice, contact us by sending an email to pstprivacy@libertymutual.com or write to us at:

**Presidential Service Team
Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116**

If applicable, please include your policy number or contract number with any correspondence.

## 1.     INFORMATION WE MAY COLLECT

We want you to conduct business with us knowing that we protect NPPI.  We collect NPPI from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage. We collect NPPI from:

- Applications or other forms which may include policyholder, participant, beneficiary or claimant name, address, phone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims, insurance coverage, and employee benefit programs or plan information;

- Your business dealings with us, our affiliates, or others, such as prior claims or accidents, medical information related to claims, information about your accident or injury (if applicable), and the names of witnesses and other contact information; and

- Consumer reporting agencies, motor vehicle departments, and inspection services.

2.      **HOW THE INFORMATION IS USED**

We use NPPI:

- To provide policy and premium quotes;

- To underwrite applications, administer claims, and answer questions about our insurance products and services;

- For account administration and processing premium billings payments;

- To process and defend insurance claims, and administer insurance benefits (including utilization review activities);

- To report, investigate, or prevent fraud or material misrepresentation; and

- As otherwise required or permitted by federal or state law.

3.      **TO WHOM INFORMATION IS DISCLOSED**

We do not disclose NPPI about you or about participants, beneficiaries or claimants under your insurance policy, employee benefit programs or plans to anyone, unless allowed by law.  We are allowed by law to provide NPPI to:

- A third party that performs services for us, such as claims investigations or medical examinations;

- Our affiliated companies and reinsurers;

- Insurance regulators, reporting agencies or, if applicable, involuntary market administrators;

- State Motor Vehicle Departments to obtain a report of any accidents or convictions;

- Law enforcement agencies or other governmental authorities to report suspected illegal activities;

- Persons or organizations conducting insurance actuarial or research studies, subject to appropriate confidentiality agreements;

- Companies that provide marketing services on our behalf, or as part of a joint marketing agreement; and,

- As otherwise permitted or required by law.

4.      **HOW WE PROTECT INFORMATION**

We maintain physical, electronic, and procedural safeguards to guard NPPI.  These safeguards comply with applicable laws.  We retain NPPI for as long as required by law or regulation.  The only employees or agents who have access to your NPPI are those who must have it to provide products or services to you.  We do not sell your NPPI to mass marketing or telemarketing companies.

## IMPORTANT INFORMATION TO POLICYHOLDERS
## MAINE

**Workplace health and safety consultations are available to our policyholders. These services are to advise and assist you in the identification, evaluation and control of existing and potential accident and occupational health problems.**

**To obtain further information about these services, please contact our Risk Control Consulting Center at 1-866-757-7324 or email RCConsultingCenter@LibertyMutual.com. You may also write us at Liberty Mutual Insurance, Risk Control Services, 157 Berkeley Street, Mailstop T07C, Boston, MA 02116.**

**THE FOLLOWING LIMITS OUR LIABILITY**
**We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.**

**This exemption from liability does not apply:**
**A. If the injury, loss or death occurred during the actual performance of inspection services and was proximately caused by our negligence or by the negligence of our agents, employees or service contractors;**
**B. To any inspection services required to be performed under the provisions of a written contract or defined loss prevention program;**
**C. In any action against us, our agents, employees, or service contractors for damages proximately caused by our acts or omissions which are determined to constitute a crime, actual malice or gross negligence; or**
**D. If we fail to provide this written notice to the insured whenever a policy is issued or when new policy forms are issued upon renewal.**

© 2015 Liberty Mutual Insurance



# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

**Policy Number:** WCC-Z91-442777-085

Tecton Management Services Company LLC
806 Douglas Rd 4th Floor
CORAL GABLES FL 33134

Liberty Mutual Insurance is the marketing name for the property and casualty insurance operations. Products may be written in the following stock insurance company subsidiaries of Liberty Mutual Insurance.

Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
Liberty Insurance Corporation
LM Insurance Corporation
The First Liberty Insurance Corporation
Employers Insurance Company of Wausau
Wausau Underwriters Insurance Company
Wausau Business Insurance Company
Wausau General Insurance Company

Not all products and coverages are available in all companies and jurisdictions.

### ANNUAL MEETING NOTICE

Your policy includes a statement regarding membership rights in the Liberty Mutual Holding Company Inc. **Employers Insurance Company of Wausau** is a Massachusetts stock insurance company subsidiary of the Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company.  Insurance is provided by **Employers Insurance Company of Wausau**.  The named insured first named in the Information Page is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company.  The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statements, which are posted on Liberty Mutual's website at www.libertymutual.com or by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts, 02116, Attention: Corporate Secretary.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
**QUICK REFERENCE**

|                                                          | Beginning on Page |
|----------------------------------------------------------|:----:|
| General Section                                          |      |
|     A. The Policy                    | 2    |
|     B. Who is Insured                | 2    |
|     C. Workers Compensation Law       | 2    |
|     D. State                         | 2    |
|     E. Locations                     | 2    |
|                                                          |      |
| Part One – Workers Compensation Insurance                |      |
|     A. How This Insurance Applies     | 2    |
|     B. We Will Pay                    | 2    |
|     C. We Will Defend                | 2    |
|     D. We Will Also Pay               | 2    |
|     E. Other Insurance               | 3    |
|     F. Payments You Must Make         | 3    |
|     G. Recovery From Others          | 3    |
|     H. Statutory Provisions          | 3    |
|                                                          |      |
| Part Two – Employers Liability Insurance                 |      |
|     A. How This Insurance Applies     | 3    |
|     B. We Will Pay                    | 4    |
|     C. Exclusions                    | 4    |
|     D. We Will Defend                | 4    |
|     E. We Will Also Pay               | 5    |
|     F. Other Insurance               | 5    |
|     G. Limits of Liability           | 5    |
|     H. Recovery From Others          | 5    |
|     I. Actions Against Us            | 5    |
|                                                          |      |
| Part Three – Other States Insurance                      |      |
|     A. How This Insurance Applies     | 6    |
|     B. Notice                        | 6    |
|                                                          |      |
| Part Four – Your Duties If Injury Occurs                 | 6    |
|                                                          |      |
| Part Five - Premium                                      |      |
|     A. Our Manuals                   | 6    |
|     B. Classifications               | 6    |
|     C. Remuneration                  | 6    |
|     D. Premium Payments              | 7    |
|     E. Final Premium                 | 7    |
|     F. Records                       | 7    |
|     G. Audit                         | 7    |
|                                                          |      |
| Part Six - Conditions                                    |      |
|     A. Inspection                    | 7    |
|     B. Long Term Policy              | 7    |
|     C. Transfer of Your Rights and Duties | 7 |
|     D. Cancellation                  | 8    |
|     E. Sole Representative           | 8    |

Important:    This Quick Reference is not part of the Workers Compensation and Employers Liability Policy and does not provide coverage.  Refer to the Workers Compensation and Employers Liability Policy itself for actual contractual provisions.

PLEASE READ THE WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY CAREFULLY.

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE – WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.
1. Bodily injury by accident must occur during the policy period.
2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.
We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:
1. reasonable expenses incurred at our request, but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;
3. litigation costs taxed against you;

---

**WC 00 00 00 C**                          © 2013 Liberty Mutual Insurance                          **WC 99 50 04**
Ed. 01/01/2015                 Contains copyrighted materials of the National Council on Compensation                 Page 2 of 8
Insurance, Inc., used with its permission.

4. interest on a judgment as required by law until we offer the amount due under this insurance; and
5. expenses we incur.

## E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

## F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:
1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

## G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

## H. Statutory Provisions

These statements apply where they are required by law.
1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the workers compensation law that apply to:
   a. benefits payable by this insurance;
   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.
6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO – EMPLOYERS LIABILITY INSURANCE

## A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.
1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation
Insurance, Inc., used with its permission.

4.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5.  If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

## B.  We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1.  For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2.  For care and loss of services; and

3.  For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4.  Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C.  Exclusions

This insurance does not cover:

1.  Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2.  Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3.  Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4.  Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5.  Bodily injury intentionally caused or aggravated by you;

6.  Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7.  Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8.  Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9.  Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D.  We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**WC 00 00 00 C**
Ed. 01/01/2015

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation
Insurance, Inc., used with its permission.

**WC 99 50 04**
Page 4 of  8

**E.  We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1.  Reasonable expenses incurred at our request, but not loss of earnings;
2.  Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;
3.  Litigation costs taxed against you;
4.  Interest on a judgment as required by law until we offer the amount due under this insurance; and
5.  Expenses we incur.

**F.  Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G.  Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

    A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

    Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H.  Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I.  Actions Against Us**

There will be no right of action against us under this insurance unless:

1.  You have complied with all the terms of this policy; and
2.  The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE – OTHER STATES INSURANCE

**A.  How This Insurance Applies**
1.  This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.
2.  If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.
3.  We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.
4.  If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B.  Notice**
Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.
1.  Provide for immediate medical and other services required by the workers compensation law.
2.  Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.
3.  Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.
4.  Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.
5.  Do nothing after an injury occurs that would interfere with our right to recover from others.
6.  Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE – PREMIUM

**A.  Our Manuals**
All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B.  Classifications**
Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C.  Remuneration**
Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:
1.  all your officers and employees engaged in work covered by this policy; and
2.  all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX – CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

### B. Long Term Policy

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

### C. Transfer of Your Rights and Duties

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D.  Cancelation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.

4.  Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E.  Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

In witness whereof, Employers Insurance Company of Wausau has caused this policy to be signed by its President and its Secretary.

SECRETARY                                    PRESIDENT

**WC 00 00 00 C**
Ed. 01/01/2015

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation
Insurance, Inc., used with its permission.

**WC 99 50 04**
Page 8 of 8

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**INFORMATION PAGE**



**Liberty Mutual.**
**INSURANCE**
175 Berkeley Street Boston, MA 02116

Issued by Employers Insurance Company of Wausau  (a stock company)  15555

| | | | |
|---|---|---|---|
| Policy Number | WCC-Z91-442777-085 | Issuing Office | Duluth, GA-SE Region |
| Renewal Of | WCC-Z91-442777-084 | Issue Date | 08/10/2015 |
| Account Number | 9-442777 | Sub Account | 0002 |

1.  Insured and Mailing Address
    Tecton Management Services Company LLC
    806 Douglas Rd 4th Floor
    CORAL GABLES FL 33134

| | |
|---|---|
| FEIN | 59-2642751 |
| NJ TIN | 592642751000 |
| Risk ID | 911709937 |

Status  Limited Liability Company

Other workplaces not shown above: See Item 4. Premium - Extension of Information Page

2.  Policy Period: The policy period is from 07/31/2015 to 07/31/2016 12:01 A.M. standard time at the Insured's mailing address.

3.  Coverage
    A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:    FL LA ME NY

    B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.  The limits of our liability under Part Two are:

    | | | |
    |---|---|---|
    | Bodily Injury by Accident  $ | 1,000,000 | each accident |
    | Bodily Injury by Disease  $ | 1,000,000 | policy limit |
    | Bodily Injury by Disease  $ | 1,000,000 | each employee |

    C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
        All States except those listed in Item 3.A and the States of:
        ND OH WA WY

    D.  This policy includes these endorsements and schedules:  See Item 3. Coverage D - Extension of Information Page

4.  Premium:  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.

| Classifications | Code Number | Premium Basis Total Estimated Annual Remuneration | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | See Extension of Information Page | | |

| | | | | |
|---|---|---|---|---|
| Minimum Premium | $1,000  (LA) | Total Estimated Annual Premium | $ | 474,761 |
| Premium will be billed Quarterly | | Deposit Premium | $ | 474,761 |
| | | Deposit Tax/Surcharge/Assessment | $ | 9,136 |

Producer  0073  208642
INSURANCE OFFICE OF AMERICA
PO BOX 162207
ALTAMONTE SPRINGS FL 327162207

Countersigned by Authorized Rep.   (FL)

*Judy Sruchacz*

**WC 00 00 01 A**
Ed. 07/01/2011

© 1987 National Council on Compensation Insurance, Inc.
All Rights Reserved

WC 00  00 01 B (CA)
Page 1 of 1

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page
## Miscellaneous Form and Endorsement Schedule

| Policy Notices and Applications | |
| --- | --- |
| **Form Number** | **Form Name** |
| SNI 90 01 05 12 | Policyholder Notice - Company Contact Information |
| SNW 31 01 07 11 | New York Notice to Employers |
| SNW 31 03 03 15 | New York Workers Compensation Security Fund Recoupment |
| CNW 90 01 05 10 | Important Contractor Notice |
| CNW 90 07 09 13 | Maine Employer Penalties for Late Report of Injury |
| GPO 4756 R5 | Liberty Mutual WC Privacy Practices Disclosure Notice |
| SNW 18 01 05 15 | Important Information to Policyholders - Maine |

| Policy Schedules | |
| --- | --- |
| **Form Number** | **Form Name** |
| CNI 90 02 07 11 | Notice |
| WC 00 00 00 C | Workers Compensation And Employers Liability Insurance Policy Jacket |
| WC 00 00 01 A | Information Page |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| PA 535 | Premium Summary Report by Billing Entity |
| GPO 2923 | Item 4. Premium - Extension of Information Page |
| GPO 2926 | U.S.L. and H.W. Compensation Act Schedule |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements | | |
| --- | --- | --- |
| **Form Number** | **Form Name** | **Comments** |
| WC 99 20 16 | Named Insured Endorsement | |
| WC 00 01 06 A | Longshore and Harbor Workers' Compensation Act Coverage | |
| WC 00 03 01 A | Alternate Employer Endorsement | |
| WC 00 03 11 A | Voluntary Compensation and Employers Liability Coverage Endorsement | |
| WC 00 04 06 | Premium Discount Endorsement | |
| WC 00 04 14 | Notification of Change in Ownership Endorsement | |
| WC 00 04 19 | Premium Due Date Endorsement | |
| WC 00 04 21 D | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement | |

Policy No. WCC-Z91-442777-085                                    Page  1 of  2

GPO 4741                                                         WC 00 00 01 A
Ed.01/01/2001

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page
## Miscellaneous Form and Endorsement Schedule

Continued:

| Policy Endorsements | | |
|---|---|---|
| **Form Number** | **Form Name** | **Comments** |
| | | |
| WC 00 04 22 B | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | |
| WC 09 03 03 | Florida Employers Liability Coverage Endorsement | |
| WC 09 04 03 B | Florida Terrorism Risk Insurance Program Reauthorization Act Endorsement | |
| WC 09 04 07 | Florida Non-Cooperation with Premium Audit | |
| WC 09 06 06 | Florida Employment and Wage Information Release | |
| WC 17 03 03 | Louisiana Duty to Defend Endorsement | |
| WC 17 06 01 E | Louisiana Amendatory | |
| WC 17 06 02 A | Louisiana Cost Containment Act Endorsement | |
| WC 18 06 01 | Maine Inspection Immunity | |
| WC 18 06 03 A | Maine Cancellation and Nonrenewal | |
| WC 18 06 04 | Maine Final Premium Audit | |
| WC 18 06 06 | Maine Notice of Filing of First Reports of Injury within Seven Days | |
| WC 18 06 07 A | Maine Supplemental Benefits Fund Endorsement | |
| WC 31 03 08 | New York Limit of Liability | |
| WC 31 03 19 G | New York Construction Classification Premium Adjustment Program Explanatory | |
| WC 31 06 18 | New York Workers Compensation Policyholder Notice of Right to Appeal | |
| WC 99 16 69 | Knowledge and Notice of Occurrence Endorsement | |
| WC 99 16 71 | Unintentional Errors and Omissions Endorsement | |
| WC 99 20 06 | Louisiana Punitive Damages Endorsement | |
| WC 99 20 54 | Participating Provision | |

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Florida | 17,548,000 | 304,559 | 0 |
| Louisiana | 268,000 | 13,660 | 0 |
| Maine | 2,980,000 | 112,152 | 2,918 |
| New York | 1,000,000 | 44,390 | 6,218 |
| | | | |
| Totals | 21,796,000 | 474,761 | 9,136 |

**Billing Entity Premium Summary**

| Billing Entity | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Trust Hospitality, LLC | 21,796,000 | 474,761 | 9,136 |
| Totals | 21,796,000 | 474,761 | 9,136 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| **7450 Ocean Terrace LLC** | | | | |
| **Florida** | | | | |
| **Miami Beach: 7450 Ocean Terrace 33141** | | | | |
| Clerical Office Employees NOC | 8810 | 180,000 | .25 | 450 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 525,000 | 3.68 | 19,320 |
| Hotel: Restaurant Employees | 9058 | 250,000 | 2.47 | 6,175 |
| **Manual Premium** | | | | **$25,945** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 363 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (526) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,289) |
| Experience Modification(.80 FNL) | 9898 | d) 24,493 | | (4,899) |
| **Modified Premium** | | | | **$19,594** |
| **Standard Premium** | | | | **$19,594** |
| Premium Discount | 64 | | .0584 | (1,144) |
| Terrorism | 9740 | 955,000 | .02 | 191 |
| **Total Premium for 7450 Ocean Terrace LLC** | | | | **$18,641** |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Subject to** **Longshore And Harbor Workers' Compensation Act Endorsement** Marina & Drivers Covered Under U.S. Act | 6826F | 55,000 | 6.02 | 3,311 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Manual Premium** | | | | **$3,311** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 46 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (67) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (165) |
| Experience Modification(.80 FNL) | 9898 | d)          3,125 | | (625) |
| **Modified Premium** | | | | **$2,500** |
| **Standard Premium** | | | | **$2,500** |
| Premium Discount | 64 | | .0584 | (146) |
| Terrorism | 9740 | 55,000 | .02 | 11 |
| **Total Premium for CRP 84457 Overseas LLC** | | | | **$2,365** |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | 110,000 | 5.29 | 5,819 |
| Clerical Office Employees NOC | 8810 | 900,000 | .25 | 2,250 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,750,000 | 3.68 | 64,400 |
| Hotel: Restaurant Employees | 9058 | 2,200,000 | 2.47 | 54,340 |
| **Manual Premium** | | | | **$126,809** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 1,775 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Employer Safety Premium Credit Program | 9765 | | .02 | (2,572) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (6,301) |
| Experience Modification(.80 FNL) | 9898 | d)        119,711 | | (23,942) |
| **Modified Premium** | | | | **$95,769** |
| **Standard Premium** | | | | **$95,769** |
| Premium Discount | 64 | | .0584 | (5,589) |
| Terrorism | 9740 | 4,960,000 | .02 | 992 |
| **Total Premium for CRP Holiday Isle LLC** | | | | **$91,172** |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash**<br>**Miami Beach: 1120 Collins Ave 33134** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 475,000 | 3.68 | 17,480 |
| Hotel: Restaurant Employees | 9058 | 395,000 | 2.47 | 9,757 |
| Clerical Office Employees NOC | 8810 | 140,000 | .25 | 350 |
| **Manual Premium** | | | | **$27,587** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 386 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (559) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,371) |

Policy No. WCC-Z91-442777-085

Page No.   3

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash**<br>**Miami Beach: 1120 Collins Ave 33134** | | | | |
| Experience Modification(.80 FNL) | 9898 | d)          26,043 | | (5,209) |
| **Modified Premium** | | | | **$20,834** |
| **Standard Premium** | | | | **$20,834** |
| Premium Discount | 64 | | .0584 | (1,216) |
| Terrorism | 9740 | 1,010,000 | .02 | 202 |
| **Total Premium for CRP Nash LLC** | | | | **$19,820** |
| **CRP Siesta Resort LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees &<br>Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Terrorism | 9740 | | .02 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis<br>Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll-<br>Per $100 | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | | | |
| Continued: | | | | |
| **IB Lasiesta LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | 105,000 | .25 | 263 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 495,000 | 3.68 | 18,216 |
| **Manual Premium** | | | | **$18,479** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 259 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (375) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (918) |
| Experience Modification(.80 FNL) | 9898 | d) 17,445 | | (3,489) |
| **Modified Premium** | | | | **$13,956** |
| **Standard Premium** | | | | **$13,956** |
| Premium Discount | 64 | | .0584 | (815) |
| Terrorism | 9740 | 600,000 | .02 | 120 |
| **Total Premium for IB Lasiesta LLC** | | | | **$13,261** |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Hotel: Restaurant Employees | 9058 | If Any | 2.47 | 0 |

Policy No. WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |

| | | | | |
|---|---|---|---|---|
| Continued: | | | | |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Terrorism | 9740 | | .02 | 0 |
| **Tecton Management Services Company LLC** | | | | |
| **Florida** | | | | |
| **Miami: 121 SE 1St St 33131** | | | | |
| Clerical Office Employees NOC | 8810 | 400,000 | .25 | 1,000 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 850,000 | 3.68 | 31,280 |
| Hotel: Restaurant Employees | 9058 | 1,000,000 | 2.47 | 24,700 |
| **Miami Beach: 1410 Ocean Dr 33139** | | | | |
| Clerical Office Employees NOC | 8810 | 125,000 | .25 | 313 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 550,000 | 3.68 | 20,240 |
| **Marathon: 19 Sombrero Blvd 33050** | | | | |
| Clerical Office Employees NOC | 8810 | 120,000 | .25 | 300 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |
| Hotel: Restaurant Employees | 9058 | 100,000 | 2.47 | 2,470 |
| **Miami Beach: 443 Espanola Way 33139** | | | | |
| Clerical Office Employees NOC | 8810 | 100,000 | .25 | 250 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | <u>Payroll</u> - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | <u>Payroll</u>-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida**<br>**Miami Beach: 640 Ocean Dr 33139** | | | | |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| **Miami: 7436 Ocean Terrace Rd 33131** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 488,000 | 3.68 | 17,958 |
| Clerical Office Employees NOC | 8810 | 105,000 | .25 | 263 |
| **Islamorada Resort**<br>**Islamorada: 80001 Overseas Hwy 33036** | | | | |
| Hotel: Restaurant Employees | 9058 | 1,100,000 | 2.47 | 27,170 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 935,000 | 3.68 | 34,408 |
| Clerical Office Employees NOC | 8810 | 315,000 | .25 | 788 |
| **Coral Gables: 806 S Douglas Dr 4th 33134** | | | | |
| Clerical Office Employees NOC | 8810 | 2,100,000 | .25 | 5,250 |
| **Subject to**<br>**Longshore And Harbor Workers' Compensation Act Endorsement**<br>Clerical Office Employees NOC | 8810 | If Any | .55 | 0 |
| **Subject to**<br>**Voluntary Compensation Endorsement**<br>Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| **Islamorada: 84457 Old Overseas Hwy 33036** | | | | |
| Clerical Office Employees NOC | 8810 | 185,000 | .25 | 463 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 485,000 | 3.68 | 17,848 |

Policy No. WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida** Islamorada: 84457 Old Overseas Hwy 33036 | | | | |
| **Islamorada Resort** | | | | |
| Hotel: Restaurant Employees | 9058 | 110,000 | 2.47 | 2,717 |
| **Manual Premium** | | | | **$220,538** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 3,088 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (4,473) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (10,958) |
| Experience Modification(.80 FNL) | 9898 d) | 208,195 | | (41,639) |
| **Modified Premium** | | | | **$166,556** |
| **Standard Premium** | | | | **$166,556** |
| Premium Discount | 64 | | .0584 | (9,721) |
| Terrorism | 9740 | 9,968,000 | .02 | 1,994 |
| **Estimated Premium** | | | | **$158,829** |
| **New York** | | | | |
| **Edge Hotel** New York: 514 W 168th St 10032 | | | | |
| Hotel NOC -All Other Employees & Drivers | 9052 | 875,000 | 6.28 | 54,950 |
| Clerical Office Employees NOC | 8810 | 125,000 | .32 | 400 |
| **Manual Premium** | | | | **$55,350** |
| Experience Modification(.80 FNL) | 9898 d) | 55,350 | | (11,070) |
| **Modified Premium** | | | | **$44,280** |
| Schedule Rating | 9889 | | .05 | 2,214 |

Policy No.WCC-Z91-442777-085

Page No.   8

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **New York** | | | | |
| **Edge Hotel** **New York: 514 W 168th St 10032** | | | | |
| **Standard Premium** | | | | **$46,494** |
| Premium Discount | 0064 | | .0584 | (2,714) |
| Terrorism | 9740 | 1,000,000 | .050 | 500 |
| Terrorism(.029) | 9740 | 0 | | 0 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 1,000,000 | .011 | 110 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | .007 | 0 |
| **Estimated Premium** | | | | **$44,390** |
| New York State Assessment | 0932 | d) 47,104 | .132 | 6,218 |
| NY WC Security Fund Surcharge | 9749 | d) 44,390 | .00 | 0 |
| **Total Premium for Tecton Management Services Company LLC** | | | | **$203,219** |
| **Total Surcharges and Assessments for Tecton Management Services Company LLC** | | | | **$6,218** |
| **Tecton NY Management Services, LLC** | | | | |
| **Florida** | | | | |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Miscellaneous Endorsement Premium | | | | 500 |
| **Standard Premium** | | | | **$500** |

Policy No.WCC-Z91-442777-085                                    Page No.    9

GPO 2923
Ed. 01/01/2001                                              WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **Tecton NY Management Services, LLC** | | | | |
|   **Florida** | | | | |
| Premium Discount | 64 | | .0584 | (29) |
| Terrorism | 9740 | | .02 | 0 |
|      **Total Premium for Tecton NY Management Services, LLC** | | | | **$471** |
| **TH Press LLC** | | | | |
|   **Maine** | | | | |
|   **Portland: 119 Exchange St 04101** | | | | |
|    Clerical Office Employees NOC | 8810 | 430,000 | .84 | 3,612 |
|    Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,350,000 | 5.26 | 71,010 |
|    Hotel: Restaurant Employees | 9058 | 1,200,000 | 4.68 | 56,160 |
|      **Manual Premium** | | | | **$130,782** |
| Employers Liability Increased Limits Premium | 9812 | | .011 | 1,439 |
| Experience Modification(.80 FNL) | 9898 d) | 132,221 | | (26,444) |
|      **Modified Premium** | | | | **$105,777** |
| Schedule Rating | 9889 | | .12 | 12,693 |
|      **Standard Premium** | | | | **$118,470** |
| Premium Discount | 0064 | | .0584 | (6,914) |
| Terrorism | 9740 | 2,980,000 | .01 | 298 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 2,980,000 | .01 | 298 |
|      **Total Premium for TH Press LLC** | | | | **$112,152** |
| Maine WC Board Administrative Fund Assessment | 0936 d) | 117,181 | .0249 | 2,918 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | | Rate | |
|---|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | | |
| **TH Press LLC** | | | | | |
| **Maine** | | | | | |
| **Portland: 119 Exchange St 04101** | | | | | |
| Maine Supplemental Benefits Fund Surcharge | 0937 | d) | 118,470 | .00 | 0 |
| Maine WC Deficit Resolution/Recovery Surcharge | 0935 | d) | 112,152 | .00 | 0 |
| **THNOLA, LLC & The Hotel Modern** | | | | | |
| **Louisiana** | | | | | |
| **New Orleans: 936 Saint Charles Ave 70130** | | | | | |
| Clerical Office Employees NOC | 8810 | | 65,000 | .62 | 403 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | | 162,000 | 7.08 | 11,470 |
| Hotel: Restaurant Employees | 9058 | | 41,000 | 5.02 | 2,058 |
| **Manual Premium** | | | | | **$13,931** |
| Employers Liability Increased Limits Premium | 9812 | | | .014 | 195 |
| Experience Modification(.80 FNL) | 9898 | d) | 14,126 | | (2,825) |
| **Modified Premium** | | | | | **$11,301** |
| Schedule Rating | 9889 | | | .25 | 2,825 |
| **Standard Premium** | | | | | **$14,126** |
| Premium Discount | 0064 | | | .0583 | (824) |
| Expense Constant | 0900 | | | | 250 |
| Terrorism | 9740 | | 268,000 | .02 | 54 |

Policy No. WCC-Z91-442777-085                                    Page No.   11

GPO 2923                                                         WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued:<br><br>**THNOLA, LLC & The Hotel Modern**<br><br>  **Louisiana**<br><br>**New Orleans: 936 Saint Charles Ave 70130**<br><br><br>Catastrophe (other than Certified Acts of Terrorism) | 9741 | 268,000 | .02 | 54 |
| **Total Premium for THNOLA, LLC & The Hotel Modern** | | | | **$13,660** |

Policy No. WCC-Z91-442777-085                                     Page No.  12

GPO 2923                                                          WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

## UNITED STATES LONGSHORE AND HARBOR
## WORKERS' COMPENSATION ACT - INCIDENTAL

| States | Percent of increase - non-Federal rates | States | Percent of increase - non-Federal rates |
|--------|------------------|--------|------------------|
| Florida | 121.0% | Maine | 33.0% |
| Louisiana | 109.0% | New York | 53.7% |

## NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Tecton Management Services Company LLC | | | |
| 001 | Telephone Number: (305) 577-8484 | | | |
| 001 | FEIN: 59-2642751 | | | |
| 001 | Legal Status: Limited Liability Company | | | |
| 001 | 640 Ocean Dr | Miami Beach | FL | 33139 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 514 W 168th St | New York | NY | 10032 |
| 001 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 119 Exchange St | Portland | ME | 04101 |
| 001 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 1410 Ocean Dr | Miami Beach | FL | 33139 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 80001 Overseas Hwy | Islamorada | FL | 33036 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 121 SE 1St St | Miami | FL | 33131 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 350 OCEAN DR | MIAMI BEACH | FL | 33139 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 443 Espanola Way | Miami Beach | FL | 33139 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| | | | | |
| 002 | IB Palm Beach, LLC | | | |
| 002 | Telephone Number: (305) 577-8484 | | | |
| 002 | FEIN: 37-1705990 | | | |
| 002 | Legal Status: Limited Liability Company | | | |
| 002 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 002 | NAIC Code: 721110 | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 002 | No. of Employees:  2 | | | |
| | | | | |
| 003 | Tecton Miami Beach Management, LLC | | | |
| 003 | Telephone Number:  (305) 577-8484 | | | |
| 003 | FEIN:  20-4651822 | | | |
| 003 | Legal Status:  Limited Liability Company | | | |
| 003 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 003 | NAIC Code:  721110 | | | |
| 003 | No. of Employees:  2 | | | |
| | | | | |
| 004 | Trust Hospitality LLC | | | |
| 004 | Telephone Number:  (305) 577-8484 | | | |
| 004 | FEIN:  32-0288144 | | | |
| 004 | Legal Status:  Limited Liability Company | | | |
| 004 | 514 W 168th St | New York | NY | 10032 |
| 004 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 004 | NAIC Code:  721110 | | | |
| 004 | No. of Employees:  2 | | | |
| | | | | |
| 005 | IB Pelican Cove LLC | | | |
| 005 | FEIN:  80-0947659 | | | |
| 005 | Legal Status:  Limited Liability Company | | | |
| 005 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 005 | NAIC Code:  721110 | | | |
| 005 | No. of Employees:  2 | | | |
| | | | | |
| 006 | CRP 84457 Overseas LLC | | | |
| 006 | FEIN:  46-3584980 | | | |
| 006 | Legal Status:  Limited Liability Company | | | |
| 006 | 84341 Overseas Hwy | Islamorada | FL | 33036 |
| 006 | NAIC Code:  721110 | | | |
| 006 | No. of Employees:  2 | | | |
| 006 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 006 | NAIC Code:  721110 | | | |
| 006 | No. of Employees:  2 | | | |
| | | | | |
| 007 | CRP Nash LLC | | | |
| 007 | Telephone Number:  (305) 577-8484 | | | |
| 007 | FEIN:  36-4777489 | | | |
| 007 | Legal Status:  Limited Liability Company | | | |

Policy No. WCC-Z91-442777-085

**NAMED INSURED LINK SCHEDULE**

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 007 | 1120 Collins Ave | Miami Beach | FL | 33134 |
| 007 | NAIC Code:  721110 | | | |
| 007 | No. of Employees:  2 | | | |
| | | | | |
| 008 | CRP 80001 Overseas LLC | | | |
| 008 | Telephone Number:  (305) 577-8484 | | | |
| 008 | FEIN:  46-3634874 | | | |
| 008 | Legal Status:  Limited Liability Company | | | |
| 008 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 008 | NAIC Code:  721110 | | | |
| 008 | No. of Employees:  2 | | | |
| | | | | |
| 009 | IB Cavalier LLC | | | |
| 009 | Telephone Number:  (305) 577-8484 | | | |
| 009 | FEIN:  90-0952244 | | | |
| 009 | Legal Status:  Limited Liability Company | | | |
| 009 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 009 | NAIC Code:  721110 | | | |
| 009 | No. of Employees:  2 | | | |
| | | | | |
| 010 | IB Nash LLC | | | |
| 010 | Telephone Number:  (305) 577-8484 | | | |
| 010 | FEIN:  35-2493677 | | | |
| 010 | Legal Status:  Limited Liability Company | | | |
| 010 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 010 | NAIC Code:  721110 | | | |
| 010 | No. of Employees:  2 | | | |
| | | | | |
| 011 | IBHI LLC | | | |
| 011 | Telephone Number:  (305) 577-8484 | | | |
| 011 | FEIN:  38-3921530 | | | |
| 011 | Legal Status:  Limited Liability Company | | | |
| 011 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 011 | NAIC Code:  721110 | | | |
| 011 | No. of Employees:  2 | | | |
| | | | | |
| 012 | CRP Siesta Resort LLC DBA Abel's Tackle Box | | | |
| 012 | Telephone Number:  (305) 577-8484 | | | |
| 012 | FEIN:  47-1078564 | | | |
| 012 | Legal Status:  Limited Liability Company | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name<br>Link<br>Code | Insured Name/Location | City | State | Zip |
|------|-----------------------|------|-------|-----|
| 012 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 012 | NAIC Code:  721110 | | | |
| 012 | No. of Employees:  2 | | | |
| | | | | |
| 013 | IB Lasiesta LLC | | | |
| 013 | Telephone Number:  (305) 577-8484 | | | |
| 013 | FEIN:  32-0445406 | | | |
| 013 | Legal Status:  Limited Liability Company | | | |
| 013 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 013 | NAIC Code:  721110 | | | |
| 013 | No. of Employees:  2 | | | |
| | | | | |
| 014 | IB PCI LLC | | | |
| 014 | Telephone Number:  (305) 577-8484 | | | |
| 014 | FEIN:  35-2512444 | | | |
| 014 | Legal Status:  Limited Liability Company | | | |
| 014 | 84001 Overseas Hwy | Islamorada | FL | 33036 |
| 014 | NAIC Code:  721110 | | | |
| 014 | No. of Employees:  2 | | | |
| | | | | |
| 015 | 7450 Ocean Terrace LLC | | | |
| 015 | Telephone Number:  (305) 577-8484 | | | |
| 015 | FEIN:  30-0838499 | | | |
| 015 | Legal Status:  Limited Liability Company | | | |
| 015 | 7450 Ocean Terrace | Miami Beach | FL | 33141 |
| 015 | NAIC Code:  721110 | | | |
| 015 | No. of Employees:  2 | | | |
| | | | | |
| 016 | TH Press LLC | | | |
| 016 | Telephone Number:  (305) 577-8484 | | | |
| 016 | FEIN:  37-1765988 | | | |
| 016 | Legal Status:  Limited Liability Company | | | |
| 016 | ME UIA:  0371765988 | | | |
| 016 | 119 Exchange St | Portland | ME | 04101 |
| | | | | |
| 017 | THNOLA, LLC & The Hotel Modern | | | |
| 017 | Telephone Number:  (305) 577-8484 | | | |
| 017 | FEIN:  38-3940132 | | | |
| 017 | Legal Status:  Limited Liability Company | | | |
| 017 | 936 Saint Charles Ave | New Orleans | LA | 70130 |

Policy No.WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 018 | The Langford LLC | | | |
| 018 | Telephone Number: (305) 577-8484 | | | |
| 018 | FEIN: 35-2516721 | | | |
| 018 | Legal Status: Limited Liability Company | | | |
| 018 | ME UIA: 0371765988 | | | |
| 018 | 121 SE 1St St | Miami | FL | 33131 |
| 018 | NAIC Code: 721110 | | | |
| 018 | No. of Employees: 2 | | | |
| | | | | |
| 019 | Trust Sombrero and DBA Sombrero Resort & Marina | | | |
| 019 | Telephone Number: (305) 577-8484 | | | |
| 019 | FEIN: 47-3575775 | | | |
| 019 | Legal Status: Corporation | | | |
| 019 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 019 | NAIC Code: 721110 | | | |
| 019 | No. of Employees: 2 | | | |
| | | | | |
| 020 | Republic Marathon LLC | | | |
| 020 | Telephone Number: (305) 577-8484 | | | |
| 020 | FEIN: 80-0967959 | | | |
| 020 | Legal Status: Limited Liability Company | | | |
| 020 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 020 | NAIC Code: 721110 | | | |
| 020 | No. of Employees: 2 | | | |
| | | | | |
| 021 | 514 West 168 Street LLC. | | | |
| 021 | FEIN: 45-4073879 | | | |
| 021 | Legal Status: Limited Liability Company | | | |
| 021 | 514 W 168th St | New York | NY | 10032 |
| | | | | |
| 022 | 7436 Ocean Terrace LLC dba Ocean Surf | | | |
| 022 | Telephone Number: (305) 577-8484 | | | |
| 022 | FEIN: 38-3955845 | | | |
| 022 | Legal Status: Limited Liability Company | | | |
| 022 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |

Policy No.WCC-Z91-442777-085

**NAMED INSURED ENDORSEMENT**

Item 1 of the Information Page includes the following firms or organizations as insureds.

| Insured Name | FEIN No. | Dept. of Labor No. |
|---|---|---|
| Tecton Management Services Company LLC | 59-2642751 | 592642751000 |
| IB Palm Beach, LLC | 37-1705990 | |
| Tecton Miami Beach Management, LLC | 20-4651822 | |
| Trust Hospitality LLC | 32-0288144 | |
| IB Pelican Cove LLC | 80-0947659 | |
| CRP 84457 Overseas LLC | 46-3584980 | |

© 2010, Liberty Mutual Group of Companies.  All Rights Reserved.

CRP Nash LLC                                      36-4777489              592642751000

CRP 80001 Overseas LLC                           46-3634874

IB Cavalier LLC                                  90-0952244

IB Nash LLC                                       35-2493677

IBHI LLC                                          38-3921530

CRP Siesta Resort LLC DBA Abel's Tackle Box      47-1078564              592642751000

IB Lasiesta LLC                                  32-0445406

© 2010, Liberty Mutual Group of Companies.  All Rights Reserved.

| | | |
|---|---|---|
| IB PCI LLC | 35-2512444 | |
| 7450 Ocean Terrace LLC | 30-0838499 | 592642751000 |
| TH Press LLC | 37-1765988 | 0371765988 |
| THNOLA, LLC & The Hotel Modern | 38-3940132 | |
| The Langford LLC | 35-2516721 | 0371765988 |
| Trust Sombrero and DBA Sombrero Resort & Marina | 47-3575775 | 592642751000 |
| Republic Marathon LLC | 80-0967959 | 592642751000 |

© 2010, Liberty Mutual Group of Companies.  All Rights Reserved.

514 West 168 Street LLC.                              45-4073879


7436 Ocean Terrace LLC dba Ocean Surf                 38-3955845            592642751000

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date                    Premium $

Issued to     Tecton Management Services Company LLC

## LONGSHORE AND HARBOR WORKERS'
## COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule.  The policy applies to that work as though that state were listed in Item 3.A. of the Information Page.

General Section C. **Workers' Compensation Law** is replaced by the following:

### C. Workers' Compensation Law

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950).  It includes any amendments to those laws that are in effect during the policy period.  It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), C. Exclusions., exclusion 8, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

Schedule

| State | Longshore and Harbor Workers' Compensation Act Coverage Percentage |
|---|---|

REFER TO SCHEDULE GPO 2926 FOR STATES AND PERCENTAGES

The rates  for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act.  If this policy covers work under such classifications, and if the work is subject to the Longshore and Harbor Workers' Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage shown in the Schedule.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085    Effective Date    Premium $

Issued to    Tecton Management Services Company LLC

**WC 00 01 06 A**    © 1983, 1991 National Council on Compensation Insurance    Page 1 of  1
Ed. 04/1992

**ALTERNATE EMPLOYER ENDORSEMENT**

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule.  Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured.  If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law.  We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer.  The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

Schedule

1. **Alternate Employer**                              **Address**
   Any hotel under contract with Trust
   Hospitality, LLC to provide employees
   and workers compensation coverage.

2. **State of Special or Temporary Employment**
   FL

3. **Contract or Project**
   All operations performed for hotels under contract with Trust Hospitality to
   provide employees and workers compensation coverage.

Issued by      Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date                    Premium $

Issued to      Tecton Management Services Company LLC

**WC 00 03 01 A**              © 1984, 1988 National Council on Compensation Insurance.              Page 1 of  1
Ed. 02/01/1989

## VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY
## COVERAGE ENDORSEMENT

This endorsement adds Voluntary Compensation Insurance to the policy.

### A.  How This Insurance Applies

This insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1.  The bodily injury must be sustained by an employee included in the group of employees described in the Schedule.

2.  The bodily injury must arise out of and in the course of employment necessary or incidental to work in a state listed in the Schedule.

3.  The bodily injury must occur in the United States of America, its territories or possessions, or Canada, and may occur elsewhere if the employee is a United States or Canadian citizen temporarily away from those places.

4   Bodily injury by accident must occur during the policy period.

5.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B.  We Will Pay

We will pay an amount equal to the benefits that would be required of you if you and your employees described in the Schedule were subject to the workers compensation law shown in the Schedule. We will pay those amounts to the persons who would be entitled to them under the law.

### C.  Exclusions

This insurance does not cover:

1.  any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2.  bodily injury intentionally caused or aggravated by you.

**D.  Before We Pay**

Before we pay benefits to the persons entitled to them, they must:

1.   Release you and us, in writing, of all responsibility for the injury or death.

2.   Transfer to us their right to recover from others who may be responsible for the injury or death.

3.   Cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

If the persons entitled to the benefits of this insurance fail to do those things, our duty to pay ends at once. If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

**E.  Recovery From Others**

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid. We will pay the balance to the persons entitled to it. If the persons entitled to the benefits of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

**F.  Employers Liability Insurance**

Part Two (Employers Liability Insurance) applies to bodily injury covered by this endorsement as though the State of Employment shown in the Schedule were shown in Item 3.A. of the Information Page.

**Schedule**

| Employees | State of Employment | Designated Workers' Compensation Law |
|---|---|---|
| All employees not subject to the workers compensation law | All states except CA, HI, NJ, WI & WY | State of Hire |

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085         Effective Date                Premium $

Issued to    Tecton Management Services Company LLC

**WC 00 03 11 A**                © 1991 National Council on Compensation Insurance                Page 3 of 3

**PREMIUM DISCOUNT ENDORSEMENT**

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule.  The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit.  Premium subject to retrospective rating is not subject to premium discount.

Schedule

1.   Policy Numbers                                       Estimated Eligible Premium

Total $

2.   Average percentage discount:            %            SEE SCHEDULE GPO 2923

3.   If there are no entries in Items 1. and 2. of the Schedule see the Premium Discount Endorsement attached to your policy number:

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date              Premium $

Issued to     Tecton Management Services Company LLC

**WC 00 04 06**                  © 1983 National Council on Compensation Insurance.                  Page 1 of 1
Ed. 04/1984

**NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT**

Experience rating is mandatory for all eligible insureds.  The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.  Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change.  Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

Not Applicable in California, Delaware,
New Jersey, Pennsylvania

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085          Effective Date                    Premium $

Issued to    Tecton Management Services Company LLC

**WC 00 04 14**              © Copyright 1990 National Council on Compensation Insurance, Inc.              Page 1 of  1
Ed. 07/01/1990

**PREMIUM DUE DATE ENDORSEMENT**

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE**
**PREMIUM**

D.  **Premium** is amended to read:
      You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law
      is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

      Not Applicable in Arizona, Massachusetts,
      Oregon and Texas

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date                    Premium $

Issued to      Tecton Management Services Company LLC

**WC 00 04 19**            © Copyright 2000 National Council on Compensation Insurance, Inc.            Page  1  of  1
Ed. 01/01/2001                                   All Rights Reserved.

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)
## PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below.  Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism).  This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
    a. It is an act that is violent or dangerous to human life, property, or infrastructure;
    b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
    c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|

See Attached Premium Schedule GPO 2923

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date              Premium $

Issued to     Tecton Management Services Company LLC

**WC 00 04 21 D**              © Copyright 2015 National Council on Compensation Insurance, Inc.              Page 1 of 1
Ed. 01/01/2015                                 All Rights Reserved.

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**
The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

   a.  The act is an act of terrorism.
   b.  The act is violent or dangerous to human life, property, or infrastructure.
   c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**
The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

Not applicable in Florida.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085       Effective Date                Premium $

Issued to    Tecton Management Services Company LLC

**WC 00 04 22 B**         © Copyright 2015 National Council on Compensation Insurance, Inc.         Page 2 of  2
Ed. 01/01/2015                              All Rights Reserved.

**FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT**

**C**. Exclusion 5, Section C. of Part Two of the policy is replaced by the following:

This insurance does not cover

**5.** bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, or other tortious conduct, such that you lose your immunity from civil liability under the workers compensation laws.

Issued by   Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date                    Premium $

Issued to     Tecton Management Services Company LLC

**WC 09 03 03**              © 2005 National Council on Compensation Insurance, Inc.              Page 1 of 1
Ed. 08/01/2005

## FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION
## ACT ENDORSEMENT

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2015.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1.  "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

2.  "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:
    a.  The act is an act of terrorism.
    b.  The act is violent or dangerous to human life, property or infrastructure.
    c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
    d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3.  "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

4.  "Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

### Limitation of Liability

The Act may limit our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we may not be liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we may only have to pay a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

© Copyright 2015 National Council on Compensation Insurance, Inc.
All Rights Reserved.

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government may not have to make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3.  The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.
.

## Schedule

Rate per $100 of Remuneration
See Attached Premium Schedule GPO 2923.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085     Effective Date          Premium $

Issued to     Tecton Management Services Company LLC

**FLORIDA NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

This endorsement adds the following provisions to Part Five—Premium, G. Audit, of the policy:

We are required to complete the premium audit process no later than 90 days after policy termination. If you fail to return voluntary audit requests or refuse to cooperate in completing a final physical audit, you must pay a premium to us not to exceed three times the most recent estimated annual premium on this policy subject to the following conditions:

1. We make two good faith efforts to obtain the voluntary audit report or complete the physical audit.

2. We document the audit file regarding the above attempts to obtain the required audit information.

3. After the two good faith attempts to obtain records, we send a letter by certified mail to you advising you of the specific records that are required and the premium that will be charged if you continue to refuse access to the records.

If you do not provide all of the specific records required and if we satisfy the conditions above on or before 90 days from the date of policy termination, we may continue to try and conduct the audit and/or re-open the audit for up to three years from the date of policy termination. Alternatively, we may immediately bill you a premium not to exceed three times the most recent estimated annual premium on this policy. If you provide all of the specific records required to complete the premium audit process within the three year period, we will determine your final premium in accordance with Part Five—Premium, E. Final Premium of the policy.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085          Effective Date          Premium $

Issued to     Tecton Management Services Company LLC

**WC 09 04 07**
Ed. 07/01/2013

© Copyright 2013 National Council on Compensation Insurance, Inc.
All Rights Reserved.

Page 1 of  1

**FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT**

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law.  By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality.  We will limit use of the information to verifying compliance with the terms of the policy.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085     Effective Date                    Premium $

Issued to     Tecton Management Services Company LLC

**WC 09 06 06**                                                                                   Page 1 of 1
Ed. 10/1998

**LOUISIANA DUTY TO DEFEND ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A of the Information Page.

The duty to defend provision of the policy is replaced by this provision.

Part Two - Employer's Liability

**D.  We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance.   We have the right to investigate and settle these claims, proceedings and  suites.

Our duty to defend ends when the limit of liability has been exhausted by the payment of a judgement or settlement.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085     Effective Date               Premium $

Issued to     Tecton Management Services Company LLC

**WC 17 03 03**           © 2000 National Council on Compensation Insurance, Inc.                 Page  1  of  1

**LOUISIANA AMENDATORY ENDORSEMENT**

This endorsement applies only to the insurance provided by the Policy because Louisiana is shown in Item 3.A. of the Information Page.

## PART FIVE—PREMIUM

Section E., Final Premium of Part Five (Premium) of the policy is replaced by the following:

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way, unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time that this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be calculated using one of the following methods as listed in the Schedule of this endorsement:
   a. Pro rata based on the time that this policy was in force. Final premium will not be less than the pro rata share of the minimum premium, or
   b. More than pro rata; it will be based on the time that this policy was in force, and increased by our short-rate cancellation procedure that has been filed with and approved by the commissioner. Final premium will not be less than the minimum premium.

## PART SIX—CONDITIONS

The Cancellation Condition of the policy is replaced by this Condition:

**D. Cancellation**

1. If coverage has not been in effect for sixty days and the policy is not a renewal, cancellation shall be effected by mailing or delivering a written notice to the first-named insured at the mailing address shown on the policy at least sixty days before the cancellation effective date, except in cases where cancellation is based on nonpayment of premium. Notice of cancellation based on nonpayment of premium shall be mailed or delivered at least ten days prior to the effective date of cancellation. After coverage has been in effect for more than sixty days or after the effective date of a renewal policy, no insurer shall cancel a policy unless the cancellation is based on at least one of the following reasons:
   a. Nonpayment of premium.
   b. Fraud or material misrepresentation made by or with the knowledge of the named insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy.
   c. Activities or omissions on the part of the named insured which change or increase any hazard insured against, including a failure to comply with loss control recommendations.
   d. Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including an increase in exposure due to regulation, legislation, or court decision.
   e. Determination by the commissioner of insurance that the continuation of the policy would jeopardize a company's solvency or would place the insurer in violation of the insurance laws of this state or any other state.
   f. Violation or breach by the insured of any policy terms or conditions.
   g. Such other reasons that are approved by the commissioner of insurance.

© Copyright 2011 National Council on Compensation Insurance, Inc.
All Rights Reserved.

2.  a.   A notice of cancellation of insurance coverage by an insurer shall be in writing and shall be mailed or delivered to the first-named insured at the mailing address as shown on the policy. Notices of cancellation based on conditions 1.b. through 1.g. above shall be mailed or delivered at least thirty days prior to the effective date of the cancellation; notices of cancellations based upon condition 1.a. above shall be mailed or delivered at least ten days prior to the effective date of cancellation. The notice shall state the effective date of the cancellation.

    b.   The insurer shall provide the first-named insured with a written statement setting forth the reason for the cancellation where the insured requests such a statement in writing and the named insured agrees in writing to hold the insurer harmless from liability for any communication giving notice of or specifying the reasons for a cancellation or for any statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation under this endorsement.

3.  Nothing in this endorsement shall require an insurer to provide a notice of cancellation or a statement of reasons for cancellation where cancellation for nonpayment of premium is effected by a premium finance agency or other entity pursuant to a power of attorney or other agreement executed by or on behalf of the insured.

4.  An insurer may decide not to renew a policy if it delivers or mails to the first-named insured at the address shown on the policy written notice it will not renew the policy. Such notice of nonrenewal shall be mailed or delivered at least sixty days before the expiration date. Such notice to the insured shall include the insured's loss run information for the period the policy has been in force within, but not to exceed the last three years of coverage. If the notice is mailed less than sixty days before expiration, coverage shall remain in effect under the same terms and conditions until sixty days after notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date shall be considered pro rata based upon the previous year's rate. For purposes of this endorsement, the transfer of a policyholder between companies within the same insurance group shall not be a refusal to renew. In addition, changes in the deductible, changes in rate, changes in the amount of insurance, or reductions in policy limits or coverage shall not be refusals to renew.

5.  Notice of nonrenewal shall not be required if the insurer or a company within the same insurance group has offered to issue a renewal policy, or where the named insured has obtained replacement coverage or has agreed in writing to obtain replacement coverage.

6.  If an insurer provides the notice described in paragraph 4 above and thereafter the insurer extends the policy for ninety days or less, an additional notice of nonrenewal is not required with respect to the extension.

7.  An insurer shall mail or deliver to the named insured at the mailing address shown on the policy written notice of any rate increase, change in deductible, or reduction in limits or coverage at least thirty days prior to the expiration date of the policy. If the insurer fails to provide such thirty-day notice, the coverage provided to the named insured at the expiring policy's rate, terms, and conditions shall remain in effect until notice is given or until the effective date of replacement coverage obtained by the named insured, whichever first occurs. For the purposes of this paragraph, notice is considered given thirty days following date of mailing or delivery of the notice. If the insured elects not to renew, any earned premium for the period of extension of the terminated policy shall be calculated pro rata at the lower of the current or previous year's rate. If the insured accepts the renewal, the premium increase, if any, and other changes shall be effective the day following the prior policy's expiration or anniversary date.

8.  Paragraph 7 shall not apply to the following:
    a.  Changes in a rate or plan filed with the insurance rating commission and applicable to an entire class of business.
    b.  Changes based upon the altered nature or extent of the risk insured.
    c.  Changes in policy forms filed and approved with the commissioner and applicable to an entire class of business.
    d.  Changes requested by the insured.

© Copyright 2011 National Council on Compensation Insurance, Inc.
All Rights Reserved.

9.   Proof of mailing of notice of cancellation, or of nonrenewal or of premium or coverage changes, to the named insured at the address shown in the policy, shall be sufficient proof of notice.

Section I., **Actions Against Us**, of Part Two (Employers Liability Insurance) of the policy is replaced by the following:

I.   **Actions Against Us**
You may not bring an action against us under this insurance unless:
1.   You have complied with all the terms of this policy; and
2.   The amount you owe has been determined with our consent or by actual trial and final judgment.

The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**This Condition is added to the policy:**

**Your Right to Remove Agent**
We will not change or remove the agent of record who wrote this policy prior to the termination or renewal of this policy unless you request the change or removal. If you request the change or removal of the agent, we will notify the agent in writing 15 days in advance of the change or removal.

Schedule

1.   If you cancel, final premium for this policy will be calculated:          pro rata, or X more than pro rata

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date               Premium $

Issued to     Tecton Management Services Company LLC

**WC 17 06 01 E**        © Copyright 2011 National Council on Compensation Insurance, Inc.          Page 3 of  3
Ed. 11/01/2011                  All Rights Reserved.

## LOUISIANA COST CONTAINMENT ACT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A. of the Information Page.

You may be eligible for a two (2) percent reduction in your premium if you attend a cost containment meeting conducted by the Occupational, Safety and Health Administration (OSHA) Section of the Office of Workers Compensation Administration.  In order for you to receive the reduction, you must submit to us a certificate of attendance from the OSHA Section.  The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date you attended the cost containment meeting.

You may also be eligible for an additional five (5) percent reduction in your premium if you have attended a cost containment meeting and have subsequently satisfactorily implemented an occupational safety and health program prescribed by the OSHA Section. In order for you to receive the reduction, you must submit to us a Certificate of Satisfactory Implementation of Occupational, Safety and Health Program from the OSHA Section.  The reduction will apply for a period of one year and will be applied to the policy becoming effective after the date of your certification.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date                    Premium $

Issued to     Tecton Management Services Company LLC

## MAINE INSPECTION IMMUNITY ENDORSEMENT
## (TITLE 14 MAINE REVISED STATUTES ANNOTATED SECTION 167)

## THE FOLLOWING LIMITS OUR LIABILITY

We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.

This exemption from liability does not apply:

A.   If the injury, loss or death occurred during the actual performance of inspection services and was proximately caused by our negligence or by the negligence of our agents, employees or service contractors;

B.   To any inspection services required to be performed under the provisions of a written service contract or defined loss prevention program;

C.   In any action against us, our agents, employees, or service contractors for damages proximately caused by our acts or omissions which are determined to constitute a crime, actual malice or gross negligence; or,

D.   If we fail to provide this written notice to the insured whenever a policy is issued or when new policy forms are issued upon renewal.

This endorsement is executed by the  Employers Insurance Company of Wausau 15555

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.  WCC-Z91-442777-085

**WC 18 06 01**
Page 1 of 1
Ed. 04/01/1984

© 1983 National Council on Compensation Insurance.

## MAINE CANCELATION AND NONRENEWAL ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

**Cancelation**

1.  You may cancel this policy.  You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy.  We must mail or deliver to you and to the Workers Compensation Board not less than 30 days advance written notice stating when the cancelation is to take effect.  Mailing notice to you at your last known address will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.  If you have obtained a workers compensation and employers liability insurance policy from another insurance company, or have otherwise secured your obligation to provide compensation, and such insurance or other security becomes effective prior to the expiration of the notice period, the policy period will end on the effective date of such other insurance or security.

4.  If this policy has renewed or has been in effect for 60 days or more, we may cancel only for one of the following reasons:
    a.  Nonpayment of premium;
    b.  Fraud or a material misrepresentation was made in obtaining the policy, continuing the policy or presenting a claim under the policy;
    c.  The risk accepted when the policy was issued has substantially increased;
    d.  Your failure to comply with reasonable loss control recommendations;
    e.  A substantial breach of contractual duties, conditions or warranties under the policy;
    f.  The Superintendent has determined that continuation of the policy could jeopardize our solvency or place us in violation of the law.

**Nonrenewal**

We may elect not to renew the policy.  We will mail or deliver to you not less than 30 days advance written notice.  A post office certificate of mailing to you at your last known address will be conclusive proof of receipt of that notice on the third calendar day after mailing.

This endorsement is executed by the  Employers Insurance Company of Wausau 15555

Premium $

Effective Date                                    Expiration Date

For attachment to Policy No.  WCC-Z91-442777-085

**WC 18 06 03 A**
Page 1 of 1
Ed. 06/01/1995

© 1995 National Council on Compensation Insurance,  Inc.

## MAINE FINAL PREMIUM AUDIT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Part Five (Premium), Condition E, **Final Premium**, and Condition G, **Audit**, are changed by adding these Conditions:

E. **Final Premium**

We are required by Maine regulation to complete our final premium audit not later than 120 days after the policy period ends.

If we are unable to examine and audit your records because of your failure to cooperate, we will mail advance written notice to you stating the reasons for our inability to establish the final premium.  Your final premium will be established no later than 120 days from the time we are able to complete the examination and audit of your records.

If we have not established the final premium within the 120-day time limitation, we may not bill or collect any additional premium that exceeds the latest billed annual premium.

G. **Audit**

You may request a final premium audit to determine whether you are entitled to a refund, if we have not established the final premium within the 120-day time limit.  You will mail or deliver written notice to us requesting the audit.

This endorsement is executed by the  Employers Insurance Company of Wausau 15555

Premium $

Effective Date                              Expiration Date

For attachment to Policy No.  WCC-Z91-442777-085

**WC 18 06 04**
Page 1 of 1
Ed. 05/01/1988

© 1991 National Council on Compensation Insurance.

**MAINE NOTICE OF FILING OF FIRST REPORTS
OF INJURY WITHIN SEVEN DAYS ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Employer's First Report of Occupational Injury or Disease, form WCB-1, required to be filed for injuries arising out of and in the course of an employee's employment that has caused the employee to lose a day's work shall be reported to and received by the Workers' Compensation Board within seven (7) days after the employer receives notice or knowledge of the injury, as provided by 39-A M.R.S.A. sec. 303. First Reports of Injury can be mailed, electronically submitted or faxed to the Workers' Compensation Board at 207-287-5895.

Contact us immediately if an injury occurs which may be required to be reported to the Workers' Compensation Board.

This endorsement is executed by the Employers Insurance Company of Wausau 15555

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WCC-Z91-442777-085

**WC 18 06 06**
Page 1 of 1
Ed. 4/1999

**MAINE SUPPLEMENTAL BENEFITS FUND ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Maine is shown in Item 3.A. of the Information Page.

Title 39-A of Maine Revised Statute Annotated, sections 355A through section 356 establishes the Maine Supplemental Benefits Fund to reimburse insurers and self-insurers for their payments of compensation to employees made pursuant to 39-A M.R.S.A. § 213(3).(4).

We are authorized pursuant to 39-A M.R.S.A. § 356 to collect a surcharge from you to pay the assessments required pursuant 39-A M.R.S.A. § 154(3). Your surcharge will be calculated in accordance with 39-A M.R.S.A. § 154(3) (B-1).

**Schedule**

Surcharge: See Item 4. Premium Schedules

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date              Premium $

Issued to    Tecton Management Services Company LLC

**WC 18 06 07 A**        © Copyright 2011 National Council on Compensation Insurance, Inc.        Page 1 of 1
Ed. 07/01/2011                        All Rights Reserved.

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

This endorsement is executed by the  Employers Insurance Company of Wausau 15555

Premium $

Effective Date                                    Expiration Date

For attachment to Policy No.  WCC-Z91-442777-085

**WC 31 03 08**
Page 1 of 1
Ed. 04/01/1984

© 1987 New York Compensation Insurance Rating Board

**NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM**
**EXPLANATORY ENDORSEMENT**

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $23.24 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing.  For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/12 thru 3/31/13 | 2011 |
| 4/1/13 thru 3/31/14 | 2012 |
| 4/1/14 thru 3/31/15 | 2013 |
| 4/1/15 thru 3/31/16 | 2014 |
| 4/1/16 thru 3/31/17 | 2015 |
| 4/1/17 thru 3/31/18 | 2016 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to: http://cpap.nycirb.org/

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date                     Premium $

Issued to    Tecton Management Services Company LLC

## NEW YORK WORKERS COMPENSATION
## POLICYHOLDER NOTICE OF RIGHT TO APPEAL

**Policyholder Disputes**

Policyholders are entitled to inquire, challenge and dispute issues relating to classification, ownership, premium auditing, and/or other New York Compensation Insurance Rating Board (NYCIRB) rulings or decisions pertaining to this policy. Please refer to the Employer's Appeal Process noted below.

Inquiries may also be directed to the New York State Department of Financial Services (DFS) at:
http://www.dfs.ny.gov/about/contactus.htm#consumer
or by calling the Consumer  Hotline at 800-342-3736 (Monday through Friday, 8:30AM to 4:30PM).

**Policyholder Right to Appeal**

An insured, or its representative, (hereafter referred to as "insured"), may appeal the application of a rule or procedure contained in the NY Workers Compensation & Employers Liability Manual.   Rules or procedures are defined as those determinations, either by a carrier or the Rating Board, which define the variables which makeup the policy conditions. Examples include: classification codes, ownership information, premium audits, and any other determination which may affect the policy.

To be considered for review, a written request explaining the reason(s) for the appeal must be submitted to the Rating Board. Upon receipt of the request for review, the following actions will be taken:

1. A staff member will review the request and respond to the insured within sixty (60) days, in writing, acknowledging receipt of the request, granting the insured its request or sustaining its original ruling.

2. The insured, if not satisfied with the outcome in 1. above, may then request, in writing, a conference with members of the Rating  Board  staff.  The request must state  the nature of  the  complaint and contain any  supporting  documents. The  appropriate  Department Vice President or his or her designated representative, if appropriate, will preside at the conference.

3. If the dispute is not resolved at the conference, the insured may then appeal to the Underwriting Committee of the Rating Board for a hearing to consider the staff ruling. This appeal must be in writing and must specify  the reason(s)  for the appeal and the nature of the complaint.

   Following, receipt of the appeal, the insured will be notified regarding the time and place for the hearing. The appeal will be heard at the next Underwriting Committee meeting for which appropriate time can be given for this matter.  Subsequent to the hearing, the insured will be advised, in writing, of the Underwriting Committee decision regarding its complaint.

4. If the Underwriting Committee ruling is not satisfactory to the insured, the insured may then request a hearing at the New York State Department of Financial Services to consider the decision of the Rating Board's Underwriting Committee.

5. The New York State Department of Financial Services decision may be appealed to a higher court, by either the insured or the Rating Board.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085     Effective Date                    Premium $

Issued to     Tecton Management Services Company LLC

**WC 31 06 18**                    © 2015 New York Compensation Insurance Rating Board                    Page 1 of  1
Ed. 03/01/2015

## KNOWLEDGE AND NOTICE OF OCCURRENCE ENDORSEMENT

It is understood and agreed that the following is added to paragraph 3 of PART FOUR - YOUR DUTIES IF INJURY OCCURS.

Your duty to give us all notices, demands and legal papers related to the injury, claim, proceedings or suit does not apply to the knowledge of such injury, claim, proceedings or suit, known by any agent, servant, employee, contractor or sub contractor, unless you have designated such person as a representative of the First Named Insured for this policy.

This endorsement is executed by the Employers Insurance Company of Wausau 15555

Premium $

Effective Date                         Expiration Date

For attachment to Policy No.  WCC-Z91-442777-085

**WC 99 16 69**                                                          Page 1 of 1
Ed. 08/01/2005

© 2005 Liberty Mutual Insurance Group.

## UNINTENTIONAL ERRORS AND OMISSIONS ENDORSEMENT

It is understood and agreed that the following condition is added to PART SIX-CONDITIONS.

It is agreed that in the event of your unintentional failure to disclose all hazards, prior occurrences or factual information on applications, supplements or other documents existing as of the inception date of this policy, will not prejudice the coverage provided under this policy.

You agree to notify us in writing of such failure to disclose all hazards, prior occurrences or factual information on applications, supplements or other documents as soon as you are aware of such failure.

This endorsement does not change any of the provisions in PART FIVE - PREMIUM to classify, audit or determine premium.  Furthermore this endorsement does not change any of the provisions in items 2. and 4. of PART SIX - CANCELATION.

This endorsement is executed by the Employers Insurance Company of Wausau 15555

Premium $

Effective Date                              Expiration Date

For attachment to Policy No.  WCC-Z91-442777-085

**WC 99 16 71**                                                                                      Page 1 of 1
Ed. 08/01/2005

© 2005 Liberty Mutual Insurance Group.

**LOUISIANA PUNITIVE DAMAGES ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Louisiana is shown in Item 3.A. of the Information Page.

Part Two-Employers Liability Insurance of the policy is changed as follows:

The insurer will defend, but not indemnify;

"any claim for punitive or exemplary damages that are not expressly authorized by a statute enacted by the Louisiana Legislature, or any claims for statutory fines or any other fines"

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date                    Premium $

Issued to    Tecton Management Services Company LLC

**WC 99 20 06**
Ed. 09/01/2010

© 2010 Liberty Mutual Group of Companies. All Rights Reserved                    Page 1 of 1

**PARTICIPATING PROVISION**

You shall participate in the distribution of surplus funds of the company through any dividends that may be declared for this Policy.  A declaration or payment of dividends is not guaranteed.  The amount of any dividends that may be declared shall be to the extent, and upon the conditions fixed and determined by the Board of Directors and in compliance with any laws that apply.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085         Effective Date                    Premium $

Issued to    Tecton Management Services Company LLC

**WC 99 20 54**                      © 2010, Liberty Mutual Group of Companies.                      Page 1of 1
Ed. 07/01/2011                              All Rights Reserved

TRUST HOSPITALITY LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

| Revised<br>Total Estimated Premium | Revised<br>Assessments and Surcharges |
|---|---|
| $      474,761 | $      9,136 |

| Net Premium Change | Net Change for<br>Assessments and Surcharges |
|---|---|
| $      0 | $      0 |

This is not an invoice.

End. Serial No.    001

Policy Number    WCC-Z91-442777-085

**DIV 1000**
Ed. 11/01/2001

**POLICY INFORMATION PAGE**

The following item(s)

☒ Insured's Name (WC 89 06 01)
☐ Policy Number (WC 89 06 02)
☐ Effective Date (WC 89 06 03)
☐ Expiration Date (WC 89 06 04)
☐ Insured's Mailing Address (WC 89 06 05)
☐ Experience Modification (WC 89 04 06)
☐ Producer's Name (WC 89 06 07)
☐ Change in Workplace of Insured (WC 89 06 08)
☐ Insured's Legal Status (WC 89 06 10)
☐ Item 3.A. States (WC 89 06 11)

☐ Item 3.B. Limits (WC 89 06 12)
☐ Item 3.C. States (WC 89 06 13)
☐ Item 3.D. Endorsement Numbers (WC 89 06 14)
☐ Item 4.* Class, Rate, Other (WC 89 04 15)
☐ Interim Adjustment of Premium (WC 89 04 16)
☐ Carrier Servicing Office (WC 89 06 17)
☐ Interstate/Intrastate Risk ID Number (WC 89 06 18)
☐ Carrier Number (WC 89 06 19)
☐ Issuing Agency/Producer Office Address (WC 89 06 25)

Is changed to read: Revised

Changed Main Named Insured -
From: Tecton Management Services Company LLC  FEIN: 59-2642751 - now an
Additional Named Insured

To: Trust Hospitality LLC    FEIN: 32-0288144

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☐ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $474,761          Minimum Premium  $1,000          Deposit Premium $474,761

All other terms and conditions of this policy remain unchanged.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date   07/31/2015        Premium $

Issued to     Trust Hospitality LLC

**WC 89 06 01**          © Copyright 2001 National Council on Compensation Insurance, Inc.          Page  1 of  1
Ed. 01/01/2002

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page

## Miscellaneous Form and Endorsement Schedule

| Policy Notices and Applications |
|---|

| Form Number | Form Name |
|---|---|

| Policy Schedules |
|---|

| Form Number | Form Name |
|---|---|
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements |
|---|

| Form Number | Form Name | End. Serial No. | Comments |
|---|---|---|---|
| | | (Applies to all forms listed) | |
| | | 001 | |
| WC 89 06 01 | Policy Information Page – Insured's Name | | |

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|-------|-----------------:|--------------:|-----------------------:|
| Florida | 17,548,000 | 304,559 | 0 |
| Louisiana | 268,000 | 13,660 | 0 |
| Maine | 2,980,000 | 112,152 | 2,918 |
| New York | 1,000,000 | 44,390 | 6,218 |
| Totals | 21,796,000 | 474,761 | 9,136 |

## NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Trust Hospitality LLC | | | |
| 001 | Telephone Number:  (305) 577-8484 | | | |
| 001 | FEIN:  32-0288144 | | | |
| 001 | Legal Status:  Limited Liability Company | | | |
| 001 |   806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 001 |     NAIC Code:  721110 | | | |
| 001 |     No. of Employees:  2 | | | |
| | | | | |
| 002 | IB Palm Beach, LLC | | | |
| 002 | Telephone Number:  (305) 577-8484 | | | |
| 002 | FEIN:  37-1705990 | | | |
| 002 | Legal Status:  Limited Liability Company | | | |
| 002 |   806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 002 |     NAIC Code:  721110 | | | |
| 002 |     No. of Employees:  2 | | | |
| | | | | |
| 003 | Tecton Miami Beach Management, LLC | | | |
| 003 | Telephone Number:  (305) 577-8484 | | | |
| 003 | FEIN:  20-4651822 | | | |
| 003 | Legal Status:  Limited Liability Company | | | |
| 003 |   806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 003 |     NAIC Code:  721110 | | | |
| 003 |     No. of Employees:  2 | | | |
| | | | | |
| 004 | IB Pelican Cove LLC | | | |
| 004 | FEIN:  80-0947659 | | | |
| 004 | Legal Status:  Limited Liability Company | | | |
| 004 |   84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 004 |     NAIC Code:  721110 | | | |
| 004 |     No. of Employees:  2 | | | |
| | | | | |
| 005 | CRP 84457 Overseas LLC | | | |
| 005 | FEIN:  46-3584980 | | | |
| 005 | Legal Status:  Limited Liability Company | | | |
| 005 |   84341 Overseas Hwy | Islamorada | FL | 33036 |
| 005 |     NAIC Code:  721110 | | | |
| 005 |     No. of Employees:  2 | | | |
| 005 |   84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 005 |     NAIC Code:  721110 | | | |
| 005 |     No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 006 | CRP Nash LLC | | | |
| 006 | Telephone Number:  (305) 577-8484 | | | |
| 006 | FEIN:  36-4777489 | | | |
| 006 | Legal Status:  Limited Liability Company | | | |
| 006 | 1120 Collins Ave | Miami Beach | FL | 33134 |
| 006 | NAIC Code:  721110 | | | |
| 006 | No. of Employees:  2 | | | |
| | | | | |
| 007 | CRP 80001 Overseas LLC | | | |
| 007 | Telephone Number:  (305) 577-8484 | | | |
| 007 | FEIN:  46-3634874 | | | |
| 007 | Legal Status:  Limited Liability Company | | | |
| 007 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 007 | NAIC Code:  721110 | | | |
| 007 | No. of Employees:  2 | | | |
| | | | | |
| 008 | IB Cavalier LLC | | | |
| 008 | Telephone Number:  (305) 577-8484 | | | |
| 008 | FEIN:  90-0952244 | | | |
| 008 | Legal Status:  Limited Liability Company | | | |
| 008 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 008 | NAIC Code:  721110 | | | |
| 008 | No. of Employees:  2 | | | |
| | | | | |
| 009 | IB Nash LLC | | | |
| 009 | Telephone Number:  (305) 577-8484 | | | |
| 009 | FEIN:  35-2493677 | | | |
| 009 | Legal Status:  Limited Liability Company | | | |
| 009 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 009 | NAIC Code:  721110 | | | |
| 009 | No. of Employees:  2 | | | |
| | | | | |
| 010 | IBHI LLC | | | |
| 010 | Telephone Number:  (305) 577-8484 | | | |
| 010 | FEIN:  38-3921530 | | | |
| 010 | Legal Status:  Limited Liability Company | | | |
| 010 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 010 | NAIC Code:  721110 | | | |
| 010 | No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085

### NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 011 | CRP Siesta Resort LLC DBA Abel's Tackle Box | | | |
| 011 | Telephone Number: (305) 577-8484 | | | |
| 011 | FEIN: 47-1078564 | | | |
| 011 | Legal Status: Limited Liability Company | | | |
| 011 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 011 | NAIC Code: 721110 | | | |
| 011 | No. of Employees: 2 | | | |
| | | | | |
| 012 | IB Lasiesta LLC | | | |
| 012 | Telephone Number: (305) 577-8484 | | | |
| 012 | FEIN: 32-0445406 | | | |
| 012 | Legal Status: Limited Liability Company | | | |
| 012 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 012 | NAIC Code: 721110 | | | |
| 012 | No. of Employees: 2 | | | |
| | | | | |
| 013 | IB PCI LLC | | | |
| 013 | Telephone Number: (305) 577-8484 | | | |
| 013 | FEIN: 35-2512444 | | | |
| 013 | Legal Status: Limited Liability Company | | | |
| 013 | 84001 Overseas Hwy | Islamorada | FL | 33036 |
| 013 | NAIC Code: 721110 | | | |
| 013 | No. of Employees: 2 | | | |
| | | | | |
| 014 | 7450 Ocean Terrace LLC | | | |
| 014 | Telephone Number: (305) 577-8484 | | | |
| 014 | FEIN: 30-0838499 | | | |
| 014 | Legal Status: Limited Liability Company | | | |
| 014 | 7450 Ocean Terrace | Miami Beach | FL | 33141 |
| 014 | NAIC Code: 721110 | | | |
| 014 | No. of Employees: 2 | | | |
| | | | | |
| 015 | TH Press LLC | | | |
| 015 | Telephone Number: (305) 577-8484 | | | |
| 015 | FEIN: 37-1765988 | | | |
| 015 | Legal Status: Limited Liability Company | | | |
| 015 | ME UIA: 0371765988 | | | |
| 015 | 119 Exchange St | Portland | ME | 04101 |
| | | | | |
| 016 | THNOLA, LLC & The Hotel Modern | | | |

Policy No.WCC-Z91-442777-085

**GPO 4162 R1**
Page   3 of   5
Ed. 11/01/2004

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 016 | Telephone Number: (305) 577-8484 | | | |
| 016 | FEIN: 38-3940132 | | | |
| 016 | Legal Status: Limited Liability Company | | | |
| 016 | 936 Saint Charles Ave | New Orleans | LA | 70130 |
| | | | | |
| 017 | The Langford LLC | | | |
| 017 | Telephone Number: (305) 577-8484 | | | |
| 017 | FEIN: 35-2516721 | | | |
| 017 | Legal Status: Limited Liability Company | | | |
| 017 | ME UIA: 0371765988 | | | |
| 017 | 121 SE 1St St | Miami | FL | 33131 |
| 017 | NAIC Code: 721110 | | | |
| 017 | No. of Employees: 2 | | | |
| | | | | |
| 018 | Trust Sombrero and DBA Sombrero Resort & Marina | | | |
| 018 | Telephone Number: (305) 577-8484 | | | |
| 018 | FEIN: 47-3575775 | | | |
| 018 | Legal Status: Corporation | | | |
| 018 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 018 | NAIC Code: 721110 | | | |
| 018 | No. of Employees: 2 | | | |
| | | | | |
| 019 | Republic Marathon LLC | | | |
| 019 | Telephone Number: (305) 577-8484 | | | |
| 019 | FEIN: 80-0967959 | | | |
| 019 | Legal Status: Limited Liability Company | | | |
| 019 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 019 | NAIC Code: 721110 | | | |
| 019 | No. of Employees: 2 | | | |
| | | | | |
| 020 | 514 West 168 Street LLC. | | | |
| 020 | FEIN: 45-4073879 | | | |
| 020 | Legal Status: Limited Liability Company | | | |
| 020 | 514 W 168th St | New York | NY | 10032 |
| | | | | |
| 021 | 7436 Ocean Terrace LLC dba Ocean Surf | | | |
| 021 | Telephone Number: (305) 577-8484 | | | |
| 021 | FEIN: 38-3955845 | | | |
| 021 | Legal Status: Limited Liability Company | | | |
| 021 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**
Page    4 of    5
Ed. 11/01/2004

NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 021 | NAIC Code: 721110 | | | |
| 021 | No. of Employees: 2 | | | |
| | | | | |
| 022 | Tecton Management Services Company LLC | | | |
| 022 | Telephone Number: (305) 577-8484 | | | |
| 022 | FEIN: 59-2642751 | | | |
| 022 | Legal Status: Limited Liability Company | | | |
| 022 | 640 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 514 W 168th St | New York | NY | 10032 |
| 022 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 119 Exchange St | Portland | ME | 04101 |
| 022 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 1410 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 80001 Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 121 SE 1St St | Miami | FL | 33131 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 350 OCEAN DR | MIAMI BEACH | FL | 33139 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 443 Espanola Way | Miami Beach | FL | 33139 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |

Policy No. WCC-Z91-442777-085

TRUST HOSPITALITY LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

| Revised Total Estimated Premium | Revised Assessments and Surcharges |
|---|---|
| $            474,761 | $            9,136 |

| Net Premium Change | Net Change for Assessments and Surcharges |
|---|---|
| $            0 | $            0 |

This is not an invoice.

End. Serial No.    002

Policy Number    WCC-Z91-442777-085

**DIV 1000**
Ed. 11/01/2001

## POLICY INFORMATION PAGE

The following item(s)

☒ Insured's Name (WC 89 06 01)            ☐ Item 3.B. Limits (WC 89 06 12)
☐ Policy Number (WC 89 06 02)             ☐ Item 3.C. States (WC 89 06 13)
☐ Effective Date (WC 89 06 03)            ☐ Item 3.D. Endorsement Numbers (WC 89 06 14)
☐ Expiration Date (WC 89 06 04)           ☐ Item 4.* Class, Rate, Other (WC 89 04 15)
☐ Insured's Mailing Address (WC 89 06 05) ☐ Interim Adjustment of Premium (WC 89 04 16)
☐ Experience Modification (WC 89 04 06)   ☐ Carrier Servicing Office (WC 89 06 17)
☐ Producer's Name (WC 89 06 07)           ☐ Interstate/Intrastate Risk ID Number (WC 89 06 18)
☐ Change in Workplace of Insured (WC 89 06 08)  ☐ Carrier Number (WC 89 06 19)
☐ Insured's Legal Status (WC 89 06 10)    ☐ Issuing Agency/Producer Office Address (WC 89 06 25)
☐ Item 3.A. States (WC 89 06 11)

   Is changed to read: Revise

From: TH Press LLC   FEIN: 37-1765988  ME DOL #0371765988

To: TH Press LLC   FEIN: 37-1765988  ME DOL #0261707004

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☐ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $474,761          Minimum Premium $1,000          Deposit Premium $474,761

All other terms and conditions of this policy remain unchanged.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date  07/31/2015      Premium $

Issued to    Trust Hospitality LLC

**WC 89 06 01**          © Copyright 2001 National Council on Compensation Insurance, Inc.          Page 1 of 1
Ed. 01/01/2002

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page

## Miscellaneous Form and Endorsement Schedule

| Policy Notices and Applications | |
|---|---|
| **Form Number** | **Form Name** |

| Policy Schedules | |
|---|---|
| **Form Number** | **Form Name** |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements | | | |
|---|---|---|---|
| **Form Number** | **Form Name** | **End. Serial No.** | **Comments** |
| | | (Applies to all forms listed) | |
| | | 002 | |
| WC 89 06 01 | Policy Information Page – Insured's Name | | |

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Florida | 17,548,000 | 304,559 | 0 |
| Louisiana | 268,000 | 13,660 | 0 |
| Maine | 2,980,000 | 112,152 | 2,918 |
| New York | 1,000,000 | 44,390 | 6,218 |
| Totals | 21,796,000 | 474,761 | 9,136 |

Policy No.WCC-Z91-442777-085                                    Page No.   1
PA 505
Ed. 11/01/2001

## NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Trust Hospitality LLC | | | |
| 001 | Telephone Number: (305) 577-8484 | | | |
| 001 | FEIN: 32-0288144 | | | |
| 001 | Legal Status: Limited Liability Company | | | |
| 001 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| | | | | |
| 002 | IB Palm Beach, LLC | | | |
| 002 | Telephone Number: (305) 577-8484 | | | |
| 002 | FEIN: 37-1705990 | | | |
| 002 | Legal Status: Limited Liability Company | | | |
| 002 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 002 | NAIC Code: 721110 | | | |
| 002 | No. of Employees: 2 | | | |
| | | | | |
| 003 | Tecton Miami Beach Management, LLC | | | |
| 003 | Telephone Number: (305) 577-8484 | | | |
| 003 | FEIN: 20-4651822 | | | |
| 003 | Legal Status: Limited Liability Company | | | |
| 003 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 003 | NAIC Code: 721110 | | | |
| 003 | No. of Employees: 2 | | | |
| | | | | |
| 004 | IB Pelican Cove LLC | | | |
| 004 | FEIN: 80-0947659 | | | |
| 004 | Legal Status: Limited Liability Company | | | |
| 004 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 004 | NAIC Code: 721110 | | | |
| 004 | No. of Employees: 2 | | | |
| | | | | |
| 005 | CRP 84457 Overseas LLC | | | |
| 005 | FEIN: 46-3584980 | | | |
| 005 | Legal Status: Limited Liability Company | | | |
| 005 | 84341 Overseas Hwy | Islamorada | FL | 33036 |
| 005 | NAIC Code: 721110 | | | |
| 005 | No. of Employees: 2 | | | |
| 005 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 005 | NAIC Code: 721110 | | | |
| 005 | No. of Employees: 2 | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 006 | CRP Nash LLC | | | |
| 006 | Telephone Number: (305) 577-8484 | | | |
| 006 | FEIN: 36-4777489 | | | |
| 006 | Legal Status: Limited Liability Company | | | |
| 006 | 1120 Collins Ave | Miami Beach | FL | 33134 |
| 006 | NAIC Code: 721110 | | | |
| 006 | No. of Employees: 2 | | | |
| | | | | |
| 007 | CRP 80001 Overseas LLC | | | |
| 007 | Telephone Number: (305) 577-8484 | | | |
| 007 | FEIN: 46-3634874 | | | |
| 007 | Legal Status: Limited Liability Company | | | |
| 007 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 007 | NAIC Code: 721110 | | | |
| 007 | No. of Employees: 2 | | | |
| | | | | |
| 008 | IB Cavalier LLC | | | |
| 008 | Telephone Number: (305) 577-8484 | | | |
| 008 | FEIN: 90-0952244 | | | |
| 008 | Legal Status: Limited Liability Company | | | |
| 008 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 008 | NAIC Code: 721110 | | | |
| 008 | No. of Employees: 2 | | | |
| | | | | |
| 009 | IB Nash LLC | | | |
| 009 | Telephone Number: (305) 577-8484 | | | |
| 009 | FEIN: 35-2493677 | | | |
| 009 | Legal Status: Limited Liability Company | | | |
| 009 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 009 | NAIC Code: 721110 | | | |
| 009 | No. of Employees: 2 | | | |
| | | | | |
| 010 | IBHI LLC | | | |
| 010 | Telephone Number: (305) 577-8484 | | | |
| 010 | FEIN: 38-3921530 | | | |
| 010 | Legal Status: Limited Liability Company | | | |
| 010 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 010 | NAIC Code: 721110 | | | |
| 010 | No. of Employees: 2 | | | |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**
Page    2 of    5
Ed. 11/01/2004

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 011 | CRP Siesta Resort LLC DBA Abel's Tackle Box | | | |
| 011 | Telephone Number: (305) 577-8484 | | | |
| 011 | FEIN: 47-1078564 | | | |
| 011 | Legal Status: Limited Liability Company | | | |
| 011 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 011 | NAIC Code: 721110 | | | |
| 011 | No. of Employees: 2 | | | |
| | | | | |
| 012 | IB Lasiesta LLC | | | |
| 012 | Telephone Number: (305) 577-8484 | | | |
| 012 | FEIN: 32-0445406 | | | |
| 012 | Legal Status: Limited Liability Company | | | |
| 012 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 012 | NAIC Code: 721110 | | | |
| 012 | No. of Employees: 2 | | | |
| | | | | |
| 013 | IB PCI LLC | | | |
| 013 | Telephone Number: (305) 577-8484 | | | |
| 013 | FEIN: 35-2512444 | | | |
| 013 | Legal Status: Limited Liability Company | | | |
| 013 | 84001 Overseas Hwy | Islamorada | FL | 33036 |
| 013 | NAIC Code: 721110 | | | |
| 013 | No. of Employees: 2 | | | |
| | | | | |
| 014 | 7450 Ocean Terrace LLC | | | |
| 014 | Telephone Number: (305) 577-8484 | | | |
| 014 | FEIN: 30-0838499 | | | |
| 014 | Legal Status: Limited Liability Company | | | |
| 014 | 7450 Ocean Terrace | Miami Beach | FL | 33141 |
| 014 | NAIC Code: 721110 | | | |
| 014 | No. of Employees: 2 | | | |
| | | | | |
| 015 | TH Press LLC | | | |
| 015 | Telephone Number: (305) 577-8484 | | | |
| 015 | FEIN: 37-1765988 | | | |
| 015 | Legal Status: Limited Liability Company | | | |
| 015 | ME UIA: 0261707004 | | | |
| 015 | 119 Exchange St | Portland | ME | 04101 |
| | | | | |
| 016 | THNOLA, LLC & The Hotel Modern | | | |

Policy No.WCC-Z91-442777-085

**GPO 4162 R1**
Page   3 of   5
Ed. 11/01/2004

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 016 | Telephone Number: (305) 577-8484 | | | |
| 016 | FEIN: 38-3940132 | | | |
| 016 | Legal Status: Limited Liability Company | | | |
| 016 | 936 Saint Charles Ave | New Orleans | LA | 70130 |
| | | | | |
| 017 | The Langford LLC | | | |
| 017 | Telephone Number: (305) 577-8484 | | | |
| 017 | FEIN: 35-2516721 | | | |
| 017 | Legal Status: Limited Liability Company | | | |
| 017 | ME UIA: 0371765988 | | | |
| 017 | 121 SE 1St St | Miami | FL | 33131 |
| 017 | NAIC Code: 721110 | | | |
| 017 | No. of Employees: 2 | | | |
| | | | | |
| 018 | Trust Sombrero and DBA Sombrero Resort & Marina | | | |
| 018 | Telephone Number: (305) 577-8484 | | | |
| 018 | FEIN: 47-3575775 | | | |
| 018 | Legal Status: Corporation | | | |
| 018 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 018 | NAIC Code: 721110 | | | |
| 018 | No. of Employees: 2 | | | |
| | | | | |
| 019 | Republic Marathon LLC | | | |
| 019 | Telephone Number: (305) 577-8484 | | | |
| 019 | FEIN: 80-0967959 | | | |
| 019 | Legal Status: Limited Liability Company | | | |
| 019 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 019 | NAIC Code: 721110 | | | |
| 019 | No. of Employees: 2 | | | |
| | | | | |
| 020 | 514 West 168 Street LLC. | | | |
| 020 | FEIN: 45-4073879 | | | |
| 020 | Legal Status: Limited Liability Company | | | |
| 020 | 514 W 168th St | New York | NY | 10032 |
| | | | | |
| 021 | 7436 Ocean Terrace LLC dba Ocean Surf | | | |
| 021 | Telephone Number: (305) 577-8484 | | | |
| 021 | FEIN: 38-3955845 | | | |
| 021 | Legal Status: Limited Liability Company | | | |
| 021 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |

Policy No. WCC-Z91-442777-085

**NAMED INSURED LINK SCHEDULE**

Continued:

| Name<br>Link<br>Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 021 | NAIC Code:  721110 | | | |
| 021 | No. of Employees:  2 | | | |
| | | | | |
| 022 | Tecton Management Services Company LLC | | | |
| 022 | Telephone Number:  (305) 577-8484 | | | |
| 022 | FEIN:  59-2642751 | | | |
| 022 | Legal Status:  Limited Liability Company | | | |
| 022 | 640 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 514 W 168th St | New York | NY | 10032 |
| 022 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 119 Exchange St | Portland | ME | 04101 |
| 022 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 1410 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 80001 Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 121 SE 1St St | Miami | FL | 33131 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 350 OCEAN DR | MIAMI BEACH | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 443 Espanola Way | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085

TRUST HOSPITALITY LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

|  | Revised<br>Total Estimated Premium |  | Revised<br>Assessments and Surcharges |
|---|---|---|---|
| $ | 500,857 | $ | 9,136 |

|  | Net Premium Change |  | Net Change for<br>Assessments and Surcharges |
|---|---|---|---|
| $ | 26,096 | $ | 0 |

This is not an invoice.

End. Serial No.     003

Policy Number     WCC-Z91-442777-085

**DIV 1000**
Ed. 11/01/2001

**POLICY INFORMATION PAGE**

The following item(s)

☒ Insured's Name (WC 89 06 01)
☐ Policy Number (WC 89 06 02)
☐ Effective Date (WC 89 06 03)
☐ Expiration Date (WC 89 06 04)
☐ Insured's Mailing Address (WC 89 06 05)
☐ Experience Modification (WC 89 04 06)
☐ Producer's Name (WC 89 06 07)
☐ Change in Workplace of Insured (WC 89 06 08)
☐ Insured's Legal Status (WC 89 06 10)
☐ Item 3.A. States (WC 89 06 11)

☐ Item 3.B. Limits (WC 89 06 12)
☐ Item 3.C. States (WC 89 06 13)
☐ Item 3.D. Endorsement Numbers (WC 89 06 14)
☐ Item 4.* Class, Rate, Other (WC 89 04 15)
☐ Interim Adjustment of Premium (WC 89 04 16)
☐ Carrier Servicing Office (WC 89 06 17)
☐ Interstate/Intrastate Risk ID Number (WC 89 06 18)
☐ Carrier Number (WC 89 06 19)
☐ Issuing Agency/Producer Office Address (WC 89 06 25)

Is changed to read: Add

North Bay Inn, LLC  FEIN: 47-5314988

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☒ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium $500,857        Minimum Premium $1,000        Deposit Premium $500,857

All other terms and conditions of this policy remain unchanged.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085    Effective Date  01/05/2016    Premium $

Issued to    Trust Hospitality LLC

**WC 89 06 01**        © Copyright 2001 National Council on Compensation Insurance, Inc.        Page 1 of 1
Ed. 01/01/2002

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page

**Miscellaneous Form and Endorsement Schedule**

| Policy Notices and Applications | |
|---|---|
| **Form Number** | **Form Name** |

| Policy Schedules | |
|---|---|
| **Form Number** | **Form Name** |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 2923 | Item 4. Premium - Extension of Information Page |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements | | | |
|---|---|---|---|
| **Form Number** | **Form Name** | **End. Serial No.** | **Comments** |
| | | (Applies to all forms listed) | |
| | | 003 | |
| WC 89 06 01 | Policy Information Page - Insured's Name | | |

Policy No. WCC-Z91-442777-085

Page  1 of  1

GPO 4741
Ed.01/01/2001

WC 00 00 01 A

**State Premium Summary**

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Florida | 18,911,397 | 330,718 | 0 |
| Louisiana | 268,000 | 13,655 | 0 |
| Maine | 2,980,000 | 112,110 | 2,918 |
| New York | 1,000,000 | 44,374 | 6,218 |
| Totals | 23,159,397 | 500,857 | 9,136 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| **7450 Ocean Terrace LLC** | | | | |
| **Florida** | | | | |
| **Miami Beach: 7450 Ocean Terrace 33141** | | | | |
| Clerical Office Employees NOC | 8810 | 180,000 | .25 | 450 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 525,000 | 3.68 | 19,320 |
| Hotel: Restaurant Employees | 9058 | 250,000 | 2.47 | 6,175 |
| **Manual Premium** | | | | **$25,945** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 363 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (526) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,289) |
| Experience Modification(.80 FNL) | 9898 | d)  24,493 | | (4,899) |
| **Modified Premium** | | | | **$19,594** |
| **Standard Premium** | | | | **$19,594** |
| Premium Discount | 64 | | .0587 | (1,150) |
| Terrorism | 9740 | 955,000 | .02 | 191 |
| **Total Premium for 7450 Ocean Terrace LLC** | | | | **$18,635** |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Subject to**<br>**Longshore And Harbor Workers'**<br>**Compensation Act Endorsement**<br>Marina & Drivers Covered Under U.S. Act | 6826F | 55,000 | 6.02 | 3,311 |

Policy No. WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Manual Premium** | | | | **$3,311** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 46 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (67) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (165) |
| Experience Modification(.80 FNL) | 9898 | d)    3,125 | | (625) |
| **Modified Premium** | | | | **$2,500** |
| **Standard Premium** | | | | **$2,500** |
| Premium Discount | 64 | | .0587 | (147) |
| Terrorism | 9740 | 55,000 | .02 | 11 |
| **Total Premium for CRP 84457 Overseas LLC** | | | | **$2,364** |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | 110,000 | 5.29 | 5,819 |
| Clerical Office Employees NOC | 8810 | 900,000 | .25 | 2,250 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,750,000 | 3.68 | 64,400 |
| Hotel: Restaurant Employees | 9058 | 2,200,000 | 2.47 | 54,340 |
| **Manual Premium** | | | | **$126,809** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 1,775 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Employer Safety Premium Credit Program | 9765 | | .02 | (2,572) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (6,301) |
| Experience Modification(.80 FNL) | 9898 | d)      119,711 | | (23,942) |
| **Modified Premium** | | | | **$95,769** |
| **Standard Premium** | | | | **$95,769** |
| Premium Discount | 64 | | .0587 | (5,623) |
| Terrorism | 9740 | 4,960,000 | .02 | 992 |
| **Total Premium for CRP Holiday Isle LLC** | | | | **$91,138** |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash** **Miami Beach: 1120 Collins Ave 33134** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 475,000 | 3.68 | 17,480 |
| Hotel: Restaurant Employees | 9058 | 395,000 | 2.47 | 9,757 |
| Clerical Office Employees NOC | 8810 | 140,000 | .25 | 350 |
| **Manual Premium** | | | | **$27,587** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 386 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (559) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,371) |

GPO 2923                                                          WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | |
| Continued: | | | | |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash** **Miami Beach: 1120 Collins Ave 33134** | | | | |
| Experience Modification(.80 FNL) | 9898 | d)        26,043 | | (5,209) |
| **Modified Premium** | | | | **$20,834** |
| **Standard Premium** | | | | **$20,834** |
| Premium Discount | 64 | | .0587 | (1,223) |
| Terrorism | 9740 | 1,010,000 | .02 | 202 |
| **Total Premium for CRP Nash LLC** | | | | **$19,813** |
| **CRP Siesta Resort LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Terrorism | 9740 | | .02 | 0 |

Policy No.WCC-Z91-442777-085                                      Page No.   4

GPO 2923                                                          WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **IB Lasiesta LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | 105,000 | .25 | 263 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 495,000 | 3.68 | 18,216 |
| **Manual Premium** | | | | **$18,479** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 259 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (375) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (918) |
| Experience Modification(.80 FNL) | 9898 | d) 17,445 | | (3,489) |
| **Modified Premium** | | | | **$13,956** |
| **Standard Premium** | | | | **$13,956** |
| Premium Discount | 64 | | .0587 | (819) |
| Terrorism | 9740 | 600,000 | .02 | 120 |
| **Total Premium for IB Lasiesta LLC** | | | | **$13,257** |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Hotel: Restaurant Employees | 9058 | If Any | 2.47 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Experience Modification(.80 FNL) | 9898 d) | | | 0 |
| Terrorism | 9740 | | .02 | 0 |
| **North Bay Inn, LLC** | | | | |
| **Florida** | | | | |
| **North Bay Village: 1819 79th St Cswy 33134** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 427,397 | 3.68 | 15,728 |
| Hotel: Restaurant Employees | 9058 | 833,425 | 2.47 | 20,586 |
| Clerical Office Employees NOC | 8810 | 102,575 | .25 | 256 |
| **Manual Premium** | | | | **$36,570** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 512 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (742) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,817) |
| Experience Modification(.80 FNL) | 9898 d) | 34,523 | | (6,905) |
| **Modified Premium** | | | | **$27,618** |
| **Standard Premium** | | | | **$27,618** |
| Premium Discount | 64 | | .0587 | (1,622) |
| Terrorism | 9740 | 1,363,397 | .02 | 273 |
| **Total Premium for North Bay Inn, LLC** | | | | **$26,269** |

Policy No.WCC-Z91-442777-085                                        Page No.   6

GPO 2923                                                            WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |

Continued:

**Tecton Management Services Company LLC**

  **Florida**

  **Miami: 121 SE 1St St 33131**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 400,000 | .25 | 1,000 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 850,000 | 3.68 | 31,280 |
| Hotel: Restaurant Employees | 9058 | 1,000,000 | 2.47 | 24,700 |

  **Miami Beach: 1410 Ocean Dr 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 125,000 | .25 | 313 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 550,000 | 3.68 | 20,240 |

  **Marathon: 19 Sombrero Blvd 33050**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 120,000 | .25 | 300 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |
| Hotel: Restaurant Employees | 9058 | 100,000 | 2.47 | 2,470 |

  **Miami Beach: 443 Espanola Way 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 100,000 | .25 | 250 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |

  **Miami Beach: 640 Ocean Dr 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |

  **Miami: 7436 Ocean Terrace Rd 33131**

| | | | | |
|---|---|---|---|---|
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 488,000 | 3.68 | 17,958 |
| Clerical Office Employees NOC | 8810 | 105,000 | .25 | 263 |

  **Islamorada Resort**

Policy No.WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| **Continued:** | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida**<br>**Islamorada: 80001 Overseas Hwy 33036** | | | | |
| **Islamorada Resort** | | | | |
| Hotel: Restaurant Employees | 9058 | 1,100,000 | 2.47 | 27,170 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 935,000 | 3.68 | 34,408 |
| Clerical Office Employees NOC | 8810 | 315,000 | .25 | 788 |
| **Coral Gables: 806 S Douglas Dr 4th 33134** | | | | |
| Clerical Office Employees NOC | 8810 | 2,100,000 | .25 | 5,250 |
| **Subject to**<br>**Longshore And Harbor Workers'**<br>**Compensation Act Endorsement**<br>Clerical Office Employees NOC | 8810 | If Any | .55 | 0 |
| **Subject to**<br>**Voluntary Compensation Endorsement**<br>Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| **Islamorada: 84457 Old Overseas Hwy 33036** | | | | |
| Clerical Office Employees NOC | 8810 | 185,000 | .25 | 463 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 485,000 | 3.68 | 17,848 |
| Hotel: Restaurant Employees | 9058 | 110,000 | 2.47 | 2,717 |
| **Manual Premium** | | | | **$220,538** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 3,088 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (4,473) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (10,958) |

Policy No. WCC-Z91-442777-085

GPO 2923<br>Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida**<br>**Islamorada: 84457 Old Overseas Hwy**<br>**33036** | | | | |
| **Islamorada Resort** | | | | |
| Experience Modification(.80 FNL) | 9898 d) | 208,195 | | (41,639) |
| **Modified Premium** | | | | **$166,556** |
| **Standard Premium** | | | | **$166,556** |
| Premium Discount | 64 | | .0587 | (9,779) |
| Terrorism | 9740 | 9,968,000 | .02 | 1,994 |
| **Estimated Premium** | | | | **$158,771** |
| **New York** | | | | |
| **Edge Hotel**<br>**New York: 514 W 168th St 10032** | | | | |
| Hotel NOC -All Other Employees & Drivers | 9052 | 875,000 | 6.28 | 54,950 |
| Clerical Office Employees NOC | 8810 | 125,000 | .32 | 400 |
| **Manual Premium** | | | | **$55,350** |
| Experience Modification(.80 FNL) | 9898 d) | 55,350 | | (11,070) |
| **Modified Premium** | | | | **$44,280** |
| Schedule Rating | 9889 | | .05 | 2,214 |
| **Standard Premium** | | | | **$46,494** |
| Premium Discount | 0064 | | .0587 | (2,730) |
| Terrorism | 9740 | 1,000,000 | .050 | 500 |
| Terrorism(.029) | 9740 | 0 | | 0 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 1,000,000 | .011 | 110 |

Policy No. WCC-Z91-442777-085

Page No.  9

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | | Rate | |
|---|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | | |
| **Tecton Management Services Company LLC** | | | | | |
| **New York** | | | | | |
| **Edge Hotel**<br>**New York: 514 W 168th St 10032** | | | | | |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | | .007 | 0 |
| **Estimated Premium** | | | | | **$44,374** |
| New York State Assessment | 0932 | d) | 47,104 | .132 | 6,218 |
| NY WC Security Fund Surcharge | 9749 | d) | 44,374 | .00 | 0 |
| **Total Premium for Tecton Management Services Company LLC** | | | | | **$203,145** |
| **Total Surcharges and Assessments for Tecton Management Services Company LLC** | | | | | **$6,218** |
| **Tecton NY Management Services, LLC** | | | | | |
| **Florida** | | | | | |
| Experience Modification(.80 FNL) | 9898 | d) | | | 0 |
| Miscellaneous Endorsement Premium | | | | | 500 |
| **Standard Premium** | | | | | **$500** |
| Premium Discount | 64 | | | .0587 | (29) |
| Terrorism | 9740 | | | .02 | 0 |
| **Total Premium for Tecton NY Management Services, LLC** | | | | | **$471** |

Policy No.WCC-Z91-442777-085

Page No.  10

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **TH Press LLC** | | | | |
| **Maine** | | | | |
| **Portland: 119 Exchange St 04101** | | | | |
| Clerical Office Employees NOC | 8810 | 430,000 | .84 | 3,612 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,350,000 | 5.26 | 71,010 |
| Hotel: Restaurant Employees | 9058 | 1,200,000 | 4.68 | 56,160 |
| **Manual Premium** | | | | **$130,782** |
| Employers Liability Increased Limits Premium | 9812 | | .011 | 1,439 |
| Experience Modification(.80 FNL) | 9898 | d) 132,221 | | (26,444) |
| **Modified Premium** | | | | **$105,777** |
| Schedule Rating | 9889 | | .12 | 12,693 |
| **Standard Premium** | | | | **$118,470** |
| Premium Discount | 0064 | | .0587 | (6,956) |
| Terrorism | 9740 | 2,980,000 | .01 | 298 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 2,980,000 | .01 | 298 |
| **Total Premium for TH Press LLC** | | | | **$112,110** |
| Maine WC Board Administrative Fund Assessment | 0936 | d) 117,181 | .0249 | 2,918 |
| Maine Supplemental Benefits Fund Surcharge | 0937 | d) 118,470 | .00 | 0 |
| Maine WC Deficit Resolution/Recovery Surcharge | 0935 | d) 112,110 | .00 | 0 |

Policy No. WCC-Z91-442777-085

Page No.  11

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **THNOLA, LLC & The Hotel Modern** | | | | |
| **Louisiana** | | | | |
| **New Orleans: 936 Saint Charles Ave 70130** | | | | |
| Clerical Office Employees NOC | 8810 | 65,000 | .62 | 403 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 162,000 | 7.08 | 11,470 |
| Hotel: Restaurant Employees | 9058 | 41,000 | 5.02 | 2,058 |
| **Manual Premium** | | | | **$13,931** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 195 |
| Experience Modification(.80 FNL) | 9898 | d) 14,126 | | (2,825) |
| **Modified Premium** | | | | **$11,301** |
| Schedule Rating | 9889 | | .25 | 2,825 |
| **Standard Premium** | | | | **$14,126** |
| Premium Discount | 0064 | | .0587 | (829) |
| Expense Constant | 0900 | | | 250 |
| Terrorism | 9740 | 268,000 | .02 | 54 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 268,000 | .02 | 54 |
| **Total Premium for THNOLA, LLC & The Hotel Modern** | | | | **$13,655** |

Policy No. WCC-Z91-442777-085

Page No.  12

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

### NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Trust Hospitality LLC | | | |
| 001 | Telephone Number:  (305) 577-8484 | | | |
| 001 | FEIN:  32-0288144 | | | |
| 001 | Legal Status:  Limited Liability Company | | | |
| 001 |   806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 001 |     NAIC Code:  721110 | | | |
| 001 |     No. of Employees:  2 | | | |
| | | | | |
| 002 | IB Palm Beach, LLC | | | |
| 002 | Telephone Number:  (305) 577-8484 | | | |
| 002 | FEIN:  37-1705990 | | | |
| 002 | Legal Status:  Limited Liability Company | | | |
| 002 |   806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 002 |     NAIC Code:  721110 | | | |
| 002 |     No. of Employees:  2 | | | |
| | | | | |
| 003 | Tecton Miami Beach Management, LLC | | | |
| 003 | Telephone Number:  (305) 577-8484 | | | |
| 003 | FEIN:  20-4651822 | | | |
| 003 | Legal Status:  Limited Liability Company | | | |
| 003 |   806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 003 |     NAIC Code:  721110 | | | |
| 003 |     No. of Employees:  2 | | | |
| | | | | |
| 004 | IB Pelican Cove LLC | | | |
| 004 | FEIN:  80-0947659 | | | |
| 004 | Legal Status:  Limited Liability Company | | | |
| 004 |   84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 004 |     NAIC Code:  721110 | | | |
| 004 |     No. of Employees:  2 | | | |
| | | | | |
| 005 | CRP 84457 Overseas LLC | | | |
| 005 | FEIN:  46-3584980 | | | |
| 005 | Legal Status:  Limited Liability Company | | | |
| 005 |   84341 Overseas Hwy | Islamorada | FL | 33036 |
| 005 |     NAIC Code:  721110 | | | |
| 005 |     No. of Employees:  2 | | | |
| 005 |   84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 005 |     NAIC Code:  721110 | | | |
| 005 |     No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085

**NAMED INSURED LINK SCHEDULE**

Continued:

| **Name Link Code** | **Insured Name/Location** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| 006 | CRP Nash LLC | | | |
| 006 | Telephone Number: (305) 577-8484 | | | |
| 006 | FEIN: 36-4777489 | | | |
| 006 | Legal Status: Limited Liability Company | | | |
| 006 | 1120 Collins Ave | Miami Beach | FL | 33134 |
| 006 | NAIC Code: 721110 | | | |
| 006 | No. of Employees: 2 | | | |
| | | | | |
| 007 | CRP 80001 Overseas LLC | | | |
| 007 | Telephone Number: (305) 577-8484 | | | |
| 007 | FEIN: 46-3634874 | | | |
| 007 | Legal Status: Limited Liability Company | | | |
| 007 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 007 | NAIC Code: 721110 | | | |
| 007 | No. of Employees: 2 | | | |
| | | | | |
| 008 | IB Cavalier LLC | | | |
| 008 | Telephone Number: (305) 577-8484 | | | |
| 008 | FEIN: 90-0952244 | | | |
| 008 | Legal Status: Limited Liability Company | | | |
| 008 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 008 | NAIC Code: 721110 | | | |
| 008 | No. of Employees: 2 | | | |
| | | | | |
| 009 | IB Nash LLC | | | |
| 009 | Telephone Number: (305) 577-8484 | | | |
| 009 | FEIN: 35-2493677 | | | |
| 009 | Legal Status: Limited Liability Company | | | |
| 009 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 009 | NAIC Code: 721110 | | | |
| 009 | No. of Employees: 2 | | | |
| | | | | |
| 010 | IBHI LLC | | | |
| 010 | Telephone Number: (305) 577-8484 | | | |
| 010 | FEIN: 38-3921530 | | | |
| 010 | Legal Status: Limited Liability Company | | | |
| 010 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 010 | NAIC Code: 721110 | | | |
| 010 | No. of Employees: 2 | | | |

Policy No.WCC-Z91-442777-085

**NAMED INSURED LINK SCHEDULE**

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 011 | CRP Siesta Resort LLC DBA Abel's Tackle Box | | | |
| 011 | Telephone Number: (305) 577-8484 | | | |
| 011 | FEIN: 47-1078564 | | | |
| 011 | Legal Status: Limited Liability Company | | | |
| 011 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 011 | NAIC Code: 721110 | | | |
| 011 | No. of Employees: 2 | | | |
| | | | | |
| 012 | IB Lasiesta LLC | | | |
| 012 | Telephone Number: (305) 577-8484 | | | |
| 012 | FEIN: 32-0445406 | | | |
| 012 | Legal Status: Limited Liability Company | | | |
| 012 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 012 | NAIC Code: 721110 | | | |
| 012 | No. of Employees: 2 | | | |
| | | | | |
| 013 | IB PCI LLC | | | |
| 013 | Telephone Number: (305) 577-8484 | | | |
| 013 | FEIN: 35-2512444 | | | |
| 013 | Legal Status: Limited Liability Company | | | |
| 013 | 84001 Overseas Hwy | Islamorada | FL | 33036 |
| 013 | NAIC Code: 721110 | | | |
| 013 | No. of Employees: 2 | | | |
| | | | | |
| 014 | 7450 Ocean Terrace LLC | | | |
| 014 | Telephone Number: (305) 577-8484 | | | |
| 014 | FEIN: 30-0838499 | | | |
| 014 | Legal Status: Limited Liability Company | | | |
| 014 | 7450 Ocean Terrace | Miami Beach | FL | 33141 |
| 014 | NAIC Code: 721110 | | | |
| 014 | No. of Employees: 2 | | | |
| | | | | |
| 015 | TH Press LLC | | | |
| 015 | Telephone Number: (305) 577-8484 | | | |
| 015 | FEIN: 37-1765988 | | | |
| 015 | Legal Status: Limited Liability Company | | | |
| 015 | ME UIA: 0261707004 | | | |
| 015 | 119 Exchange St | Portland | ME | 04101 |
| | | | | |
| 016 | THNOLA, LLC & The Hotel Modern | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 016 | Telephone Number: (305) 577-8484 | | | |
| 016 | FEIN: 38-3940132 | | | |
| 016 | Legal Status: Limited Liability Company | | | |
| 016 | 936 Saint Charles Ave | New Orleans | LA | 70130 |
| | | | | |
| 017 | The Langford LLC | | | |
| 017 | Telephone Number: (305) 577-8484 | | | |
| 017 | FEIN: 35-2516721 | | | |
| 017 | Legal Status: Limited Liability Company | | | |
| 017 | ME UIA: 0371765988 | | | |
| 017 | 121 SE 1St St | Miami | FL | 33131 |
| 017 | NAIC Code: 721110 | | | |
| 017 | No. of Employees: 2 | | | |
| | | | | |
| 018 | Trust Sombrero and DBA Sombrero Resort & Marina | | | |
| 018 | Telephone Number: (305) 577-8484 | | | |
| 018 | FEIN: 47-3575775 | | | |
| 018 | Legal Status: Corporation | | | |
| 018 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 018 | NAIC Code: 721110 | | | |
| 018 | No. of Employees: 2 | | | |
| | | | | |
| 019 | Republic Marathon LLC | | | |
| 019 | Telephone Number: (305) 577-8484 | | | |
| 019 | FEIN: 80-0967959 | | | |
| 019 | Legal Status: Limited Liability Company | | | |
| 019 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 019 | NAIC Code: 721110 | | | |
| 019 | No. of Employees: 2 | | | |
| | | | | |
| 020 | 514 West 168 Street LLC. | | | |
| 020 | FEIN: 45-4073879 | | | |
| 020 | Legal Status: Limited Liability Company | | | |
| 020 | 514 W 168th St | New York | NY | 10032 |
| | | | | |
| 021 | 7436 Ocean Terrace LLC dba Ocean Surf | | | |
| 021 | Telephone Number: (305) 577-8484 | | | |
| 021 | FEIN: 38-3955845 | | | |
| 021 | Legal Status: Limited Liability Company | | | |
| 021 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**
Page   4 of   6
Ed. 11/01/2004

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 021 | NAIC Code:  721110 | | | |
| 021 | No. of Employees:  2 | | | |
| | | | | |
| 022 | Tecton Management Services Company LLC | | | |
| 022 | Telephone Number:  (305) 577-8484 | | | |
| 022 | FEIN:  59-2642751 | | | |
| 022 | Legal Status:  Limited Liability Company | | | |
| 022 | 640 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 514 W 168th St | New York | NY | 10032 |
| 022 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 119 Exchange St | Portland | ME | 04101 |
| 022 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 1410 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 80001 Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 121 SE 1St St | Miami | FL | 33131 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 350 OCEAN DR | MIAMI BEACH | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 443 Espanola Way | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| | | | | |
| 023 | North Bay Inn, LLC | | | |
| 023 | FEIN:  47-5314988 | | | |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**

NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 023 | Legal Status:  Limited Liability Company | | | |
| 023 | 1819 79th St Cswy | North Bay Village | FL | 33134 |
| 023 | NAIC Code:  721110 | | | |
| 023 | No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**
Page   6 of   6
Ed. 11/01/2004

TRUST HOSPITALITY LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

|  | Revised<br>Total Estimated Premium |  | Revised<br>Assessments and Surcharges |
|---|---|---|---|
| $ | 426,625 | $ | 9,136 |

|  | Net Premium Change |  | Net Change for<br>Assessments and Surcharges |
|---|---|---|---|
| $ | (74,232) | $ | 0 |

This is not an invoice.

End. Serial No.     004

Policy Number     WCC-Z91-442777-085

**DIV 1000**
Ed. 11/01/2001

**POLICY INFORMATION PAGE**

The following item(s)

| | |
|---|---|
| ☐ Insured's Name (WC 89 06 01) | ☐ Item 3.B. Limits (WC 89 06 12) |
| ☐ Policy Number (WC 89 06 02) | ☐ Item 3.C. States (WC 89 06 13) |
| ☐ Effective Date (WC 89 06 03) | ☐ Item 3.D. Endorsement Numbers (WC 89 06 14) |
| ☐ Expiration Date (WC 89 06 04) | ☐ Item 4.* Class, Rate, Other (WC 89 04 15) |
| ☐ Insured's Mailing Address (WC 89 06 05) | ☐ Interim Adjustment of Premium (WC 89 04 16) |
| ☐ Experience Modification (WC 89 04 06) | ☐ Carrier Servicing Office (WC 89 06 17) |
| ☐ Producer's Name (WC 89 06 07) | ☐ Interstate/Intrastate Risk ID Number (WC 89 06 18) |
| ☒ Change in Workplace of Insured (WC 89 06 08) | ☐ Carrier Number (WC 89 06 19) |
| ☐ Insured's Legal Status (WC 89 06 10) | ☐ Issuing Agency/Producer Office Address (WC 89 06 25) |
| ☐ Item 3.A. States (WC 89 06 11) | |

Is changed to read:

Delete

Tecton Management Services Company LLC
84457 Old Overseas Hwy, Islamorada, FL 33036
80001 Overseas Hwy, Islamorada, FL 33036

CRP Holiday Isle LLC
84001 Overseas Hwy, Islamorada, FL 33036

CRP Siesta Resort LLC DBA Abel's Tackle Box
80241 Overseas Hwy, Islamorada, FL 33036

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☒ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $426,625          Minimum Premium  $1,000          Deposit Premium $426,625

All other terms and conditions of this policy remain unchanged.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date   02/15/2016      Premium $

Issued to    Trust Hospitality LLC

**WC 89 06 08**          © Copyright 2001 National Council on Compensation Insurance, Inc.          Page  1 of  1
Ed. 01/01/2002

**POLICY INFORMATION PAGE**

The following item(s)

☐ Insured's Name (WC 89 06 01)
☐ Policy Number (WC 89 06 02)
☐ Effective Date (WC 89 06 03)
☐ Expiration Date (WC 89 06 04)
☐ Insured's Mailing Address (WC 89 06 05)
☐ Experience Modification (WC 89 04 06)
☐ Producer's Name (WC 89 06 07)
☒ Change in Workplace of Insured (WC 89 06 08)
☐ Insured's Legal Status (WC 89 06 10)
☐ Item 3.A. States (WC 89 06 11)

☐ Item 3.B. Limits (WC 89 06 12)
☐ Item 3.C. States (WC 89 06 13)
☐ Item 3.D. Endorsement Numbers (WC 89 06 14)
☐ Item 4.* Class, Rate, Other (WC 89 04 15)
☐ Interim Adjustment of Premium (WC 89 04 16)
☐ Carrier Servicing Office (WC 89 06 17)
☐ Interstate/Intrastate Risk ID Number (WC 89 06 18)
☐ Carrier Number (WC 89 06 19)
☐ Issuing Agency/Producer Office Address (WC 89 06 25)

Is changed to read:

Delete

IB Lasiesta LLC
80241 Overseas Hwy, Islamorada, FL 33036

IB PCI LLC
84001 Overseas Hwy, Islamorada, FL 33036

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☒ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $426,625          Minimum Premium  $1,000          Deposit Premium  $426,625

All other terms and conditions of this policy remain unchanged.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date  02/15/2016      Premium $

Issued to    Trust Hospitality LLC

**WC 89 06 08**            © Copyright 2001 National Council on Compensation Insurance, Inc.            Page 1 of 1
Ed. 01/01/2002

**POLICY INFORMATION PAGE**

The following item(s)

| | |
|---|---|
| ☐ Insured's Name (WC 89 06 01) | ☐ Item 3.B. Limits (WC 89 06 12) |
| ☐ Policy Number (WC 89 06 02) | ☐ Item 3.C. States (WC 89 06 13) |
| ☐ Effective Date (WC 89 06 03) | ☐ Item 3.D. Endorsement Numbers (WC 89 06 14) |
| ☐ Expiration Date (WC 89 06 04) | ☐ Item 4.* Class, Rate, Other (WC 89 04 15) |
| ☐ Insured's Mailing Address (WC 89 06 05) | ☐ Interim Adjustment of Premium (WC 89 04 16) |
| ☐ Experience Modification (WC 89 04 06) | ☐ Carrier Servicing Office (WC 89 06 17) |
| ☐ Producer's Name (WC 89 06 07) | ☐ Interstate/Intrastate Risk ID Number (WC 89 06 18) |
| ☒ Change in Workplace of Insured (WC 89 06 08) | ☐ Carrier Number (WC 89 06 19) |
| ☐ Insured's Legal Status (WC 89 06 10) | ☐ Issuing Agency/Producer Office Address (WC 89 06 25) |
| ☐ Item 3.A. States (WC 89 06 11) | |

Is changed to read:

Add

CRP Siesta Resort LLC DBA Abel's Tackle Box
IB Lasiesta LLC
IB PCI LLC
806 Douglas Rd 4th Floor, Coral Gables, FL 33134

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☒ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $426,625        Minimum Premium  $1,000        Deposit Premium  $426,625

All other terms and conditions of this policy remain unchanged.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date   02/15/2016      Premium $

Issued to    Trust Hospitality LLC

**WC 89 06 08**            © Copyright 2001 National Council on Compensation Insurance, Inc.            Page 1 of 1
Ed. 01/01/2002

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page

## Miscellaneous Form and Endorsement Schedule

| Policy Notices and Applications |
|---|

**Form Number**          **Form Name**

| Policy Schedules |
|---|

| **Form Number** | **Form Name** |
|---|---|
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 2923 | Item 4. Premium - Extension of Information Page |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements |
|---|

| **Form Number** | **Form Name** | **End. Serial No.** | **Comments** |
|---|---|---|---|
| | | (Applies to all forms listed) | |
| | | 004 | |
| WC 89 06 08 | Policy Information Page - Change In Workplace of Insured | | |
| WC 89 06 08 | Policy Information Page - Change In Workplace of Insured | | |
| WC 89 06 08 | Policy Information Page - Change In Workplace of Insured | | |

**State Premium Summary**

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|-------|-----------------:|--------------:|-----------------------:|
| Florida | 14,959,235 | 256,288 | 0 |
| Louisiana | 268,000 | 13,670 | 0 |
| Maine | 2,980,000 | 112,241 | 2,918 |
| New York | 1,000,000 | 44,426 | 6,218 |
| Totals | 19,207,235 | 426,625 | 9,136 |

Policy No.WCC-Z91-442777-085                                    Page No.   1
PA 505
Ed. 11/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| **7450 Ocean Terrace LLC** | | | | |
| **Florida** | | | | |
| **Miami Beach: 7450 Ocean Terrace 33141** | | | | |
| Clerical Office Employees NOC | 8810 | 180,000 | .25 | 450 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 525,000 | 3.68 | 19,320 |
| Hotel: Restaurant Employees | 9058 | 250,000 | 2.47 | 6,175 |
| **Manual Premium** | | | | **$25,945** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 363 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (526) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,289) |
| Experience Modification(.80 FNL) | 9898 | d)  24,493 | | (4,899) |
| **Modified Premium** | | | | **$19,594** |
| **Standard Premium** | | | | **$19,594** |
| Premium Discount | 64 | | .0576 | (1,129) |
| Terrorism | 9740 | 955,000 | .02 | 191 |
| **Total Premium for 7450 Ocean Terrace LLC** | | | | **$18,656** |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Subject to**<br>**Longshore And Harbor Workers'**<br>**Compensation Act Endorsement**<br>Marina & Drivers Covered Under U.S. Act | 6826F | 55,000 | 6.02 | 3,311 |

Policy No. WCC-Z91-442777-085                                    Page No.   1

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Manual Premium** | | | | **$3,311** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 46 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (67) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (165) |
| Experience Modification(.80 FNL) | 9898 | d)          3,125 | | (625) |
| **Modified Premium** | | | | **$2,500** |
| **Standard Premium** | | | | **$2,500** |
| Premium Discount | 64 | | .0576 | (144) |
| Terrorism | 9740 | 55,000 | .02 | 11 |
| **Total Premium for CRP 84457 Overseas LLC** | | | | **$2,367** |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | 59,973 | 5.29 | 3,173 |
| Clerical Office Employees NOC | 8810 | 490,685 | .25 | 1,227 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 954,110 | 3.68 | 35,111 |
| Hotel: Restaurant Employees | 9058 | 1,199,452 | 2.47 | 29,626 |
| **Manual Premium** | | | | **$69,137** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 968 |

Policy No.WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **CRP Holiday Isle LLC** | | | | |
|   **Florida** | | | | |
|   **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Employer Safety Premium Credit Program | 9765 | | .02 | (1,402) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (3,435) |
| Experience Modification(.80 FNL) | 9898 | d) 65,268 | | (13,054) |
|      **Modified Premium** | | | | **$52,214** |
|      **Standard Premium** | | | | **$52,214** |
| Premium Discount | 64 | | .0576 | (3,008) |
| Terrorism | 9740 | 2,704,220 | .02 | 541 |
|  **Total Premium for CRP Holiday Isle LLC** | | | | **$49,747** |
| **CRP Nash LLC** | | | | |
|   **Florida** | | | | |
|   **Hotel Nash**<br>  **Miami Beach: 1120 Collins Ave 33134** | | | | |
|   Hotel: All Other Employees & Salespersons, Drivers | 9052 | 475,000 | 3.68 | 17,480 |
|   Hotel: Restaurant Employees | 9058 | 395,000 | 2.47 | 9,757 |
|   Clerical Office Employees NOC | 8810 | 140,000 | .25 | 350 |
|      **Manual Premium** | | | | **$27,587** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 386 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (559) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,371) |

Policy No. WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash**<br>**Miami Beach: 1120 Collins Ave 33134** | | | | |
| Experience Modification(.80 FNL) | 9898 | d)        26,043 | | (5,209) |
| **Modified Premium** | | | | **$20,834** |
| **Standard Premium** | | | | **$20,834** |
| Premium Discount | 64 | | .0576 | (1,200) |
| Terrorism | 9740 | 1,010,000 | .02 | 202 |
| **Total Premium for CRP Nash LLC** | | | | **$19,836** |
| **CRP Siesta Resort LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees &<br>Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Terrorism | 9740 | | .02 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | |
| Continued: | | | | |
| **IB Lasiesta LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | 57,247 | .25 | 143 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 269,877 | 3.68 | 9,931 |
| **Manual Premium** | | | | **$10,074** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 141 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (204) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (501) |
| Experience Modification(.80 FNL) | 9898 | d) 9,510 | | (1,902) |
| **Modified Premium** | | | | **$7,608** |
| **Standard Premium** | | | | **$7,608** |
| Premium Discount | 64 | | .0576 | (438) |
| Terrorism | 9740 | 327,124 | .02 | 65 |
| **Total Premium for IB Lasiesta LLC** | | | | **$7,235** |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Hotel: Restaurant Employees | 9058 | If Any | 2.47 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Experience Modification(.80 FNL) | 9898 d) | | | 0 |
| Terrorism | 9740 | | .02 | 0 |
| **North Bay Inn, LLC** | | | | |
| **Florida** | | | | |
| **North Bay Village: 1819 79th St Cswy 33134** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 427,397 | 3.68 | 15,728 |
| Hotel: Restaurant Employees | 9058 | 833,425 | 2.47 | 20,586 |
| Clerical Office Employees NOC | 8810 | 102,575 | .25 | 256 |
| **Manual Premium** | | | | **$36,570** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 512 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (742) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,817) |
| Experience Modification(.80 FNL) | 9898 d) | 34,523 | | (6,905) |
| **Modified Premium** | | | | **$27,618** |
| **Standard Premium** | | | | **$27,618** |
| Premium Discount | 64 | | .0576 | (1,591) |
| Terrorism | 9740 | 1,363,397 | .02 | 273 |
| **Total Premium for North Bay Inn, LLC** | | | | **$26,300** |

Policy No.WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |

Continued:

**Tecton Management Services Company LLC**

  **Florida**

  **Miami: 121 SE 1St St 33131**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 400,000 | .25 | 1,000 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 850,000 | 3.68 | 31,280 |
| Hotel: Restaurant Employees | 9058 | 1,000,000 | 2.47 | 24,700 |

  **Miami Beach: 1410 Ocean Dr 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 125,000 | .25 | 313 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 550,000 | 3.68 | 20,240 |

  **Marathon: 19 Sombrero Blvd 33050**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 120,000 | .25 | 300 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |
| Hotel: Restaurant Employees | 9058 | 100,000 | 2.47 | 2,470 |

  **Miami Beach: 443 Espanola Way 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 100,000 | .25 | 250 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |

  **Miami Beach: 640 Ocean Dr 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |

  **Miami: 7436 Ocean Terrace Rd 33131**

| | | | | |
|---|---|---|---|---|
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 488,000 | 3.68 | 17,958 |
| Clerical Office Employees NOC | 8810 | 105,000 | .25 | 263 |

  **Islamorada Resort**

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida** **Islamorada: 80001 Overseas Hwy 33036** | | | | |
| **Islamorada Resort** | | | | |
| Hotel: Restaurant Employees | 9058 | 599,726 | 2.47 | 14,813 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 509,767 | 3.68 | 18,759 |
| Clerical Office Employees NOC | 8810 | 171,740 | .25 | 429 |
| **Coral Gables: 806 S Douglas Dr 4th 33134** | | | | |
| Clerical Office Employees NOC | 8810 | 2,100,000 | .25 | 5,250 |
| **Subject to** **Longshore And Harbor Workers' Compensation Act Endorsement** Clerical Office Employees NOC | 8810 | If Any | .55 | 0 |
| **Subject to** **Voluntary Compensation Endorsement** Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| **Islamorada: 84457 Old Overseas Hwy 33036** | | | | |
| Clerical Office Employees NOC | 8810 | 100,863 | .25 | 252 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 264,425 | 3.68 | 9,731 |
| Hotel: Restaurant Employees | 9058 | 59,973 | 2.47 | 1,481 |
| **Manual Premium** | | | | **$182,609** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 2,557 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (3,703) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (9,073) |

Policy No. WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida** Islamorada: 84457 Old Overseas Hwy 33036 | | | | |
| **Islamorada Resort** | | | | |
| Experience Modification(.80 FNL) | 9898 | d)      172,390 | | (34,478) |
| **Modified Premium** | | | | **$137,912** |
| **Standard Premium** | | | | **$137,912** |
| Premium Discount | 64 | | .0576 | (7,945) |
| Terrorism | 9740 | 8,544,494 | .02 | 1,709 |
| **Estimated Premium** | | | | **$131,676** |
| **New York** | | | | |
| **Edge Hotel** New York: 514 W 168th St 10032 | | | | |
| Hotel NOC -All Other Employees & Drivers | 9052 | 875,000 | 6.28 | 54,950 |
| Clerical Office Employees NOC | 8810 | 125,000 | .32 | 400 |
| **Manual Premium** | | | | **$55,350** |
| Experience Modification(.80 FNL) | 9898 | d)       55,350 | | (11,070) |
| **Modified Premium** | | | | **$44,280** |
| Schedule Rating | 9889 | | .05 | 2,214 |
| **Standard Premium** | | | | **$46,494** |
| Premium Discount | 0064 | | .0576 | (2,678) |
| Terrorism | 9740 | 1,000,000 | .050 | 500 |
| Terrorism(.029) | 9740 | 0 | | 0 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 1,000,000 | .011 | 110 |

Policy No.WCC-Z91-442777-085                                                        Page No.   9

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **New York** | | | | |
| **Edge Hotel**<br>**New York: 514 W 168th St 10032** | | | | |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | .007 | 0 |
| **Estimated Premium** | | | | **$44,426** |
| New York State Assessment | 0932 | d)        47,104 | .132 | 6,218 |
| NY WC Security Fund Surcharge | 9749 | d)        44,426 | .00 | 0 |
| **Total Premium for Tecton Management Services Company LLC** | | | | **$176,102** |
| **Total Surcharges and Assessments for Tecton Management Services Company LLC** | | | | **$6,218** |
| **Tecton NY Management Services, LLC** | | | | |
| **Florida** | | | | |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Miscellaneous Endorsement Premium | | | | 500 |
| **Standard Premium** | | | | **$500** |
| Premium Discount | 64 | | .0576 | (29) |
| Terrorism | 9740 | | .02 | 0 |
| **Total Premium for Tecton NY Management Services, LLC** | | | | **$471** |

GPO 2923                                                        WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **TH Press LLC** | | | | |
| **Maine** | | | | |
| **Portland: 119 Exchange St 04101** | | | | |
| Clerical Office Employees NOC | 8810 | 430,000 | .84 | 3,612 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,350,000 | 5.26 | 71,010 |
| Hotel: Restaurant Employees | 9058 | 1,200,000 | 4.68 | 56,160 |
| **Manual Premium** | | | | **$130,782** |
| Employers Liability Increased Limits Premium | 9812 | | .011 | 1,439 |
| Experience Modification(.80 FNL) | 9898 d) | 132,221 | | (26,444) |
| **Modified Premium** | | | | **$105,777** |
| Schedule Rating | 9889 | | .12 | 12,693 |
| **Standard Premium** | | | | **$118,470** |
| Premium Discount | 0064 | | .0576 | (6,825) |
| Terrorism | 9740 | 2,980,000 | .01 | 298 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 2,980,000 | .01 | 298 |
| **Total Premium for TH Press LLC** | | | | **$112,241** |
| Maine WC Board Administrative Fund Assessment | 0936 d) | 117,181 | .0249 | 2,918 |
| Maine Supplemental Benefits Fund Surcharge | 0937 d) | 118,470 | .00 | 0 |
| Maine WC Deficit Resolution/Recovery Surcharge | 0935 d) | 112,241 | .00 | 0 |

Policy No. WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | |
| Continued: | | | | |
| **THNOLA, LLC & The Hotel Modern** | | | | |
| **Louisiana** | | | | |
| **New Orleans: 936 Saint Charles Ave 70130** | | | | |
| Clerical Office Employees NOC | 8810 | 65,000 | .62 | 403 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 162,000 | 7.08 | 11,470 |
| Hotel: Restaurant Employees | 9058 | 41,000 | 5.02 | 2,058 |
| **Manual Premium** | | | | **$13,931** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 195 |
| Experience Modification(.80 FNL) | 9898 | d) 14,126 | | (2,825) |
| **Modified Premium** | | | | **$11,301** |
| Schedule Rating | 9889 | | .25 | 2,825 |
| **Standard Premium** | | | | **$14,126** |
| Premium Discount | 0064 | | .0576 | (814) |
| Expense Constant | 0900 | | | 250 |
| Terrorism | 9740 | 268,000 | .02 | 54 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 268,000 | .02 | 54 |
| **Total Premium for THNOLA, LLC & The Hotel Modern** | | | | **$13,670** |

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

## NAMED INSURED LINK SCHEDULE

| Name<br>Link<br>Code | Insured Name/Location | City | State | Zip |
|------|------------------------|------|-------|-----|
| 001 | Trust Hospitality LLC | | | |
| 001 | Telephone Number: (305) 577-8484 | | | |
| 001 | FEIN: 32-0288144 | | | |
| 001 | Legal Status: Limited Liability Company | | | |
| 001 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| 001 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 001 | NAIC Code: 721110 | | | |
| 001 | No. of Employees: 2 | | | |
| | | | | |
| 002 | IB Palm Beach, LLC | | | |
| 002 | Telephone Number: (305) 577-8484 | | | |
| 002 | FEIN: 37-1705990 | | | |
| 002 | Legal Status: Limited Liability Company | | | |
| 002 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 002 | NAIC Code: 721110 | | | |
| 002 | No. of Employees: 2 | | | |
| | | | | |
| 003 | Tecton Miami Beach Management, LLC | | | |
| 003 | Telephone Number: (305) 577-8484 | | | |
| 003 | FEIN: 20-4651822 | | | |
| 003 | Legal Status: Limited Liability Company | | | |
| 003 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 003 | NAIC Code: 721110 | | | |
| 003 | No. of Employees: 2 | | | |
| | | | | |
| 004 | IB Pelican Cove LLC | | | |
| 004 | FEIN: 80-0947659 | | | |
| 004 | Legal Status: Limited Liability Company | | | |
| 004 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 004 | NAIC Code: 721110 | | | |
| 004 | No. of Employees: 2 | | | |
| | | | | |
| 005 | CRP 84457 Overseas LLC | | | |
| 005 | FEIN: 46-3584980 | | | |
| 005 | Legal Status: Limited Liability Company | | | |
| 005 | 84341 Overseas Hwy | Islamorada | FL | 33036 |
| 005 | NAIC Code: 721110 | | | |
| 005 | No. of Employees: 2 | | | |
| 005 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**
Page   1 of   6
Ed. 11/01/2004

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 005 | NAIC Code:  721110 | | | |
| 005 | No. of Employees:  2 | | | |
| | | | | |
| 006 | CRP Nash LLC | | | |
| 006 | Telephone Number:  (305) 577-8484 | | | |
| 006 | FEIN:  36-4777489 | | | |
| 006 | Legal Status:  Limited Liability Company | | | |
| 006 | 1120 Collins Ave | Miami Beach | FL | 33134 |
| 006 | NAIC Code:  721110 | | | |
| 006 | No. of Employees:  2 | | | |
| | | | | |
| 007 | CRP 80001 Overseas LLC | | | |
| 007 | Telephone Number:  (305) 577-8484 | | | |
| 007 | FEIN:  46-3634874 | | | |
| 007 | Legal Status:  Limited Liability Company | | | |
| 007 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 007 | NAIC Code:  721110 | | | |
| 007 | No. of Employees:  2 | | | |
| | | | | |
| 008 | IB Cavalier LLC | | | |
| 008 | Telephone Number:  (305) 577-8484 | | | |
| 008 | FEIN:  90-0952244 | | | |
| 008 | Legal Status:  Limited Liability Company | | | |
| 008 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 008 | NAIC Code:  721110 | | | |
| 008 | No. of Employees:  2 | | | |
| | | | | |
| 009 | IB Nash LLC | | | |
| 009 | Telephone Number:  (305) 577-8484 | | | |
| 009 | FEIN:  35-2493677 | | | |
| 009 | Legal Status:  Limited Liability Company | | | |
| 009 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 009 | NAIC Code:  721110 | | | |
| 009 | No. of Employees:  2 | | | |
| | | | | |
| 010 | IBHI LLC | | | |
| 010 | Telephone Number:  (305) 577-8484 | | | |
| 010 | FEIN:  38-3921530 | | | |
| 010 | Legal Status:  Limited Liability Company | | | |
| 010 | 1320 Ocean Dr | Miami Beach | FL | 33139 |

Policy No. WCC-Z91-442777-085

**NAMED INSURED LINK SCHEDULE**

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 010 | NAIC Code: 721110 | | | |
| 010 | No. of Employees: 2 | | | |
| | | | | |
| 011 | CRP Siesta Resort LLC DBA Abel's Tackle Box | | | |
| 011 | Telephone Number: (305) 577-8484 | | | |
| 011 | FEIN: 47-1078564 | | | |
| 011 | Legal Status: Limited Liability Company | | | |
| 011 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 011 | NAIC Code: 721110 | | | |
| 011 | No. of Employees: 2 | | | |
| 011 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 011 | NAIC Code: 721110 | | | |
| 011 | No. of Employees: 2 | | | |
| | | | | |
| 012 | IB Lasiesta LLC | | | |
| 012 | Telephone Number: (305) 577-8484 | | | |
| 012 | FEIN: 32-0445406 | | | |
| 012 | Legal Status: Limited Liability Company | | | |
| 012 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 012 | NAIC Code: 721110 | | | |
| 012 | No. of Employees: 2 | | | |
| 012 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 012 | NAIC Code: 721110 | | | |
| 012 | No. of Employees: 2 | | | |
| | | | | |
| 013 | IB PCI LLC | | | |
| 013 | Telephone Number: (305) 577-8484 | | | |
| 013 | FEIN: 35-2512444 | | | |
| 013 | Legal Status: Limited Liability Company | | | |
| 013 | 84001 Overseas Hwy | Islamorada | FL | 33036 |
| 013 | NAIC Code: 721110 | | | |
| 013 | No. of Employees: 2 | | | |
| 013 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 013 | NAIC Code: 721110 | | | |
| 013 | No. of Employees: 2 | | | |
| | | | | |
| 014 | 7450 Ocean Terrace LLC | | | |
| 014 | Telephone Number: (305) 577-8484 | | | |
| 014 | FEIN: 30-0838499 | | | |
| 014 | Legal Status: Limited Liability Company | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 014 | 7450 Ocean Terrace | Miami Beach | FL | 33141 |
| 014 | NAIC Code:  721110 | | | |
| 014 | No. of Employees:  2 | | | |
| | | | | |
| 015 | TH Press LLC | | | |
| 015 | Telephone Number:  (305) 577-8484 | | | |
| 015 | FEIN:  37-1765988 | | | |
| 015 | Legal Status:  Limited Liability Company | | | |
| 015 | ME UIA: 0261707004 | | | |
| 015 | 119 Exchange St | Portland | ME | 04101 |
| | | | | |
| 016 | THNOLA, LLC & The Hotel Modern | | | |
| 016 | Telephone Number:  (305) 577-8484 | | | |
| 016 | FEIN:  38-3940132 | | | |
| 016 | Legal Status:  Limited Liability Company | | | |
| 016 | 936 Saint Charles Ave | New Orleans | LA | 70130 |
| | | | | |
| 017 | The Langford LLC | | | |
| 017 | Telephone Number:  (305) 577-8484 | | | |
| 017 | FEIN:  35-2516721 | | | |
| 017 | Legal Status:  Limited Liability Company | | | |
| 017 | ME UIA: 0371765988 | | | |
| 017 | 121 SE 1St St | Miami | FL | 33131 |
| 017 | NAIC Code:  721110 | | | |
| 017 | No. of Employees:  2 | | | |
| | | | | |
| 018 | Trust Sombrero and DBA Sombrero Resort & Marina | | | |
| 018 | Telephone Number:  (305) 577-8484 | | | |
| 018 | FEIN:  47-3575775 | | | |
| 018 | Legal Status:  Corporation | | | |
| 018 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 018 | NAIC Code:  721110 | | | |
| 018 | No. of Employees:  2 | | | |
| | | | | |
| 019 | Republic Marathon LLC | | | |
| 019 | Telephone Number:  (305) 577-8484 | | | |
| 019 | FEIN:  80-0967959 | | | |
| 019 | Legal Status:  Limited Liability Company | | | |
| 019 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 019 | NAIC Code:  721110 | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 019 | No. of Employees: 2 | | | |
| | | | | |
| 020 | 514 West 168 Street LLC. | | | |
| 020 | FEIN: 45-4073879 | | | |
| 020 | Legal Status: Limited Liability Company | | | |
| 020 | 514 W 168th St | New York | NY | 10032 |
| | | | | |
| 021 | 7436 Ocean Terrace LLC dba Ocean Surf | | | |
| 021 | Telephone Number: (305) 577-8484 | | | |
| 021 | FEIN: 38-3955845 | | | |
| 021 | Legal Status: Limited Liability Company | | | |
| 021 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 021 | NAIC Code: 721110 | | | |
| 021 | No. of Employees: 2 | | | |
| | | | | |
| 022 | Tecton Management Services Company LLC | | | |
| 022 | Telephone Number: (305) 577-8484 | | | |
| 022 | FEIN: 59-2642751 | | | |
| 022 | Legal Status: Limited Liability Company | | | |
| 022 | 640 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 514 W 168th St | New York | NY | 10032 |
| 022 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 119 Exchange St | Portland | ME | 04101 |
| 022 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 1410 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 80001 Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |
| 022 | 121 SE 1St St | Miami | FL | 33131 |
| 022 | NAIC Code: 721110 | | | |
| 022 | No. of Employees: 2 | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 022 | 350 OCEAN DR | MIAMI BEACH | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 443 Espanola Way | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 023 | North Bay Inn, LLC | | | |
| 023 | FEIN:  47-5314988 | | | |
| 023 | Legal Status:  Limited Liability Company | | | |
| 023 | 1819 79th St Cswy | North Bay Village | FL | 33134 |
| 023 | NAIC Code:  721110 | | | |
| 023 | No. of Employees:  2 | | | |

Policy No.WCC-Z91-442777-085

TRUST HOSPITALITY LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

|  | Revised<br>Total Estimated Premium |  | Revised<br>Assessments and Surcharges |
|---|---|---|---|
| $ | 423,927 | $ | 9,136 |

|  | Net Premium Change |  | Net Change for<br>Assessments and Surcharges |
|---|---|---|---|
| $ | (2,698) | $ | 0 |

This is not an invoice.

End. Serial No.   005

Policy Number   WCC-Z91-442777-085

**DIV 1000**
Ed. 11/01/2001

**POLICY INFORMATION PAGE**

The following item(s)

| | |
|---|---|
| ☒ Insured's Name (WC 89 06 01) | ☐ Item 3.B. Limits (WC 89 06 12) |
| ☐ Policy Number (WC 89 06 02) | ☐ Item 3.C. States (WC 89 06 13) |
| ☐ Effective Date (WC 89 06 03) | ☐ Item 3.D. Endorsement Numbers (WC 89 06 14) |
| ☐ Expiration Date (WC 89 06 04) | ☐ Item 4.* Class, Rate, Other (WC 89 04 15) |
| ☐ Insured's Mailing Address (WC 89 06 05) | ☐ Interim Adjustment of Premium (WC 89 04 16) |
| ☐ Experience Modification (WC 89 04 06) | ☐ Carrier Servicing Office (WC 89 06 17) |
| ☐ Producer's Name (WC 89 06 07) | ☐ Interstate/Intrastate Risk ID Number (WC 89 06 18) |
| ☐ Change in Workplace of Insured (WC 89 06 08) | ☐ Carrier Number (WC 89 06 19) |
| ☐ Insured's Legal Status (WC 89 06 10) | ☐ Issuing Agency/Producer Office Address (WC 89 06 25) |
| ☐ Item 3.A. States (WC 89 06 11) | |

Is changed to read: Delete

CRP Nash, LLC  FEIN: 36-4777489
IB Nash, LLC  FEIN: 35-2493677

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☒ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $423,927          Minimum Premium  $1,000          Deposit Premium $423,927

All other terms and conditions of this policy remain unchanged.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085      Effective Date   06/10/2016      Premium $

Issued to     Trust Hospitality LLC

**WC 89 06 01**          © Copyright 2001 National Council on Compensation Insurance, Inc.          Page  1 of  1
Ed. 01/01/2002

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page

**Miscellaneous Form and Endorsement Schedule**

| Policy Notices and Applications | |
|---|---|
| **Form Number** | **Form Name** |

| Policy Schedules | |
|---|---|
| **Form Number** | **Form Name** |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 2923 | Item 4. Premium - Extension of Information Page |

| Policy Endorsements | | | |
|---|---|---|---|
| **Form Number** | **Form Name** | **End. Serial No.** | **Comments** |
| | | (Applies to all forms listed) | |
| | | 005 | |
| WC 89 06 01 | Policy Information Page – Insured's Name | | |

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Florida | 14,820,879 | 253,581 | 0 |
| Louisiana | 268,000 | 13,671 | 0 |
| Maine | 2,980,000 | 112,247 | 2,918 |
| New York | 1,000,000 | 44,428 | 6,218 |
| Totals | 19,068,879 | 423,927 | 9,136 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| **7450 Ocean Terrace LLC** | | | | |
| **Florida** | | | | |
| **Miami Beach: 7450 Ocean Terrace 33141** | | | | |
| Clerical Office Employees NOC | 8810 | 180,000 | .25 | 450 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 525,000 | 3.68 | 19,320 |
| Hotel: Restaurant Employees | 9058 | 250,000 | 2.47 | 6,175 |
| **Manual Premium** | | | | **$25,945** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 363 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (526) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,289) |
| Experience Modification(.80 FNL) | 9898 d) | 24,493 | | (4,899) |
| **Modified Premium** | | | | **$19,594** |
| **Standard Premium** | | | | **$19,594** |
| Premium Discount | 64 | | .0576 | (1,128) |
| Terrorism | 9740 | 955,000 | .02 | 191 |
| **Total Premium for 7450 Ocean Terrace LLC** | | | | **$18,657** |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Subject to** **Longshore And Harbor Workers' Compensation Act Endorsement** Marina & Drivers Covered Under U.S. Act | 6826F | 55,000 | 6.02 | 3,311 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP 84457 Overseas LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84341 Overseas Hwy 33036** | | | | |
| **Manual Premium** | | | | **$3,311** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 46 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (67) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (165) |
| Experience Modification(.80 FNL) | 9898 | d)     3,125 | | (625) |
| **Modified Premium** | | | | **$2,500** |
| **Standard Premium** | | | | **$2,500** |
| Premium Discount | 64 | | .0576 | (144) |
| Terrorism | 9740 | 55,000 | .02 | 11 |
| **Total Premium for CRP 84457 Overseas LLC** | | | | **$2,367** |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | 59,973 | 5.29 | 3,173 |
| Clerical Office Employees NOC | 8810 | 490,685 | .25 | 1,227 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 954,110 | 3.68 | 35,111 |
| Hotel: Restaurant Employees | 9058 | 1,199,452 | 2.47 | 29,626 |
| **Manual Premium** | | | | **$69,137** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 968 |

Policy No.WCC-Z91-442777-085

Page No.   2

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP Holiday Isle LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Employer Safety Premium Credit Program | 9765 | | .02 | (1,402) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (3,435) |
| Experience Modification(.80 FNL) | 9898 | d)      65,268 | | (13,054) |
| **Modified Premium** | | | | **$52,214** |
| **Standard Premium** | | | | **$52,214** |
| Premium Discount | 64 | | .0576 | (3,006) |
| Terrorism | 9740 | 2,704,220 | .02 | 541 |
| **Total Premium for CRP Holiday Isle LLC** | | | | **$49,749** |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash**<br>**Miami Beach: 1120 Collins Ave 33134** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 409,932 | 3.68 | 15,085 |
| Hotel: Restaurant Employees | 9058 | 340,890 | 2.47 | 8,420 |
| Clerical Office Employees NOC | 8810 | 120,822 | .25 | 302 |
| **Manual Premium** | | | | **$23,807** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 333 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (483) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,183) |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **CRP Nash LLC** | | | | |
| **Florida** | | | | |
| **Hotel Nash**<br>**Miami Beach: 1120 Collins Ave 33134** | | | | |
| Experience Modification(.80 FNL) | 9898 | d)        22,474 | | (4,495) |
| **Modified Premium** | | | | **$17,979** |
| **Standard Premium** | | | | **$17,979** |
| Premium Discount | 64 | | .0576 | (1,035) |
| Terrorism | 9740 | 871,644 | .02 | 174 |
| **Total Premium for CRP Nash LLC** | | | | **$17,118** |
| **CRP Siesta Resort LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees &<br>Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Terrorism | 9740 | | .02 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **IB Lasiesta LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 80241 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | 57,247 | .25 | 143 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 269,877 | 3.68 | 9,931 |
| **Manual Premium** | | | | **$10,074** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 141 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (204) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (501) |
| Experience Modification(.80 FNL) | 9898 | d)    9,510 | | (1,902) |
| **Modified Premium** | | | | **$7,608** |
| **Standard Premium** | | | | **$7,608** |
| Premium Discount | 64 | | .0576 | (438) |
| Terrorism | 9740 | 327,124 | .02 | 65 |
| **Total Premium for IB Lasiesta LLC** | | | | **$7,235** |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Marina & Drivers | 6836 | If Any | 5.29 | 0 |
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |
| Hotel: Restaurant Employees | 9058 | If Any | 2.47 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **IB PCI LLC** | | | | |
| **Florida** | | | | |
| **Islamorada: 84001 Overseas Hwy 33036** | | | | |
| Experience Modification(.80 FNL) | 9898 | d) | | 0 |
| Terrorism | 9740 | | .02 | 0 |
| **North Bay Inn, LLC** | | | | |
| **Florida** | | | | |
| **North Bay Village: 1819 79th St Cswy 33134** | | | | |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 427,397 | 3.68 | 15,728 |
| Hotel: Restaurant Employees | 9058 | 833,425 | 2.47 | 20,586 |
| Clerical Office Employees NOC | 8810 | 102,575 | .25 | 256 |
| **Manual Premium** | | | | **$36,570** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 512 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (742) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (1,817) |
| Experience Modification(.80 FNL) | 9898 | d) 34,523 | | (6,905) |
| **Modified Premium** | | | | **$27,618** |
| **Standard Premium** | | | | **$27,618** |
| Premium Discount | 64 | | .0576 | (1,590) |
| Terrorism | 9740 | 1,363,397 | .02 | 273 |
| **Total Premium for North Bay Inn, LLC** | | | | **$26,301** |

Policy No.WCC-Z91-442777-085                          Page No.    6

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |

Continued:

**Tecton Management Services Company LLC**

  **Florida**

  **Miami: 121 SE 1St St 33131**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 400,000 | .25 | 1,000 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 850,000 | 3.68 | 31,280 |
| Hotel: Restaurant Employees | 9058 | 1,000,000 | 2.47 | 24,700 |

  **Miami Beach: 1410 Ocean Dr 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 125,000 | .25 | 313 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 550,000 | 3.68 | 20,240 |

  **Marathon: 19 Sombrero Blvd 33050**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 120,000 | .25 | 300 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |
| Hotel: Restaurant Employees | 9058 | 100,000 | 2.47 | 2,470 |

  **Miami Beach: 443 Espanola Way 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | 100,000 | .25 | 250 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 450,000 | 3.68 | 16,560 |

  **Miami Beach: 640 Ocean Dr 33139**

| | | | | |
|---|---|---|---|---|
| Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | If Any | 3.68 | 0 |

  **Miami: 7436 Ocean Terrace Rd 33131**

| | | | | |
|---|---|---|---|---|
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 488,000 | 3.68 | 17,958 |
| Clerical Office Employees NOC | 8810 | 105,000 | .25 | 263 |

  **Islamorada Resort**

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida**<br>**Islamorada: 80001 Overseas Hwy 33036** | | | | |
| **Islamorada Resort** | | | | |
| Hotel: Restaurant Employees | 9058 | 599,726 | 2.47 | 14,813 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 509,767 | 3.68 | 18,759 |
| Clerical Office Employees NOC | 8810 | 171,740 | .25 | 429 |
| **Coral Gables: 806 S Douglas Dr 4th 33134** | | | | |
| Clerical Office Employees NOC | 8810 | 2,100,000 | .25 | 5,250 |
| **Subject to**<br>**Longshore And Harbor Workers'**<br>**Compensation Act Endorsement**<br>Clerical Office Employees NOC | 8810 | If Any | .55 | 0 |
| **Subject to**<br>**Voluntary Compensation Endorsement**<br>Clerical Office Employees NOC | 8810 | If Any | .25 | 0 |
| **Islamorada: 84457 Old Overseas Hwy 33036** | | | | |
| Clerical Office Employees NOC | 8810 | 100,863 | .25 | 252 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 264,425 | 3.68 | 9,731 |
| Hotel: Restaurant Employees | 9058 | 59,973 | 2.47 | 1,481 |
| **Manual Premium** | | | | **$182,609** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 2,557 |
| Employer Safety Premium Credit Program | 9765 | | .02 | (3,703) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (9,073) |

Policy No. WCC-Z91-442777-085

Page No.   8

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| **Tecton Management Services Company LLC** | | | | |
| **Florida**<br>**Islamorada: 84457 Old Overseas Hwy 33036** | | | | |
| **Islamorada Resort** | | | | |
| Experience Modification(.80 FNL) | 9898 | d) 172,390 | | (34,478) |
| **Modified Premium** | | | | **$137,912** |
| **Standard Premium** | | | | **$137,912** |
| Premium Discount | 64 | | .0576 | (7,938) |
| Terrorism | 9740 | 8,544,494 | .02 | 1,709 |
| **Estimated Premium** | | | | **$131,683** |
| **New York** | | | | |
| **Edge Hotel**<br>**New York: 514 W 168th St 10032** | | | | |
| Hotel NOC -All Other Employees & Drivers | 9052 | 875,000 | 6.28 | 54,950 |
| Clerical Office Employees NOC | 8810 | 125,000 | .32 | 400 |
| **Manual Premium** | | | | **$55,350** |
| Experience Modification(.80 FNL) | 9898 | d) 55,350 | | (11,070) |
| **Modified Premium** | | | | **$44,280** |
| Schedule Rating | 9889 | | .05 | 2,214 |
| **Standard Premium** | | | | **$46,494** |
| Premium Discount | 0064 | | .0576 | (2,676) |
| Terrorism | 9740 | 1,000,000 | .050 | 500 |
| Terrorism(.029) | 9740 | 0 | | 0 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 1,000,000 | .011 | 110 |

Policy No.WCC-Z91-442777-085

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | | Rate | Estimated Premium |
|---|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | | Payroll-<br>Per $100 | |
| Continued: | | | | | |
| **Tecton Management Services Company LLC** | | | | | |
| **New York** | | | | | |
| **Edge Hotel**<br>**New York: 514 W 168th St 10032** | | | | | |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | | .007 | 0 |
| **Estimated Premium** | | | | | **$44,428** |
| New York State Assessment | 0932 | d) | 47,104 | .132 | 6,218 |
| NY WC Security Fund Surcharge | 9749 | d) | 44,428 | .00 | 0 |
| **Total Premium for Tecton Management Services Company LLC** | | | | | **$176,111** |
| **Total Surcharges and Assessments for Tecton Management Services Company LLC** | | | | | **$6,218** |
| **Tecton NY Management Services, LLC** | | | | | |
| **Florida** | | | | | |
| Experience Modification(.80 FNL) | 9898 | d) | | | 0 |
| Miscellaneous Endorsement Premium | | | | | 500 |
| **Standard Premium** | | | | | **$500** |
| Premium Discount | 64 | | | .0576 | (29) |
| Terrorism | 9740 | | | .02 | 0 |
| **Total Premium for Tecton NY Management Services, LLC** | | | | | **$471** |

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | |
| Continued: | | | | |
| **TH Press LLC** | | | | |
| **Maine** | | | | |
| **Portland: 119 Exchange St 04101** | | | | |
| Clerical Office Employees NOC | 8810 | 430,000 | .84 | 3,612 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,350,000 | 5.26 | 71,010 |
| Hotel: Restaurant Employees | 9058 | 1,200,000 | 4.68 | 56,160 |
| **Manual Premium** | | | | **$130,782** |
| Employers Liability Increased Limits Premium | 9812 | | .011 | 1,439 |
| Experience Modification(.80 FNL) | 9898 d) | 132,221 | | (26,444) |
| **Modified Premium** | | | | **$105,777** |
| Schedule Rating | 9889 | | .12 | 12,693 |
| **Standard Premium** | | | | **$118,470** |
| Premium Discount | 0064 | | .0576 | (6,819) |
| Terrorism | 9740 | 2,980,000 | .01 | 298 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 2,980,000 | .01 | 298 |
| **Total Premium for TH Press LLC** | | | | **$112,247** |
| Maine WC Board Administrative Fund Assessment | 0936 d) | 117,181 | .0249 | 2,918 |
| Maine Supplemental Benefits Fund Surcharge | 0937 d) | 118,470 | .00 | 0 |
| Maine WC Deficit Resolution/Recovery Surcharge | 0935 d) | 112,247 | .00 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| Continued: | | | | |
| **THNOLA, LLC & The Hotel Modern** | | | | |
| **Louisiana** | | | | |
| **New Orleans: 936 Saint Charles Ave 70130** | | | | |
| Clerical Office Employees NOC | 8810 | 65,000 | .62 | 403 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 162,000 | 7.08 | 11,470 |
| Hotel: Restaurant Employees | 9058 | 41,000 | 5.02 | 2,058 |
| **Manual Premium** | | | | **$13,931** |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 195 |
| Experience Modification(.80 FNL) | 9898 | d) 14,126 | | (2,825) |
| **Modified Premium** | | | | **$11,301** |
| Schedule Rating | 9889 | | .25 | 2,825 |
| **Standard Premium** | | | | **$14,126** |
| Premium Discount | 0064 | | .0576 | (813) |
| Expense Constant | 0900 | | | 250 |
| Terrorism | 9740 | 268,000 | .02 | 54 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 268,000 | .02 | 54 |
| **Total Premium for THNOLA, LLC & The Hotel Modern** | | | | **$13,671** |

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

TRUST HOSPITALITY LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES FL 33134

|  Revised Total Estimated Premium |  Revised Assessments and Surcharges |
| --- | --- |
| $            532,238 | $            7,071 |

|  Net Premium Change |  Net Change for Assessments and Surcharges |
| --- | --- |
| $                   0 | $                   0 |

This is not an invoice.

End. Serial No.     006

Policy Number     WCC-Z91-442777-085

**DIV 1000**
Ed. 11/01/2001

**POLICY INFORMATION PAGE**

The following item(s)

| | |
|---|---|
| ☐ Insured's Name (WC 89 06 01) | ☐ Item 3.B. Limits (WC 89 06 12) |
| ☐ Policy Number (WC 89 06 02) | ☐ Item 3.C. States (WC 89 06 13) |
| ☐ Effective Date (WC 89 06 03) | ☐ Item 3.D. Endorsement Numbers (WC 89 06 14) |
| ☐ Expiration Date (WC 89 06 04) | ☐ Item 4.* Class, Rate, Other (WC 89 04 15) |
| ☐ Insured's Mailing Address (WC 89 06 05) | ☐ Interim Adjustment of Premium (WC 89 04 16) |
| ☐ Experience Modification (WC 89 04 06) | ☐ Carrier Servicing Office (WC 89 06 17) |
| ☐ Producer's Name (WC 89 06 07) | ☐ Interstate/Intrastate Risk ID Number (WC 89 06 18) |
| ☒ Change in Workplace of Insured (WC 89 06 08) | ☐ Carrier Number (WC 89 06 19) |
| ☐ Insured's Legal Status (WC 89 06 10) | ☐ Issuing Agency/Producer Office Address (WC 89 06 25) |
| ☐ Item 3.A. States (WC 89 06 11) | |

Is changed to read:

Add

Trust Hospitality LLC
514 W 168th St
New York NY 10032

*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| ☐ See attached Premium Schedule GPO2923 | | | | |

Total Estimated Annual Premium  $532,238          Minimum Premium  $1,000          Deposit Premium $532,238

All other terms and conditions of this policy remain unchanged.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-442777-085        Effective Date    07/31/2015        Premium $

Issued to    Trust Hospitality LLC

**WC 89 06 08**              © Copyright 2001 National Council on Compensation Insurance, Inc.              Page  1 of  1
Ed. 01/01/2002

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page
## Miscellaneous Form and Endorsement Schedule

| Policy Notices and Applications | |
|---|---|
| **Form Number** | **Form Name** |

| Policy Schedules | |
|---|---|
| **Form Number** | **Form Name** |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements | | | |
|---|---|---|---|
| **Form Number** | **Form Name** | **End. Serial No.** | **Comments** |
| | | (Applies to all forms listed) | |
| | | 006 | |
| WC 89 06 08 | Policy Information Page – Change In Workplace of Insured | | |

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Florida | 14,142,934 | 271,932 | 0 |
| Louisiana | 1,448,736 | 89,462 | 0 |
| Maine | 3,579,356 | 147,885 | 3,852 |
| New York | 456,960 | 22,959 | 3,219 |
| Totals | 19,627,986 | 532,238 | 7,071 |

### NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Trust Hospitality LLC | | | |
| 001 | Telephone Number:  (305) 577-8484 | | | |
| 001 | FEIN:  32-0288144 | | | |
| 001 | Legal Status:  Limited Liability Company | | | |
| 001 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 001 | NAIC Code:  721110 | | | |
| 001 | No. of Employees:  2 | | | |
| 001 | 514 W 168th St | New York | NY | 10032 |
| 001 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 001 | NAIC Code:  721110 | | | |
| 001 | No. of Employees:  2 | | | |
| | | | | |
| 002 | IB Palm Beach, LLC | | | |
| 002 | Telephone Number:  (305) 577-8484 | | | |
| 002 | FEIN:  37-1705990 | | | |
| 002 | Legal Status:  Limited Liability Company | | | |
| 002 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 002 | NAIC Code:  721110 | | | |
| 002 | No. of Employees:  2 | | | |
| | | | | |
| 003 | Tecton Miami Beach Management, LLC | | | |
| 003 | Telephone Number:  (305) 577-8484 | | | |
| 003 | FEIN:  20-4651822 | | | |
| 003 | Legal Status:  Limited Liability Company | | | |
| 003 | 806 S Douglas Dr 4th | Coral Gables | FL | 33134 |
| 003 | NAIC Code:  721110 | | | |
| 003 | No. of Employees:  2 | | | |
| | | | | |
| 004 | IB Pelican Cove LLC | | | |
| 004 | FEIN:  80-0947659 | | | |
| 004 | Legal Status:  Limited Liability Company | | | |
| 004 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 004 | NAIC Code:  721110 | | | |
| 004 | No. of Employees:  2 | | | |
| | | | | |
| 005 | CRP 84457 Overseas LLC | | | |
| 005 | FEIN:  46-3584980 | | | |
| 005 | Legal Status:  Limited Liability Company | | | |
| 005 | 84341 Overseas Hwy | Islamorada | FL | 33036 |
| 005 | NAIC Code:  721110 | | | |
| 005 | No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085

**NAMED INSURED LINK SCHEDULE**

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 005 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 005 | NAIC Code: 721110 | | | |
| 005 | No. of Employees: 2 | | | |
| | | | | |
| 006 | CRP Nash LLC | | | |
| 006 | Telephone Number: (305) 577-8484 | | | |
| 006 | FEIN: 36-4777489 | | | |
| 006 | Legal Status: Limited Liability Company | | | |
| 006 | 1120 Collins Ave | Miami Beach | FL | 33134 |
| 006 | NAIC Code: 721110 | | | |
| 006 | No. of Employees: 2 | | | |
| | | | | |
| 007 | CRP 80001 Overseas LLC | | | |
| 007 | Telephone Number: (305) 577-8484 | | | |
| 007 | FEIN: 46-3634874 | | | |
| 007 | Legal Status: Limited Liability Company | | | |
| 007 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 007 | NAIC Code: 721110 | | | |
| 007 | No. of Employees: 2 | | | |
| | | | | |
| 008 | IB Cavalier LLC | | | |
| 008 | Telephone Number: (305) 577-8484 | | | |
| 008 | FEIN: 90-0952244 | | | |
| 008 | Legal Status: Limited Liability Company | | | |
| 008 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 008 | NAIC Code: 721110 | | | |
| 008 | No. of Employees: 2 | | | |
| | | | | |
| 009 | IB Nash LLC | | | |
| 009 | Telephone Number: (305) 577-8484 | | | |
| 009 | FEIN: 35-2493677 | | | |
| 009 | Legal Status: Limited Liability Company | | | |
| 009 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 009 | NAIC Code: 721110 | | | |
| 009 | No. of Employees: 2 | | | |
| | | | | |
| 010 | IBHI LLC | | | |
| 010 | Telephone Number: (305) 577-8484 | | | |
| 010 | FEIN: 38-3921530 | | | |
| 010 | Legal Status: Limited Liability Company | | | |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**

### NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 010 | 1320 Ocean Dr | Miami Beach | FL | 33139 |
| 010 | NAIC Code:  721110 | | | |
| 010 | No. of Employees:  2 | | | |
| | | | | |
| 011 | CRP Siesta Resort LLC DBA Abel's Tackle Box | | | |
| 011 | Telephone Number:  (305) 577-8484 | | | |
| 011 | FEIN:  47-1078564 | | | |
| 011 | Legal Status:  Limited Liability Company | | | |
| 011 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 011 | NAIC Code:  721110 | | | |
| 011 | No. of Employees:  2 | | | |
| 011 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 011 | NAIC Code:  721110 | | | |
| 011 | No. of Employees:  2 | | | |
| | | | | |
| 012 | IB Lasiesta LLC | | | |
| 012 | Telephone Number:  (305) 577-8484 | | | |
| 012 | FEIN:  32-0445406 | | | |
| 012 | Legal Status:  Limited Liability Company | | | |
| 012 | 80241 Overseas Hwy | Islamorada | FL | 33036 |
| 012 | NAIC Code:  721110 | | | |
| 012 | No. of Employees:  2 | | | |
| 012 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 012 | NAIC Code:  721110 | | | |
| 012 | No. of Employees:  2 | | | |
| | | | | |
| 013 | IB PCI LLC | | | |
| 013 | Telephone Number:  (305) 577-8484 | | | |
| 013 | FEIN:  35-2512444 | | | |
| 013 | Legal Status:  Limited Liability Company | | | |
| 013 | 84001 Overseas Hwy | Islamorada | FL | 33036 |
| 013 | NAIC Code:  721110 | | | |
| 013 | No. of Employees:  2 | | | |
| 013 | 806 DOUGLAS RD 4TH FLOOR | CORAL GABLES | FL | 33134 |
| 013 | NAIC Code:  721110 | | | |
| 013 | No. of Employees:  2 | | | |
| | | | | |
| 014 | 7450 Ocean Terrace LLC | | | |
| 014 | Telephone Number:  (305) 577-8484 | | | |
| 014 | FEIN:  30-0838499 | | | |

Policy No. WCC-Z91-442777-085

**GPO 4162 R1**
Page    3 of    6
Ed. 11/01/2004

**NAMED INSURED LINK SCHEDULE**

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 014 | Legal Status: Limited Liability Company | | | |
| 014 | 7450 Ocean Terrace | Miami Beach | FL | 33141 |
| 014 | NAIC Code:  721110 | | | |
| 014 | No. of Employees:  2 | | | |
| | | | | |
| 015 | TH Press LLC | | | |
| 015 | Telephone Number: (305) 577-8484 | | | |
| 015 | FEIN: 37-1765988 | | | |
| 015 | Legal Status: Limited Liability Company | | | |
| 015 | ME UIA: 0189321007 | | | |
| 015 | 119 Exchange St | Portland | ME | 04101 |
| | | | | |
| 016 | THNOLA, LLC & The Hotel Modern | | | |
| 016 | Telephone Number: (305) 577-8484 | | | |
| 016 | FEIN: 38-3940132 | | | |
| 016 | Legal Status: Limited Liability Company | | | |
| 016 | 936 Saint Charles Ave | New Orleans | LA | 70130 |
| | | | | |
| 017 | The Langford LLC | | | |
| 017 | Telephone Number: (305) 577-8484 | | | |
| 017 | FEIN: 35-2516721 | | | |
| 017 | Legal Status: Limited Liability Company | | | |
| 017 | ME UIA: 0371765988 | | | |
| 017 | 121 SE 1St St | Miami | FL | 33131 |
| 017 | NAIC Code:  721110 | | | |
| 017 | No. of Employees:  2 | | | |
| | | | | |
| 018 | Trust Sombrero and DBA Sombrero Resort & Marina | | | |
| 018 | Telephone Number: (305) 577-8484 | | | |
| 018 | FEIN: 47-3575775 | | | |
| 018 | Legal Status: Corporation | | | |
| 018 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 018 | NAIC Code:  721110 | | | |
| 018 | No. of Employees:  2 | | | |
| | | | | |
| 019 | Republic Marathon LLC | | | |
| 019 | Telephone Number: (305) 577-8484 | | | |
| 019 | FEIN: 80-0967959 | | | |
| 019 | Legal Status: Limited Liability Company | | | |
| 019 | 19 Sombrero Blvd | Marathon | FL | 33050 |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 019 | NAIC Code:  721110 | | | |
| 019 | No. of Employees:  2 | | | |
| | | | | |
| 020 | 514 West 168 Street LLC. | | | |
| 020 | FEIN:  45-4073879 | | | |
| 020 | Legal Status:  Limited Liability Company | | | |
| 020 | 514 W 168th St | New York | NY | 10032 |
| | | | | |
| 021 | 7436 Ocean Terrace LLC dba Ocean Surf | | | |
| 021 | Telephone Number:  (305) 577-8484 | | | |
| 021 | FEIN:  38-3955845 | | | |
| 021 | Legal Status:  Limited Liability Company | | | |
| 021 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 021 | NAIC Code:  721110 | | | |
| 021 | No. of Employees:  2 | | | |
| | | | | |
| 022 | Tecton Management Services Company LLC | | | |
| 022 | Telephone Number:  (305) 577-8484 | | | |
| 022 | FEIN:  59-2642751 | | | |
| 022 | Legal Status:  Limited Liability Company | | | |
| 022 | 640 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 514 W 168th St | New York | NY | 10032 |
| 022 | 19 Sombrero Blvd | Marathon | FL | 33050 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 119 Exchange St | Portland | ME | 04101 |
| 022 | 7436 Ocean Terrace Rd | Miami | FL | 33131 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 1410 Ocean Dr | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 80001 Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 121 SE 1St St | Miami | FL | 33131 |
| 022 | NAIC Code:  721110 | | | |

Policy No. WCC-Z91-442777-085

## NAMED INSURED LINK SCHEDULE

Continued:

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 022 | No. of Employees:  2 | | | |
| 022 | 350 OCEAN DR | MIAMI BEACH | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 84457 Old Overseas Hwy | Islamorada | FL | 33036 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| 022 | 443 Espanola Way | Miami Beach | FL | 33139 |
| 022 | NAIC Code:  721110 | | | |
| 022 | No. of Employees:  2 | | | |
| | | | | |
| 023 | North Bay Inn, LLC | | | |
| 023 | FEIN:  47-5314988 | | | |
| 023 | Legal Status:  Limited Liability Company | | | |
| 023 | 1819 79th St Cswy | North Bay Village | FL | 33134 |
| 023 | NAIC Code:  721110 | | | |
| 023 | No. of Employees:  2 | | | |

Policy No. WCC-Z91-442777-085



P O Box 9502
Dover, NH 03821-9502

TRUST HOSPITALITY, LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES, FL 33134

**Exhibit**

**4**

First Liberty v. Trust Hospitality

exhibitsticker.com



P O Box 9502
Dover, NH 03821-9502

July 7, 2017

TRUST HOSPITALITY, LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES, FL 33134

Account #:  9-442777-0002
Premium Balance:  $109,673.00

Dear Policyholder:

Please review the enclosed documentation regarding important information concerning your account.

Sincerely,

By:  <u>SHERRI WHITE</u>
Liberty Mutual Insurance Billing and Collections

cc:  INSURANCE OFFICE OF AMERICA INC 1855 W STATE
     LONGWOOD, FL 32750-5069

FOR COVERAGE QUESTIONS CALL OR WRITE YOUR AGENT
FOR BILLING QUESTIONS CALL OR WRITE SHERRI WHITE AT 800-320-7582 EXT. 48197
LIBERTY MUTUAL INSURANCE BILLING AND COLLECTIONS, P.O. BOX 8017 WAUSAU WI 54402-8017



TRUST HOSPITALITY, LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES, FL 33134

**STATEMENT OF ACCOUNT**
**ACCOUNT NO.**  9-442777-0002
**ISSUE DATE**      07/07/2017

| DATE | INV/EXH | POLICY/EXPLANATION | AMOUNT |
|------|---------|--------------------|--------|
| 01/30/2017 | 40000015 | WCC-Z91-442777-085  NY Premium Assessment | 2,999.00 CR |
| 01/30/2017 | 40000015 | WCC-Z91-442777-085  ME WC Administrative | 934.00 |
| 01/30/2017 | 40000015 | WCC-Z91-442777-085  Final Audit EXH 00123456 | 108,311.00 |
| 01/30/2017 | 40000015 | TO2-Z91-442777-095  Final Audit EXH 00009340 | 1,301.00 |
| 01/30/2017 | 40000015 | TB6-Z91-442777-035  Final Audit EXH 00001938 | 2,126.00 |
| | | **Total Due** | **$109,673.00** |

FOR COVERAGE QUESTIONS CALL OR WRITE YOUR AGENT
FOR BILLING QUESTIONS CALL OR WRITE SHERRI WHITE AT 800-320-7582 EXT. 48197
LIBERTY MUTUAL INSURANCE BILLING AND COLLECTIONS, P.O. BOX 8017 WAUSAU WI 54402-8017

PLEASE DETACH CAREFULLY AND SEND WITH PAYMENT

**Liberty Mutual** INSURANCE

P O Box 9502
Dover, NH 03821-9502

**STATEMENT OF ACCOUNT**

**AMOUNT PAID $** _____

**ACCOUNT NO.**  9-442777-0002
**ISSUE DATE**      07/07/2017

TRUST HOSPITALITY, LLC
806 DOUGLAS RD 4TH FLOOR
CORAL GABLES, FL 33134

LIBERTY MUTUAL INSURANCE
P.O. BOX 2027
KEENE, NH 03431-7027

7090044277700000200000000000000000000000000000000000000000001096730001